

O'Melveny & Myers LLP  
Times Square Tower  
7 Times Square  
New York, NY 10036-6537

T: +1 212 326 2000  
F: +1 212 326 2061  
omm.com

November 1, 2017

**Edward Moss**  
D: 212-326-2000  
emoss@omm.com

**VIA ECF**

The Honorable Brenda K. Sannes  
United States District Court  
Northern District of New York  
Federal Building and U.S. Courthouse  
P.O. Box 7336  
Syracuse, NY  13261-7336

Re: *AngioDynamics v. C.R. Bard, Inc.*, No. 1:17-cv-0598 (BKS/CFH)

Dear Judge Sannes:

We represent Defendants C.R. Bard, Inc. and Bard Access Systems, Inc. in the above referenced matter.  We write to request to a one-week extension (from November 3, 2017 until November 10, 2017) to file Bard's Reply in Support of its Motion to Dismiss.  We respectfully request the extension while keeping the motion's November 16, 2017 return date; counsel for AngioDynamics has informed us that they will not oppose our request provided that the return date remains unchanged.

Thank you for your consideration.

Sincerely,

*/s/ Edward Moss*

Edward Moss  
O'MELVENY & MYERS LLP