UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ANGIODYNAMICS, INC.,

                Plaintiff,

vs.

C.R. BARD, INC.; BARD ACCESS SYSTEMS, INC.,

                Defendants.

**NOTICE OF APPEARANCE**

Index No. 17-CV-0598

---

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Harris Beach, PLLC, by James P. Nonkes, hereby appears in the above entitled action as attorney for defendants, C.R. Bard, Inc. and Bard Access Systems, Inc.

I certify that I am admitted to practice law in the United States District Court for the Northern District of New York.

Dated: September 7, 2017
       Pittsford, New York

                Respectfully,

                HARRIS BEACH PLLC

                /s/ James P. Nonkes
                James P. Nonkes
                Bar Roll No. 520853
                *Attorneys for Defendants*
                99 Garnsey Road
                Pittsford, New York 14534
                Telephone: (585) 419-8661
                Facsimile: (585) 419-8811
                jnonkes@harrisbeach.com