

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

**Edward Moss**
D: +1 212 728 5671
emoss@omm.com

May 3, 2019

<u>**VIA ECF**</u>

Hon. Christian F. Hummel
U.S. Magistrate Judge
U.S. District Court, Northern District of New York
James T. Foley Courthouse
445 Broadway, Room 441
Albany, NY 12207

Re: <u>*AngioDynamics, Inc. v. C.R. Bard, Inc. et al.*, No. 1:17-cv-0598 (BKS/CFH)</u>

Dear Judge Hummel:

  We represent Defendants in the above-captioned matter and write jointly with Plaintiff to request an extension of the deadlines to complete discovery and file dispositive motions. Specifically, we request extensions of the following deadlines set forth in the October 4, 2018 Pretrial Scheduling Order (Dkt. No. 36) and the March 5, 2019 Text Order (Dkt. No. 41):

|  | **Current** | **New** |
|---|---|---|
| Opening Expert Report | 8/15/2019 | 10/11/2019 |
| Rebuttal Expert Report | 9/27/2019 | 11/26/2019 |
| Reply Expert Report | 11/1/2019 | 1/10/2020 |
| Discovery Closes | 11/15/2019 | 1/24/2020 |
| Motions Due | 12/6/2019 | 2/7/2020 |

  The parties are mindful of the Court's directive to move this case along quickly, and we have been working hard and have made substantial progress. Nevertheless, lead counsel for Defendants have two trials this summer (one in June and one in July), each of which already has been postponed and cannot be moved. Moreover, given the volume of documents that have been produced, each side requires additional time to review and analyze the other side's production to prepare for depositions and expert reports. The parties have substantially completed their document productions and, in total, have produced over one million pages of electronic documents from the files of 60 custodians in response to nearly 80 requests for production. Accordingly, the parties respectfully request this relatively modest extension. We are, of course, happy to discuss if the Court wishes to do so.

O'Melveny

Respectfully submitted,

*/s/ Edward Moss*

Edward Moss
of O'MELVENY & MYERS LLP

ENM

cc:     All Parties via ECF