**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

ANGIODYNAMICS, INC.,

                    Plaintiff,

    -against-                          No. 1:17-CV-0598 (BKS/CFH)

C.R. BARD, INC.; BARD ACCESS SYSTEMS, INC.,

                    Defendants.

---

### NOTICE OF MOTION SEEKING RECONSIDERATION OF MAGISTRATE JUDGE HUMMEL'S ORDER DENYING DEFENDANTS' MOTION SEEKING 30-DAY EXTENSION OF THE SUMMARY JUDGMENT DEADLINE IN LIGHT OF THE CORONAVIRUS PUBLIC HEALTH CRISIS

**PLEASE TAKE NOTICE:**

| | |
|---|---|
| <u>Motion By:</u> | O'Melveny & Myers LLP<br>Harris Beach PLLC<br>*Attorneys for Defendants C.R. Bard, Inc. and Bard Access Systems, Inc.* |
| <u>Return Date:</u> | May 7, 2020 at 9:30 a.m. before the Hon. Brenda K. Sannes, United States District Judge for the United States District Court for the Northern District of New York, P.O. Box 7336, Syracuse, NY 13261-7336 |
| <u>Supporting Papers:</u> | Memorandum of Law |
| <u>Designation of the Contents of the Record On Appeal:</u> | 1. Transcript of March 16, 2020 Hearing<br>2. Defendants' March 13, 2020 Letter brief asking for 30-day extension of the current deadline for summary judgment [ECF No. 93]<br>3. Plaintiffs' March 14, 2020 Letter opposition [ECF No. 95] |

<u>Relief Requested:</u>                    An order continuing all current case deadlines
                                            by 60 days.


                                            Respectfully submitted,


Dated: March 18, 2020                       <u>/s/ *Andrew J. Frackman*</u>
       New York, New York

                                            Andrew J. Frackman
                                            Pamela A. Miller
                                            Edward N. Moss
                                            **O'MELVENY & MYERS LLP**
                                            7 Times Square
                                            New York, N.Y.  10036
                                            Tel: (212) 326-2000
                                            Fax: (212) 326-2224

                                            James P. Nonkes
                                            Philip G. Spellane
                                            **HARRIS BEACH PLLC**
                                            99 Garnsey Road
                                            Pittsford, N.Y.  14534
                                            Tel: (585) 419-8611
                                            Fax: (585) 419-8811


                                            *Attorneys for Defendants C.R. Bard, Inc.*
                                            *and Bard Access Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on March 18, 2020, I filed a copy of the foregoing document, as well as the accompanying documents, with the Clerk of the Court via the CM/ECF system, which gave notice to all counsel who have made an appearance in this action.


Dated: March 18, 2020                         /s/ *Andrew J. Frackman*