IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGIODYNAMICS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>C.R. BARD, INC.; BARD ACCESS SYSTEMS, INC.,<br><br>Defendants. | No. 1:17-CV-0598 (BKS/CFH)<br><br>Judge Brenda K. Sannes<br><br>Mag. Judge Christian F. Hummel |

### DECLARATION OF PHILIP J. IOVIENO

Philip J. Iovieno declares under penalty of perjury as follows:

1. I am a partner in the law firm Boies Schiller Flexner LLP, counsel for Plaintiff AngioDynamics, Inc. ("AngioDynamics" or "Plaintiff") in the above-captioned matter. I make this declaration based on personal knowledge and in further support of AngioDynamics' Motion for Partial Summary Judgment against Defendants C.R. Bard, Inc. and Bard Access Systems, Inc.'s (collectively, "Bard" or "Defendants").

2. Attached as Exhibit 82 is an excerpt of a true and correct copy of the expert report of Dr. Fiona M. Scott Morton, dated February 14, 2020.

3. Attached as Exhibit 83 is a true and correct copy of an email dated October 12, 2015, and Bates stamped Bard_AD_00003203.

4. Attached as Exhibit 84 is a true and correct copy of an email dated July 28, 2016, and Bates stamped Bard_AD_00048607.

5.  Attached as Exhibit 85 is an excerpt of a true and correct copy of the transcript of the 30(b)(6) deposition of Scott Centea, taken on October 22, 2019.

DATED: October 2, 2020            */s/ Philip J. Iovieno*
                                                              Philip J. Iovieno