UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGIODYNAMICS, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>C. R. BARD, INC.; BARD ACCESS SYSTEMS, INC.,<br><br>        Defendants. | No. 1:17-CV-0598 (BKS/CFH)<br><br>Judge Brenda K. Sannes<br><br>Mag. Judge Christian F. Hummel |

### NOTICE OF WITHDRAWAL OF KENDALL COLLINS, ESQ.

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Kendall Collins of O'Melveny & Myers LLP, hereby withdraws as counsel for Defendants C. R. Bard, Inc. and Bard Access Systems Inc. ("Defendants") in the above entitled action. Defendants remain represented by Andrew Frackman, Pamela A. Miller, Mark A. Racanelli, Sergei Zaslavsky, Alexandra S. Bornstein, Anna R. Schneider, Colleen Powers, Patrick Jones, and Emilie W. Hamilton of O'Melveny & Myers LLP.

Dated:  August 18, 2022
       New York, New York

/s/ *Andrew Frackman*
Andrew Frackman
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Tel: 212-326-2000
Fax: 212-326-2061
afrackman@omm.com

*Attorney for Defendants C. R. Bard, Inc. and Bard Access Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on August 18, 2022.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

Dated:  August 18, 2022
       New York, New York

/s/ *Andrew Frackman*
Andrew Frackman
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Tel: 212-326-2000
Fax: 212-326-2061
afrackman@omm.com

*Attorney for Defendants C. R. Bard, Inc. and Bard Access Systems, Inc.*