**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANGIODYNAMICS, INC., | |
| Plaintiff, | No. 1:17-CV-0598 (BKS/CFH) |
| vs. | Judge Brenda K. Sannes |
| C.R. BARD, INC.; BARD ACCESS SYSTEMS, INC., | Mag. Judge Christian F. Hummel |
| Defendants. | |

**NOTICE OF WITHDRAWAL OF ANNE NARDACCI, ESQ.**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Anne M. Nardacci of Boies Schiller Flexner LLP hereby withdraws as counsel for plaintiff AngioDynamics, Inc. in the above entitled action. The plaintiff continues to be represented by Philip J. Iovieno, Nicholas A. Gravante, Jr., Amanda L. Devereux, Audrey S. Curtis, Helen M. Maher, Justin V. Arborn, Kristen J. McAhren, Mark A. Singer, Michael E. Petrella, and Sean F. O'Shea of Cadwalader, Wickersham & Taft LLP.

Dated: September 16, 2022

/s/ *Anne M. Nardacci*
Anne M. Nardacci
BOIES SCHILLER FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, New York 12207
Tel: (518) 434-0600
anardacci@bsfllp.com

*Counsel for Plaintiff AngioDynamics, Inc.*