| Bard's Objections and Counter-Designations to AngioDynamics' 9/13/2022 Affirmative Designations for Germano, Powers, and Shepherd | | | | | |
|---|---|---|---|---|---|
| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
| Germano, Salvatore | January 14, 2020 | 5:8 -5:9 | | | |
| Germano, Salvatore | January 14, 2020 | 8:7 -10:14 | | | |
| Germano, Salvatore | January 14, 2020 | 13:4 -14:2 | | | |
| Germano, Salvatore | January 14, 2020 | 14:15 -15:25 | Designation includes attorney speaking objection (15:5-6) | 84:4-7, 84:9-17, 84:19 | Sustained: remove 15:5-6 |
| Germano, Salvatore | January 14, 2020 | 16:2 -16:16 | Designation includes attorney speaking objection (16:11) | | Sustained: remove 16:11 |
| Germano, Salvatore | January 14, 2020 | 18:6 -18:24 | Designation includes attorney speaking objection (18:11) | | Sustained: remove 18:11 |
| Germano, Salvatore | January 14, 2020 | 23:5 -23:18 | Hearsay, speculation | | Sustained as to 23:13-18 ("The time it takes…") |
| Germano, Salvatore | January 14, 2020 | 29:25 -30:10 | | | |
| Germano, Salvatore | January 14, 2020 | 30:22 -31:8 | Speculation | | Sustained as to 31:5-8 |
| Germano, Salvatore | January 14, 2020 | 31:9 -31:23 | | | |
| Germano, Salvatore | January 14, 2020 | 47:10 -47:15 | | | |
| Germano, Salvatore | January 14, 2020 | 52:25 -53:10 | | | |
| Germano, Salvatore | January 14, 2020 | 67:4 -67:15 | | | |
| Germano, Salvatore | January 14, 2020 | 73:11 -73:21 | Hearsay; assumes facts not in evidence; designation includes attorney speaking objection (73:14) | | Sustained |
| Germano, Salvatore | January 14, 2020 | 74:14 -74:24 | Designation includes attorney speaking objection (74:22) | | Sustained: remove 74:22 |
| Germano, Salvatore | January 14, 2020 | 76:8 -77:6 | | | |
| Germano, Salvatore | January 14, 2020 | 208:5 -208:8 | | | |
| Germano, Salvatore | January 14, 2020 | 218:11 -218:20 | Hearsay | | Sustained as to 218:15-20 |
| Germano, Salvatore | January 14, 2020 | 221:23 -222:9 | | | |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Germano, Salvatore | January 14, 2020 | 227:20 -230:9 | Hearsay | 226:23-227:4, 230:10-232:24 | Sustained as to 228:20-230:9 (hearsay) |
| Germano, Salvatore | January 14, 2020 | 253:19 -253:23 | | | |
| Germano, Salvatore | January 14, 2020 | 255:16 -255:23 | | | |
| Germano, Salvatore | January 14, 2020 | 255:24 -257:25 | Hearsay; speculation; assumes facts not in evidence | 258:5-260:12, 261:6-263:17, 263:19-264:17 | Sustained as to 256:7-13, 256:21-257:25 |
| Germano, Salvatore | January 14, 2020 | 277:8 -277:19 | | 276:21-277:7, 277:20-278:8 | |
| Germano, Salvatore | January 14, 2020 | 278:9 -278:20 | | 278:21-279:16 | |
| Powers, Kelly | September 26, 2019 | 35:1-4 | Exhibit more prejudicial than probative (P-051) | 35:18-21, 37:3-5 | Sustained |
| Powers, Kelly | September 26, 2019 | 36:1-23 | Exhibit more prejudicial than probative (P-051) | 35:18-21, 37:3-5 | Sustained |
| Powers, Kelly | September 26, 2019 | 123:13-16 | | 305:5-10, 305:12-308:8, 308:10-309:17, 310:5-311:5, 311:6-312:16, 312:17-314:19 | |
| Powers, Kelly | September 26, 2019 | 124:24-25 | | 305:5-10, 305:12-308:8, 308:10-309:17, 310:5-311:5, 311:6-312:16, 312:17-314:19 | |
| Powers, Kelly | September 26, 2019 | 125:1 -125:5 | | 305:5-10, 305:12-308:8, 308:10-309:17, 310:5-311:5, 311:6-312:16, 312:17-314:19 | |
| Powers, Kelly | September 26, 2019 | 126:11-13 | | 305:5-10, 305:12-308:8, 308:10-309:17, 310:5-311:5, 311:6-312:16, 312:17-314:19 | |
| Powers, Kelly | September 26, 2019 | 129:1-9 | | 305:5-10, 305:12-308:8, 308:10-309:17, 310:5-311:5, 311:6-312:16, 312:17-314:19 | |
| Powers, Kelly | September 26, 2019 | 135:16-19 | | 135:20-25 | |
| Powers, Kelly | September 26, 2019 | 139:13-22 | | 311:6-312:16 | |
| Powers, Kelly | September 26, 2019 | 254:14-23 | 403 (prejudicial, confusing); foundation | 314:20-315:13 | Overruled |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Powers, Kelly | September 26, 2019 | 302:23-303:11 | More prejudicial than probative; 401/402 - relevance, violates assurance that designations would be "targeted to elements of AngioDynamics' case" (ECF 356); foundation; misstates testimony; misstates document | 303:23-304:5, 309:18-310:4, 311:6-312:16 | Sustained (confusing) |
| Powers, Kelly | September 27, 2019 | 6:9-11 | | | |
| Powers, Kelly | September 27, 2019 | 7:14-25 | 403 - prejudicial, 401/402 - relevance, violates assurance that designations would be "targeted to elements of AngioDynamics' case" (ECF 356) | | Overruled (relevant to impeachment/bias) |
| Powers, Kelly | September 27, 2019 | 8:1-7 | 403 - prejudicial, 401/402 - relevance, violates assurance that designations would be "targeted to elements of AngioDynamics' case" (ECF 356) | | Overruled (relevant to impeachment/bias) |
| Powers, Kelly | September 27, 2019 | 32:7-34:11 | | | |
| Powers, Kelly | September 27, 2019 | 42:15-42:24 | | | |
| Powers, Kelly | September 27, 2019 | 43:21-44:15 | | | |
| Powers, Kelly | September 27, 2019 | 45:10-14 | | 45:17-46:7, 46:24-47:2 | |
| Powers, Kelly | September 27, 2019 | 48:17-23 | improper hypothetical, speculation, calls for legal conclusion (re: patent infringement) | | Overruled |
| Powers, Kelly | September 27, 2019 | 49:12-23 | improper hypothetical, speculation, calls for legal conclusion (re: patent infringement) | | Overruled |
| Powers, Kelly | September 27, 2019 | 50:1-11 | improper hypothetical, speculation, calls for legal conclusion (re: patent infringement) | | Overruled |
| Powers, Kelly | September 27, 2019 | 54:6-23 | 403 (prejudicial, confusing) | | Overruled |
| Powers, Kelly | September 27, 2019 | 55:4-8 | 403 (prejudicial, confusing) | | Overruled |
| Powers, Kelly | September 27, 2019 | 55:16-21 | 403 (prejudicial, confusing) | | Overruled |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Powers, Kelly | September 27, 2019 | 74:20-77:9 | 403 - prejudicial, 401/402 - relevance, violates assurance that designations would be "targeted to elements of AngioDynamics' case" (ECF 356)<br><br>P-060 801/802 - Hearsay (e.g., page 2-3, "she shared a few things with me" and subsequent email) | | Overruled |
| Powers, Kelly | September 27, 2019 | 87:17-89:6 | 403 - prejudicial, 401/402 - relevance, violates assurance that designations would be "targeted to elements of AngioDynamics' case" (ECF 356)<br><br>P-060 801/802 - Hearsay (e.g., page 2-3, "she shared a few things with me" and subsequent email) | 89:8-17 | Sustained (any minimal probative value substantially outweighed by 403 concerns) |
| Powers, Kelly | September 27, 2019 | 89:18-89:23 | 403 - prejudicial, 401/402 - irrelevant, violates assurance that designations would be "targeted to elements of AngioDynamics' case" (ECF 356)<br><br>P-060 801/802 - Hearsay (e.g., page 2-3, "she shared a few things with me" and subsequent email) | | Sustained |
| Powers, Kelly | September 27, 2019 | 114:8-115:10 | | 115:11-16 | |
| Shepherd, Roland | November 23, 2019 | 6:9 -6:11 | | | |
| Shepherd, Roland | November 23, 2019 | 28:9 -29:22 | P-295 Relevance | 30:9-19 | Overruled |
| Shepherd, Roland | November 23, 2019 | 33:14 -33:23 | | | |
| Shepherd, Roland | November 23, 2019 | 35:7 -35:11 | Foundation | | Overruled |
| Shepherd, Roland | November 23, 2019 | 37:8 -37:10 | | | |
| Shepherd, Roland | November 23, 2019 | 37:14 -37:14 | | 37:16-17 | |
| Shepherd, Roland | November 23, 2019 | 38:9 -38:23 | | | |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Shepherd, Roland | November 23, 2019 | 39:12 -40:11 | | | |
| Shepherd, Roland | November 23, 2019 | 40:12 -40:23 | Speculation | | Overruled |
| Shepherd, Roland | November 23, 2019 | 41:1 -42:6 | | 42:23-43:3 | |
| Shepherd, Roland | November 23, 2019 | 46:1 -47:15 | | | |
| Shepherd, Roland | November 23, 2019 | 63:18 -64:9 | Vague, speculation | | Overruled |
| Shepherd, Roland | November 23, 2019 | 64:12 -64:15 | | | |
| Shepherd, Roland | November 23, 2019 | 64:19 -64:20 | | | |
| Shepherd, Roland | November 23, 2019 | 64:24 -65:3 | | 65:13-66:13, 66:19-25, 71:2-17 | |
| Shepherd, Roland | November 23, 2019 | 72:1 -72:13 | | 72:15-21 | |
| Shepherd, Roland | November 23, 2019 | 72:22 -72:25 | | 73:1-14 | |
| Shepherd, Roland | November 23, 2019 | 78:2 -78:4 | Relevance, foundation | 89:14-16, 89:19-25, 90:20-91:2 | Overruled |
| Shepherd, Roland | November 23, 2019 | 79:2 -79:4 | Relevance, foundation | 89:14-16, 89:19-25, 90:20-91:2 | Overruled |
| Shepherd, Roland | November 23, 2019 | 88:14 -88:16 | Relevance, foundation | | Overruled |
| Shepherd, Roland | November 23, 2019 | 99:15 -99:25 | | | |
| Shepherd, Roland | November 23, 2019 | 119:2 -119:14 | | 109:10-111:8, 120:15-121:3 | |
| Shepherd, Roland | November 23, 2019 | 119:15 -119:22 | | | |
| Shepherd, Roland | November 23, 2019 | 124:11 -124:16 | | 124:21-125:10 | |
| Shepherd, Roland | November 23, 2019 | 136:18 -137:3 | | 137:4-10, 137:12-138:20 | |
| Shepherd, Roland | November 23, 2019 | 140:24 -141:3 | | | |
| Shepherd, Roland | November 23, 2019 | 141:8 -141:8 | | | |
| Shepherd, Roland | November 23, 2019 | 141:9 -141:9 | | | |
| Shepherd, Roland | November 23, 2019 | 141:12 -142:5 | | 142:13-22 | |
| Shepherd, Roland | November 23, 2019 | 150:12 -150:25 | | | |
| Shepherd, Roland | November 23, 2019 | 155:21 -156:4 | P-087 403 (prejudicial, confusing) | | Overruled |
| Shepherd, Roland | November 23, 2019 | 157:15 -158:1 | P-087 403 (prejudicial, confusing) | | Overruled |
| Shepherd, Roland | November 23, 2019 | 158:2 -158:9 | P-087 403 (prejudicial, confusing) | | Overruled |
| Shepherd, Roland | November 23, 2019 | 159:9 -159:25 | P-087 403 (prejudicial, confusing) | | Overruled |
| Shepherd, Roland | November 23, 2019 | 160:6 -160:20 | Designation incomplete (answer with no question) P-087 403 (prejudicial, confusing) | | Sustained, subject to cure by including question |
| Shepherd, Roland | November 23, 2019 | 160:23 -161:4 | P-087 403 (prejudicial, confusing) | | Overruled |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Shepherd, Roland | November 23, 2019 | 161:6 -161:23 | P-087 403 (prejudicial, confusing) | | Overruled |
| Shepherd, Roland | November 23, 2019 | 169:22 -170:2 | | 170:3-5 | |
| Shepherd, Roland | November 23, 2019 | 170:6 -170:12 | | 170:13-16 | |
| Shepherd, Roland | November 23, 2019 | 172:18 -172:24 | | | |
| Shepherd, Roland | November 23, 2019 | 173:16 -173:25 | | | |
| Shepherd, Roland | November 23, 2019 | 177:15 -178:7 | | 178:8-179:6 | |
| Shepherd, Roland | November 23, 2019 | 180:2 -180:6 | | | |
| Shepherd, Roland | November 23, 2019 | 180:9 -180:9 | | | |
| Shepherd, Roland | November 23, 2019 | 180:11 -180:23 | | | |
| Shepherd, Roland | November 23, 2019 | 181:7 -181:12 | Speculation, vague | | Overruled |
| Shepherd, Roland | November 23, 2019 | 181:15 -182:3 | Speculation, vague | | Overruled |
| Shepherd, Roland | November 23, 2019 | 183:4 -184:2 | | 184:4-6 | |
| Shepherd, Roland | November 23, 2019 | 186:5 -186:15 | | | |
| Shepherd, Roland | November 23, 2019 | 186:24 -187:2 | | 187:3, 187:6-8 | |
| Shepherd, Roland | November 23, 2019 | 188:17 -188:20 | | | |
| Shepherd, Roland | November 23, 2019 | 193:4 -194:10 | Foundation | | Overruled |
| Shepherd, Roland | November 23, 2019 | 195:15 -195:24 | Foundation | | Overruled |
| Shepherd, Roland | November 23, 2019 | 196:1 -196:3 | Relevance | | Overruled |
| Shepherd, Roland | November 23, 2019 | 203:19 -203:22 | | | |
| Shepherd, Roland | November 23, 2019 | 209:22 -210:4 | | | |
| Shepherd, Roland | November 23, 2019 | 210:7 -210:19 | Relevance | | Sustained as to 210:13-19 |
| Shepherd, Roland | November 23, 2019 | 211:5 -211:7 | P-290 Relevance | | Overruled |
| Shepherd, Roland | November 23, 2019 | 211:8 -211:8 | P-290 Relevance | | Overruled |
| Shepherd, Roland | November 23, 2019 | 211:14 -211:24 | P-290 Relevance | | Overruled |
| Shepherd, Roland | November 23, 2019 | 212:23 -213:22 | P-290 Relevance | | Overruled |
| Shepherd, Roland | November 23, 2019 | 214:2 -215:8 | P-290 Relevance | | Overruled |
| Shepherd, Roland | November 23, 2019 | 215:23 -216:16 | P-290 Relevance | 217:1-14 | Overruled |
| Shepherd, Roland | November 23, 2019 | 217:20 -218:14 | P-290 Relevance | 218:15-21 | Overruled |
| Shepherd, Roland | November 23, 2019 | 220:5 -220:8 | | | |
| Shepherd, Roland | November 23, 2019 | 222:7 -223:10 | | | |
| Shepherd, Roland | November 23, 2019 | 224:1 -228:8 | | 228:11-19 | |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Shepherd, Roland | November 23, 2019 | 229:11 -229:13 | | | |
| Shepherd, Roland | November 23, 2019 | 229:15 -230:24 | | | |
| Shepherd, Roland | November 23, 2019 | 229:25 -230:24 | | | |
| Shepherd, Roland | November 23, 2019 | 239:5 -239:8 | | | |
| Shepherd, Roland | November 23, 2019 | 240:20 -240:24 | | | |
| Shepherd, Roland | November 23, 2019 | 241:5 -242:16 | | | |
| Shepherd, Roland | November 23, 2019 | 242:17 -244:1 | | | |

Dated: September 16, 2022

*Brenda K. Sannes*  
Brenda K. Sannes  
Chief U.S. District Judge