| Bard's Corrected and Revised Objections and Counter-Designations to AngioDynamics' 9/13/2022 Affirmative Designations ||||||
|---|---|---|---|---|---|
| **Name of Deponent** | **Date of Testimony** | **AngioDynamics' Affirmative Designations** | **Bard's Objections to Affirmative Designations** | **Bard's Counter-Designations** | **Court's Ruling** |
| Blaber, David | November 14, 2019 | 7:3 -7:5 | | | |
| Blaber, David | November 14, 2019 | 9:17 -9:19 | | | |
| Blaber, David | November 14, 2019 | 9:20 -9:20 | incomplete/incomprehensible | | Overruled |
| Blaber, David | November 14, 2019 | 9:20 -9:21 | | | |
| Blaber, David | November 14, 2019 | 11:5 -11:5 | incomplete/incomprehensible | | Overruled |
| Blaber, David | November 14, 2019 | 11:5 -11:13 | | | |
| Blaber, David | November 14, 2019 | 11:19 -11:25 | | | |
| Blaber, David | November 14, 2019 | 12:1 -12:7 | | | |
| Blaber, David | November 14, 2019 | 13:8 -13:8 | incomplete/incomprehensible | | Sustained |
| Blaber, David | November 14, 2019 | 27:19 -27:19 | incomplete/incomprehensible | | Overruled |
| Blaber, David | November 14, 2019 | 27:19 -29:22 | | | |
| Blaber, David | November 14, 2019 | 34:12 -34:12 | incomplete/incomprehensible | | Overruled |
| Blaber, David | November 14, 2019 | 34:12 -34:15 | | | |
| Blaber, David | November 14, 2019 | 34:16 -35:13 | | | |
| Blaber, David | November 14, 2019 | 35:17 -35:17 | Incomplete/incomprehensible; P-104, Relevance, 403 - confusing/prejudicial | | Overruled |
| Blaber, David | November 14, 2019 | 35:17 -35:18 | P-104, Relevance, 403 - confusing/prejudicial | | Overruled |
| Blaber, David | November 14, 2019 | 36:1 -36:5 | P-104, Relevance, 403 - confusing/prejudicial | | Overruled |
| Blaber, David | November 14, 2019 | 36:9 -36:11 | P-104, Relevance, 403 - confusing/prejudicial | | Overruled |
| Blaber, David | November 14, 2019 | 36:12 -37:22 | P-104, Relevance, 403 - confusing/prejudicial | | Overruled |
| Blaber, David | November 14, 2019 | 37:25 -38:9 | P-104, Relevance, 403 - confusing/prejudicial | | Overruled |
| Blaber, David | November 14, 2019 | 38:15 -38:22 | P-104, Relevance, 403 - confusing/prejudicial | | Overruled |
| Blaber, David | November 14, 2019 | 38:25 -39:5 | P-104, Relevance, 403 - confusing/prejudicial | | Overruled |
| Blaber, David | November 14, 2019 | 39:9 -39:11 | P-104, Relevance, 403 - confusing/prejudicial | | Overruled |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Blaber, David | November 14, 2019 | 39:15 -39:18 | P-104, Relevance, 403 - confusing/prejudicial | | Overruled |
| Blaber, David | November 14, 2019 | 39:19 -39:21 | P-104, Relevance, 403 - confusing/prejudicial | | Overruled |
| Blaber, David | November 14, 2019 | 39:24 -39:24 | P-104, Relevance, 403 - confusing/prejudicial | | Overruled |
| Blaber, David | November 14, 2019 | 39:25 -40:1 | P-104, Relevance, 403 - confusing/prejudicial | | Overruled |
| Blaber, David | November 14, 2019 | 40:3 -40:4 | P-104, Relevance, 403 - confusing/prejudicial | | Overruled |
| Blaber, David | November 14, 2019 | 40:5 -40:6 | P-104, Relevance, 403 - confusing/prejudicial | | Overruled |
| Blaber, David | November 14, 2019 | 40:8 -40:8 | P-104, Relevance, 403 - confusing/prejudicial | | Overruled |
| Blaber, David | November 14, 2019 | 40:15 -40:24 | P-104, Relevance, 403 - confusing/prejudicial | | Overruled |
| Blaber, David | November 14, 2019 | 40:25 -42:8 | P-104, Relevance, 403 - confusing/prejudicial | | Overruled |
| Blaber, David | November 14, 2019 | 42:11 -42:14 | P-104, Relevance, 403 - confusing/prejudicial | | Overruled |
| Blaber, David | November 14, 2019 | 42:15 -43:3 | P-104, Relevance, 403 - confusing/prejudicial | | Overruled |
| Blaber, David | November 14, 2019 | 43:14 -44:6 | P-104, Relevance, 403 - confusing/prejudicial | | Overruled |
| Blaber, David | November 14, 2019 | 44:8 -44:11 | P-104, Relevance, 403 - confusing/prejudicial | | Overruled |
| Blaber, David | November 14, 2019 | 44:14 -44:15 | P-104, Relevance, 403 - confusing/prejudicial | | Overruled |
| Blaber, David | November 14, 2019 | 47:8 -49:11 | P-093, Relevance; 801/802 - Hearsay (hearsay within monthly report) | | Overruled |
| Blaber, David | November 14, 2019 | 49:25 -50:20 | | | |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Blaber, David | November 14, 2019 | 54:6 -54:10 | P-054 801/802 - Hearsay (e.g., page 2, Wheeler statements relayed by Rae; page 3, email from Wheeler (UCH)) | 281:13-22, 281:24-282:3 | Overruled |
| Blaber, David | November 14, 2019 | 54:20 -55:21 | P-054 801/802 - Hearsay (e.g., page 2, Wheeler statements relayed by Rae; page 3, email from Wheeler (UCH)) | 281:13-22, 281:24-282:3 | Overruled |
| Blaber, David | November 14, 2019 | 55:22 -56:15 | P-054 801/802 - Hearsay (e.g., page 2, Wheeler statements relayed by Rae; page 3, email from Wheeler (UCH)) | 281:13-22, 281:24-282:3 | Sustained (hearsay) |
| Blaber, David | November 14, 2019 | 57:20 -58:10 | P-054 801/802 - Hearsay (e.g., page 2, Wheeler statements relayed by Rae; page 3, email from Wheeler (UCH)) | 281:13-22, 281:24-282:3 | Sustained (hearsay) |
| Blaber, David | November 14, 2019 | 58:11 -59:4 | P-054 801/802 - Hearsay (e.g., page 2, Wheeler statements relayed by Rae; page 3, email from Wheeler (UCH)) | 281:13-22, 281:24-282:3 | Sustained (hearsay) |
| Blaber, David | November 14, 2019 | 59:13 -59:22 | P-054 801/802 - Hearsay (e.g., page 2, Wheeler statements relayed by Rae; page 3, email from Wheeler (UCH)) | 281:13-22, 281:24-282:3 | Sustained (hearsay) |
| Blaber, David | November 14, 2019 | 60:5 -60:25 | P-054 801/802 - Hearsay (e.g., page 2, Wheeler statements relayed by Rae; page 3, email from Wheeler (UCH)) | 281:13-22, 281:24-282:3 | Sustained as to 60:5-60:17 |
| Blaber, David | November 14, 2019 | 61:22 -62:7 | | | |
| Blaber, David | November 14, 2019 | 66:3 -67:2 | P-088 801/802 - Hearsay (e.g., page one: "I spoke to the VP of Supply Chain . . .") | | Overruled |
| Blaber, David | November 14, 2019 | 68:23 -70:3 | P-088 801/802 - Hearsay (e.g., page one: "I spoke to the VP of Supply Chain . . .") | | Sustained as to 69:9-70:3 |
| Blaber, David | November 14, 2019 | 71:1 -71:5 | P-088 801/802 - Hearsay (e.g., page one: "I spoke to the VP of Supply Chain . . .") | | Sustained |
| Blaber, David | November 14, 2019 | 71:10 -71:10 | P-088 801/802 - Hearsay (e.g., page one: "I spoke to the VP of Supply Chain . . .") | | Sustained |
| Blaber, David | November 14, 2019 | 71:11 -71:17 | P-088 801/802 - Hearsay (e.g., page one: "I spoke to the VP of Supply Chain . . .") | | Sustained |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Blaber, David | November 14, 2019 | 71:19 -71:20 | P-088 801/802 - Hearsay (e.g., page one: "I spoke to the VP of Supply Chain . . .") | 71:21-23 | Sustained |
| Blaber, David | November 14, 2019 | 71:24 -72:6 | P-088 801/802 - Hearsay (e.g., page one: "I spoke to the VP of Supply Chain . . .") | | Sustained |
| Blaber, David | November 14, 2019 | 72:8 -72:10 | P-088 801/802 - Hearsay (e.g., page one: "I spoke to the VP of Supply Chain . . .") | | Sustained |
| Blaber, David | November 14, 2019 | 133:12 -133:12 | | | |
| Blaber, David | November 14, 2019 | 133:15 -133:25 | | | |
| Blaber, David | November 14, 2019 | 134:1 -134:2 | | | |
| Blaber, David | November 14, 2019 | 138:15 -139:10 | | | |
| Blaber, David | November 14, 2019 | 139:13 -139:17 | | | |
| Blaber, David | November 14, 2019 | 139:18 -140:9 | | | |
| Blaber, David | November 14, 2019 | 140:16 -140:21 | | | |
| Blaber, David | November 14, 2019 | 140:23 -141:3 | | | |
| Blaber, David | November 14, 2019 | 141:5 -141:5 | | | |
| Blaber, David | November 14, 2019 | 141:6 -141:11 | Relevance, 403 (prejudice) | | Sustained as to 141:10-11 |
| Blaber, David | November 14, 2019 | 141:13 -141:13 | Relevance, 403 (prejudice) | | Sustained |
| Blaber, David | November 14, 2019 | 142:4 -143:3 | P-051 403, prejudice, duplicative/cumulative (introduced in O'Connell designations) | 285:16-286:5, 286:12-21, 286:24-287:11, 287:15-20, 287:22-288:10 | Overruled |
| Blaber, David | November 14, 2019 | 143:4 -143:25 | P-051 403, prejudice, duplicative/cumulative (introduced in O'Connell designations) | 285:16-286:5, 286:12-21, 286:24-287:11, 287:15-20, 287:22-288:10 | Overruled |
| Blaber, David | November 14, 2019 | 144:1 -144:25 | P-051 403, prejudice, duplicative/cumulative (introduced in O'Connell designations) | 285:16-286:5, 286:12-21, 286:24-287:11, 287:15-20, 287:22-288:10 | Overruled |
| Blaber, David | November 14, 2019 | 145:1 -145:3 | P-051 403, prejudice, duplicative/cumulative (introduced in O'Connell designations) | 145:4-13, 285:16-286:5, 286:12-21, 286:24-287:11, 287:15-20, 287:22-288:10 | Overruled |
| Blaber, David | November 14, 2019 | 146:2 -146:4 | Relevance, 403 (prejudice) | | Overruled |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Blaber, David | November 14, 2019 | 146:6 -146:12 | P-051 403, prejudice, duplicative/cumulative (introduced in O'Connell designations) | | Overruled |
| Blaber, David | November 14, 2019 | 147:14 -147:19 | | | |
| Blaber, David | November 14, 2019 | 152:2 -153:9 | P-058 801/802 - Hearsay (page 2, email from Sears), duplicative/cumulative (introduced in O'Connell designations) | | Sustained as to 152:10-13 ("…talking about") |
| Blaber, David | November 14, 2019 | 153:16 -154:1 | P-058 801/802 - Hearsay (page 2, email from Sears), duplicative/cumulative (introduced in O'Connell designations) | | Overruled |
| Blaber, David | November 14, 2019 | 154:2 -155:3 | P-058 801/802 - Hearsay (page 2, email from Sears), duplicative/cumulative (introduced in O'Connell designations) | | Overruled |
| Blaber, David | November 14, 2019 | 159:4 -159:12 | P-058 801/802 - Hearsay (page 2, email from Sears), duplicative/cumulative (introduced in O'Connell designations) | | Sustained |
| Blaber, David | November 14, 2019 | 159:14 -159:22 | P-058 801/802 - Hearsay (page 2, email from Sears), duplicative/cumulative (introduced in O'Connell designations) | | Sustained as to 159:14-159:19 |
| Blaber, David | November 14, 2019 | 160:22 -161:4 | P-058 801/802 - Hearsay (page 2, email from Sears), duplicative/cumulative (introduced in O'Connell designations) | | Overruled |
| Blaber, David | November 14, 2019 | 161:6 -161:15 | | | |
| Blaber, David | November 14, 2019 | 161:17 -161:25 | | | |
| Blaber, David | November 14, 2019 | 165:23 -165:24 | | | |
| Blaber, David | November 14, 2019 | 166:3 -167:7 | | | |
| Blaber, David | November 14, 2019 | 167:18 -168:3 | | | |
| Blaber, David | November 14, 2019 | 169:9 -170:18 | (170:13-18) misstates document, misstates prior testimony | | Sustained |
| Blaber, David | November 14, 2019 | 170:20 -170:22 | Misstates document, misstates prior testimony | | Sustained |
| Blaber, David | November 14, 2019 | 171:11 -171:23 | | | |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Blaber, David | November 14, 2019 | 173:17 -173:19 | P-174 Hearsay (e.g. "We just had another major account give up on" the Vasanova trial) | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17 | Overruled |
| Blaber, David | November 14, 2019 | 173:23 -174:3 | P-174 Hearsay (e.g. "We just had another major account give up on" the Vasanova trial) | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17 | Overruled |
| Blaber, David | November 14, 2019 | 174:23 -175:14 | P-174 Hearsay (e.g. "We just had another major account give up on" the Vasanova trial) | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17 | Overruled |
| Blaber, David | November 14, 2019 | 176:1 -176:17 | P-174 Hearsay (e.g. "We just had another major account give up on" the Vasanova trial) | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17 | Overruled |
| Blaber, David | November 14, 2019 | 177:18 -178:12 | P-174 Hearsay (e.g. "We just had another major account give up on" the Vasanova trial) | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17 | Overruled |
| Blaber, David | November 14, 2019 | 178:15 -178:15 | P-121 801/802 - Hearsay (e.g., page 1: "Multiple reports this month . . ."); 403 - More Prejudicial than Probative (e.g., page 1: "shit") | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17 | Overruled |
| Blaber, David | November 14, 2019 | 178:19 -179:1 | P-121 801/802 - Hearsay (e.g., page 1: "Multiple reports this month . . ."); 403 - More Prejudicial than Probative (e.g., page 1: "shit") | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17 | Overruled |
| Blaber, David | November 14, 2019 | 179:2 -179:4 | P-121 801/802 - Hearsay (e.g., page 1: "Multiple reports this month . . ."); 403 - More Prejudicial than Probative (e.g., page 1: "shit") | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17 | Overruled |
| Blaber, David | November 14, 2019 | 179:19 -180:19 | P-121 801/802 - Hearsay (e.g., page 1: "Multiple reports this month . . ."); 403 - More Prejudicial than Probative (e.g., page 1: "shit") | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17 | Sustained as to 180:12-19 |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Blaber, David | November 14, 2019 | 180:23 -182:17 | P-121 801/802 - Hearsay (e.g., page 1: "Multiple reports this month . . ."); 403 - More Prejudical than Probative (e.g., page 1: "shit"); 401/402 - irrelevant, violates assurance that designations would be "targeted to elements of AngioDynamics' case" (ECF 356) | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17 | Sustained as to 180:23-181:16 |
| Blaber, David | November 14, 2019 | 185:7 -185:14 | | | |
| Blaber, David | November 14, 2019 | 186:10 -187:20 | | | |
| Blaber, David | November 14, 2019 | 187:21 -188:5 | | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17 | |
| Blaber, David | November 14, 2019 | 188:16 -189:15 | | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17 | |
| Blaber, David | November 14, 2019 | 198:8 -199:3 | | | |
| Blaber, David | November 14, 2019 | 199:5 -199:5 | | | |
| Blaber, David | November 14, 2019 | 199:8 -200:25 | | | |
| Blaber, David | November 14, 2019 | 205:1 -205:2 | P-356 401/402 - Relevance | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17 | Overruled |
| Blaber, David | November 14, 2019 | 205:14 -206:9 | P-356 401/402 - Relevance | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17 | Overruled |
| Blaber, David | November 14, 2019 | 206:10 -206:24 | P-356 401/402 - Relevance | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17 | Overruled |
| Blaber, David | November 14, 2019 | 207:2 -207:19 | P-356 401/402 - Relevance | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17 | Overruled |
| Blaber, David | November 14, 2019 | 212:20 -213:19 | P-356 401/402 - Relevance | | Overruled (does not appear related to P-356) |
| Blaber, David | November 14, 2019 | 216:11 -216:17 | | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17 | |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Blaber, David | November 14, 2019 | 216:20 -216:21 | P-012 removed from P's exhibit list; Foundation, 801/802 Hearsay; 401/402 Relevance; 403 Prejudice | | Sustained (bates number does not match P-012) |
| Blaber, David | November 14, 2019 | 217:5 -217:6 | P-090 401/402 - Relevance; 403 - More Prejudicial than Probative | | Overruled |
| Blaber, David | November 14, 2019 | 217:10 -218:8 | P-090 401/402 - Relevance; 403 - More Prejudicial than Probative | | Overruled |
| Blaber, David | November 14, 2019 | 218:9 -220:7 | P-012 removed from P's exhibit list; Foundation, 801/802 Hearsay; 401/402 Relevance; 403 Prejudice | | Overruled |
| Blaber, David | November 14, 2019 | 220:8 -221:17 | P-012 removed from P's exhibit list; Foundation, 801/802 Hearsay; 401/402 Relevance; 403 Prejudice | | Overruled |
| Blaber, David | November 14, 2019 | 224:15 -225:4 | P-113 801/802 - Hearsay (e.g., page 1: "she said that she is aware . . ."), cumulative/duplicative (introduced in O'Connell designations) | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17 | Overruled |
| Blaber, David | November 14, 2019 | 225:10 -225:19 | P-113 801/802 - Hearsay (e.g., page 1: "she said that she is aware . . ."), cumulative/duplicative (introduced in O'Connell designations) | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17 | Sustained |
| Blaber, David | November 14, 2019 | 225:23 -225:25 | P-113 801/802 - Hearsay (e.g., page 1: "she said that she is aware . . ."), cumulative/duplicative (introduced in O'Connell designations) | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17 | Sustained |
| Blaber, David | November 14, 2019 | 226:2 -226:3 | P-113 801/802 - Hearsay (e.g., page 1: "she said that she is aware . . ."), cumulative/duplicative (introduced in O'Connell designations) | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17 | Sustained |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Blaber, David | November 14, 2019 | 226:4 -226:9 | P-113 801/802 - Hearsay (e.g., page 1: "she said that she is aware . . ."), cumulative/duplicative (introduced in O'Connell designations) | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17 | Sustained |
| Blaber, David | November 14, 2019 | 226:11 -226:15 | P-113 801/802 - Hearsay (e.g., page 1: "she said that she is aware . . ."), cumulative/duplicative (introduced in O'Connell designations) | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17 | Sustained |
| Blaber, David | November 14, 2019 | 227:3 -227:14 | P-113 801/802 - Hearsay (e.g., page 1: "she said that she is aware . . ."), cumulative/duplicative (introduced in O'Connell designations) | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17 | Sustained as to 227:12-14 |
| Blaber, David | November 14, 2019 | 227:16 -228:24 | P-113 801/802 - Hearsay (e.g., page 1: "she said that she is aware . . ."), cumulative/duplicative (introduced in O'Connell designations) | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17 | Sustained as to 227:16-17 (through "statement") and 227:23-228:3 |
| Blaber, David | November 14, 2019 | 228:6 -228:24 | P-113 801/802 - Hearsay (e.g., page 1: "she said that she is aware . . ."), cumulative/duplicative (introduced in O'Connell designations) | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17 | Sustained |
| Blaber, David | November 14, 2019 | 230:14 -230:19 | P-113 801/802 - Hearsay (e.g., page 1: "she said that she is aware . . ."), cumulative/duplicative (introduced in O'Connell designations) | 230:20-24 | Overruled |
| Blaber, David | November 14, 2019 | 232:4 -232:4 | P-116 - 801/802 - Hearsay (e.g., page 1: "The AngioDynamics rep . . ."), duplicative/cumulative (introduced in O'Connell designations) | | Overruled |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Blaber, David | November 14, 2019 | 232:8 -232:21 | P-116 - 801/802 - Hearsay (e.g., page 1: "The AngioDynamics rep . . ."), duplicative/cumulative (introduced in O'Connell designations) | | Overruled |
| Blaber, David | November 14, 2019 | 233:2 -233:18 | P-116 - 801/802 - Hearsay (e.g., page 1: "The AngioDynamics rep . . ."), duplicative/cumulative (introduced in O'Connell designations) | | Sustained as to 233:3-9 |
| Blaber, David | November 14, 2019 | 233:20 -233:21 | P-116 - 801/802 - Hearsay (e.g., page 1: "The AngioDynamics rep . . ."), duplicative/cumulative (introduced in O'Connell designations) | | Overruled |
| Blaber, David | November 14, 2019 | 233:22 -233:23 | P-116 - 801/802 - Hearsay (e.g., page 1: "The AngioDynamics rep . . ."), duplicative/cumulative (introduced in O'Connell designations) | | Sustained |
| Blaber, David | November 14, 2019 | 233:25 -234:11 | P-116 - 801/802 - Hearsay (e.g., page 1: "The AngioDynamics rep . . ."), duplicative/cumulative (introduced in O'Connell designations) | | Sustained |
| Blaber, David | November 14, 2019 | 234:25 -235:5 | P-116 - 801/802 - Hearsay (e.g., page 1: "The AngioDynamics rep . . ."), duplicative/cumulative (introduced in O'Connell designations) | | Overruled |
| Blaber, David | November 14, 2019 | 236:25 -237:1 | P-053 801/802 - Hearsay (e.g., page 3, "A little concerned. I did contact Supply Chain at Cleveland Clinic. They are using..."), duplicative/cumulative (introduced in O'Connell designations) | | Overruled |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Blaber, David | November 14, 2019 | 237:5 -238:6 | P-053 801/802 - Hearsay (e.g., page 3, "A little concerned. I did contact Supply Chain at Cleveland Clinic. They are using..."), duplicative/cumulative (introduced in O'Connell designations) | | Overruled |
| Blaber, David | November 14, 2019 | 238:7 -238:18 | P-053 801/802 - Hearsay (e.g., page 3, "A little concerned. I did contact Supply Chain at Cleveland Clinic. They are using..."), duplicative/cumulative (introduced in O'Connell designations) | | Overruled |
| Blaber, David | November 14, 2019 | 239:1 -239:19 | P-053 801/802 - Hearsay (e.g., page 3, "A little concerned. I did contact Supply Chain at Cleveland Clinic. They are using..."), duplicative/cumulative (introduced in O'Connell designations) | | Overruled (inquiry) |
| Blaber, David | November 14, 2019 | 239:25 -240:5 | P-053 801/802 - Hearsay (e.g., page 3, "A little concerned. I did contact Supply Chain at Cleveland Clinic. They are using..."), duplicative/cumulative (introduced in O'Connell designations) | | Overruled |
| Blaber, David | November 14, 2019 | 240:11 -242:4 | P-053 801/802 - Hearsay (e.g., page 3, "A little concerned. I did contact Supply Chain at Cleveland Clinic. They are using..."), duplicative/cumulative (introduced in O'Connell designations) | | Sustained as to 240:19 ("She wants…") - 241:12 |
| Blaber, David | November 14, 2019 | 241:6 -241:16 | P-053 801/802 - Hearsay (e.g., page 3, "A little concerned. I did contact Supply Chain at Cleveland Clinic. They are using..."), duplicative/cumulative (introduced in O'Connell designations) | | See above. Overruled as to 241:13-241:16 |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Blaber, David | November 14, 2019 | 242:3 -242:8 | P-053 801/802 - Hearsay (e.g., page 3, "A little concerned. I did contact Supply Chain at Cleveland Clinic. They are using..."), duplicative/cumulative (introduced in O'Connell designations) | | Overruled |
| Blaber, David | November 14, 2019 | 242:13 -243:5 | P-053 801/802 - Hearsay (e.g., page 3, "A little concerned. I did contact Supply Chain at Cleveland Clinic. They are using..."), duplicative/cumulative (introduced in O'Connell designations) | 243:6-11, 243:13-14 | Overruled |
| Blaber, David | November 14, 2019 | 246:14 -246:23 | Vague | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17, 285:16-286:5, 286:12-21, 286:24-287:11, 287:15-20, 287:22-288:10 | Overruled |
| Blaber, David | November 14, 2019 | 246:25 -247:1 | Vague | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17, 285:16-286:5, 286:12-21, 286:24-287:11, 287:15-20, 287:22-288:10 | Overruled |
| Blaber, David | November 14, 2019 | 247:2 -247:9 | Vague | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17, 285:16-286:5, 286:12-21, 286:24-287:11, 287:15-20, 287:22-288:10 | Overruled |
| Blaber, David | November 14, 2019 | 247:12 -247:13 | | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17, 285:16-286:5, 286:12-21, 286:24-287:11, 287:15-20, 287:22-288:10 | |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Blaber, David | November 14, 2019 | 247:17 -248:12 | | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17, 285:16-286:5, 286:12-21, 286:24-287:11, 287:15-20, 287:22-288:10 | |
| Blaber, David | November 14, 2019 | 248:14 -249:10 | | 282:4-8, 282:10-14, 282:16-283:4, 283:6-18, 283:20-284:10, 284:12-17, 285:16-286:5, 286:12-21, 286:24-287:11, 287:15-20, 287:22-288:10 | |
| Blaber, David | November 14, 2019 | 252:12 -252:12 | P-031 401/402 - Relevance; 801/802 - Hearsay (e.g., page 2, "She specifically told us her 'go live'..."; page 2, "Maria told us she's full steam ahead..."), duplicative/cumulative (introduced in O'Connell designations) | | Overruled |
| Blaber, David | November 14, 2019 | 252:17 -253:6 | P-031 401/402 - Relevance; 801/802 - Hearsay (e.g., page 2, "She specifically told us her 'go live'..."; page 2, "Maria told us she's full steam ahead..."), duplicative/cumulative (introduced in O'Connell designations) | | Overruled |
| Blaber, David | November 14, 2019 | 253:7 -253:9 | P-031 401/402 - Relevance; 801/802 - Hearsay (e.g., page 2, "She specifically told us her 'go live'..."; page 2, "Maria told us she's full steam ahead..."), duplicative/cumulative (introduced in O'Connell designations) | 253:19-254:2, 254:5-15 | Overruled |
| Blaber, David | November 14, 2019 | 267:24 -267:24 | P-061 - cumulative/duplicative (introduced in O'Connell designations) | | Overruled |
| Blaber, David | November 14, 2019 | 268:5 -268:20 | P-061 - cumulative/duplicative (introduced in O'Connell designations) | | Overruled |
| Blaber, David | November 14, 2019 | 269:7 -269:25 | Asked and answered | | Overruled |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Blaber, David | November 14, 2019 | 270:1 -270:11 | Asked and answered | | Overruled |

Dated: September 20, 2022

*Brenda K. Sannes* (signature)
Brenda K. Sannes
Chief U.S. District Judge