Case No. 1:17-cv-598 (BKS)(CFH)
Date:_____ Presiding Judge: Honorable Brenda K. Sannes

Case 1:17-cv-00598-BKS-CFH   Document 443   Filed 09/21/22   Page 1 of 5
United States District Court
For the Northern District of New York

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **AngioDynamics' Responses to Bard's Affirmative Deposition Designations (ECF #417)** | | | | | | | | | |
| **Name of Deponent** | **Date of Testimony** | **Affirmative Page From** | **Affirmative Line From** | **Affirmative Page To** | **Affirmative Line To** | **AngioDynamics' Objections to Affirmative Designations** | **AngioDynamics' Counter-Designations** | **Court's Ruling** | |
| Greiner, Charles | April 26, 2022 | 8 | 21 | 9 | 1 | | | | |
| Greiner, Charles | April 26, 2022 | 14 | 16 | 15 | 1 | | | | |
| Greiner, Charles | April 26, 2022 | 17 | 16 | 18 | 7 | | | | |
| Greiner, Charles | April 26, 2022 | 24 | 12 | 24 | 19 | | 24:20-25:11 | | |
| Greiner, Charles | April 26, 2022 | 39 | 2 | 39 | 15 | | | | |
| Greiner, Charles | April 26, 2022 | 75 | 11 | 75 | 16 | | 75:17-76:5 | | |
| Greiner, Charles | April 26, 2022 | 100 | 9 | 100 | 21 | Obj. to D-082 see ECF # 411; D-082 includes email and attachment but witness was only shown attachment | | Overruled | |
| Greiner, Charles | April 26, 2022 | 103 | 7 | 106 | 21 | Obj. to D-082 as above | 107:1-107:21 | Overruled | |
| Greiner, Charles | April 26, 2022 | 108 | 1 | 108 | 4 | Obj. to D-082 as above | | Overruled | |
| Greiner, Charles | April 26, 2022 | 108 | 7 | 108 | 17 | Obj. to D-082 as above | | Overruled | |
| Greiner, Charles | April 26, 2022 | 108 | 20 | 109 | 7 | Obj. to D-082 as above | | Overruled | |
| Greiner, Charles | April 26, 2022 | 118 | 13 | 118 | 18 | Obj. to D-082 as above | | Overruled | |
| Greiner, Charles | April 26, 2022 | 118 | 20 | 120 | 12 | | | | |
| Greiner, Charles | April 26, 2022 | 138 | 3 | 138 | 7 | | | | |
| Greiner, Charles | April 26, 2022 | 138 | 11 | 138 | 15 | | | | |
| Greiner, Charles | April 26, 2022 | 139 | 1 | 139 | 18 | | 139:19-140:5; 140:6-140:21 | | |
| Greiner, Charles | April 26, 2022 | 141 | 1 | 141 | 15 | | 141:16 -142:9 | | |
| Greiner, Charles | April 26, 2022 | 142 | 10 | 142 | 13 | | 142:14 -143:7 | | |
| Greiner, Charles | April 26, 2022 | 144 | 3 | 145 | 12 | | 145:19 -147:14 | | |
| Greiner, Charles | April 26, 2022 | 151 | 12 | 153 | 7 | | | | |
| Greiner, Charles | April 26, 2022 | 153 | 18 | 155 | 2 | Obj. to D-207 see ECF #411; hearsay, witness not on the majority of the document; 403 any probative value is outweighed by the substantial prejudice and the risk of wasting time and jury confusion re undisputed TLS facts | | Overruled (relevant portion - Mr. Greiner's email - is party opponent statement) | |

| Name of Deponent | Date of Testimony | Affirmative Page From | Affirmative Line From | Affirmative Page To | Affirmative Line To | AngioDynamics' Objections to Affirmative Designations | AngioDynamics' Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|---|---|---|
| Greiner, Charles | April 26, 2022 | 155 | 7 | 157 | 8 | Obj. to D-207 see ECF #411; hearsay, witness not on the majority of the document; 403 any probative value is outweighed by the substantial prejudice and the risk of wasting time and jury confusion re undisputed TLS facts | | Overruled |
| Greiner, Charles | April 26, 2022 | 157 | 14 | 159 | 3 | Obj. to D-050 see ECF #411; 403 | | Overruled |
| Greiner, Charles | April 26, 2022 | 162 | 17 | 163 | 9 | Obj. to D-555 see ECF #411; 403, witness not mentioned on and document and says unfamiliar | 165:2-165:8; 165:9-165:12 | Sustained |
| Greiner, Charles | April 26, 2022 | 165 | 13 | 167 | 14 | Obj. to D-555 see ECF #411; 403, witness not mentioned on and document and says unfamiliar | 167:15 -168:3 | Sustained |
| Greiner, Charles | April 26, 2022 | 168 | 4 | 168 | 18 | Obj. to D-555 see ECF #411; 403, witness not mentioned on and document and says unfamiliar | 168:19-169:1 | Sustained |
| Greiner, Charles | April 26, 2022 | 169 | 2 | 169 | 14 | Obj. to D-555 see ECF #411; 403, witness not mentioned on and document and says unfamiliar | 169:15-170:2 | Sustained |
| Greiner, Charles | April 26, 2022 | 175 | 3 | 175 | 16 | Obj. to D-555 see ECF #411; 403, witness not mentioned on and document and says unfamiliar | | Sustained |
| Greiner, Charles | April 26, 2022 | 176 | 1 | 178 | 9 | | | |
| Greiner, Charles | April 26, 2022 | 178 | 21 | 180 | 9 | Obj. to D-555 see ECF #411; 403, witness not mentioned on and document and says unfamiliar | | Sustained |
| Greiner, Charles | April 26, 2022 | 182 | 17 | 182 | 20 | Obj. to D-555 see ECF #411; 403, witness not mentioned on and document and says unfamiliar | | Overruled |
| Greiner, Charles | April 26, 2022 | 186 | 11 | 186 | 15 | Obj. to D-120 see ECF #411; 403 | | Overruled |
| Greiner, Charles | April 26, 2022 | 187 | 1 | 187 | 9 | Obj. to D-120 see ECF #41; 403 | | Overruled |
| Greiner, Charles | April 26, 2022 | 188 | 3 | 188 | 7 | Obj. to D-120 see ECF #411; 403 | | Overruled |
| Greiner, Charles | April 26, 2022 | 190 | 3 | 190 | 8 | Obj. to D-120 see ECF #411; 403 | | Overruled |

Case No. 1:17-cv-598 (BKS)(CFH)

Date:_____ Presiding Judge: Honorable Brenda K. Sannes

United States District Court

For the Northern District of New York

| Name of Deponent | Date of Testimony | Affirmative Page From | Affirmative Line From | Affirmative Page To | Affirmative Line To | AngioDynamics' Objections to Affirmative Designations | AngioDynamics' Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|---|---|---|
| Greiner, Charles | April 26, 2022 | 190 | 19 | 190 | 21 | Obj. to D-120 see ECF #411; 403 | | Overruled |
| Greiner, Charles | April 26, 2022 | 191 | 7 | 191 | 18 | Obj. to D-120 see ECF #411; 403 | 191:19-193:1 | Overruled |
| Greiner, Charles | April 26, 2022 | 193 | 9 | 193 | 17 | Obj. to D-120 see ECF #411; 403 | | Overruled |
| Greiner, Charles | April 26, 2022 | 194 | 14 | 194 | 19 | Obj. to D-120 see ECF #411; 403 | | Overruled |
| Greiner, Charles | April 26, 2022 | 196 | 2 | 196 | 10 | Obj. to D-120 see ECF #411; 403 | 196:11-197:1 | Overruled |
| Greiner, Charles | April 26, 2022 | 197 | 2 | 197 | 10 | Obj. to D-120 see ECF #411; 403 | | Overruled |
| Greiner, Charles | April 26, 2022 | 217 | 17 | 218 | 20 | | | |
| Greiner, Charles | April 26, 2022 | 219 | 1 | 219 | 3 | | 221:4-221:16 | |
| Greiner, Charles | April 26, 2022 | 219 | 19 | 220 | 3 | | | |
| Greiner, Charles | April 26, 2022 | 221 | 17 | 223 | 11 | | 223:12-15 | |
| Greiner, Charles | April 26, 2022 | 224 | 16 | 225 | 5 | | | |
| Greiner, Charles | April 26, 2022 | 234 | 20 | 235 | 9 | | | |
| Greiner, Charles | April 26, 2022 | 235 | 18 | 236 | 6 | | 236:16-237:4; 237:12-237:18 | |
| Greiner, Charles | April 26, 2022 | 237 | 19 | 238 | 2 | | | |
| Greiner, Charles | April 26, 2022 | 239 | 15 | 239 | 21 | | | |
| Greiner, Charles | April 26, 2022 | 240 | 5 | 240 | 7 | | 240:1-240:4 | |
| Greiner, Charles | April 26, 2022 | 240 | 9 | 240 | 16 | | | |
| Greiner, Charles | April 26, 2022 | 258 | 8 | 258 | 19 | DX 285 not on exhibit list; hearsay;  Obj. to attachment D-563 "BioFlo Evidence Matrix" see ECF #411, 403, objective evidence of PICC performance, no foundation for witness; 403 | | Overruled |
| Greiner, Charles | April 26, 2022 | 260 | 10 | 260 | 15 | DX 285 not on exhibit list; hearsay; 403 | 260:16-260:18 | Sustained (does not appear to refer to an exhibit on anyone's list) |
| Greiner, Charles | April 26, 2022 | 261 | 17 | 263 | 21 | DX 285 not on exhibit list; hearsay; attorney "represents" content of attachment not presented to witness; 403 | 264:1-266:5 | Sustained |
| Greiner, Charles | April 26, 2022 | 266 | 6 | 266 | 12 | DX 285 not on exhibit list; hearsay; 403 | | Sustained |
| Greiner, Charles | April 26, 2022 | 266 | 14 | 266 | 18 | DX 285 not on exhibit list; hearsay; 403 | 266:20-267:8 | Sustained |

Case No. 1:17-cv-598 (BKS)(CFH)

Date:_____ Presiding Judge: Honorable Brenda K. Sannes

United States District Court

For the Northern District of New York

| Name of Deponent | Date of Testimony | Affirmative Page From | Affirmative Line From | Affirmative Page To | Affirmative Line To | AngioDynamics' Objections to Affirmative Designations | AngioDynamics' Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|---|---|---|
| Greiner, Charles | April 26, 2022 | 267 | 9 | 268 | 3 | DX 285 not on exhibit; obj. to D-563 as above; hearsay; 268:18-17 403, asked and answered; argumentative | | Sustained |
| Greiner, Charles | April 26, 2022 | 269 | 16 | 270 | 15 | DX 285 not on exhibit; obj. to D-563 as above; hearsay; 269:3-4; 403, asked and answered; argumentative | 271:4-271:6; 271:9-271:18 | Sustained |
| Greiner, Charles | April 26, 2022 | 272 | 8 | 272 | 18 | DX 285 not on exhibit; obj. to D-563 as above; hearsay; 403 | | Sustained |
| Greiner, Charles | April 26, 2022 | 274 | 8 | 275 | 3 | | | |
| Greiner, Charles | April 26, 2022 | 275 | 12 | 276 | 14 | | | |
| Greiner, Charles | April 26, 2022 | 276 | 17 | 277 | 14 | | 277:19-278:5 | |
| Greiner, Charles | April 26, 2022 | 278 | 11 | 279 | 3 | | | |
| Greiner, Charles | April 26, 2022 | 280 | 4 | 282 | 16 | Obj. to D-063 see ECF #411; Hearsay; 403 | | Sustained as to 280:17-281:16 (hearsay) |
| Greiner, Charles | April 26, 2022 | 283 | 5 | 286 | 2 | Obj. to D-063 see ECF #411; Hearsay; 503 | 286:3-286:5; 286:7-286:20; 287:1-287:6; 287:10-287:15 | Sustained as to 285:6-285:11 and sustained as to 285:18 to 286:21 |
| Greiner, Charles | April 26, 2022 | 287 | 16 | 287 | 20 | Obj. to D-063 see ECF #411; Hearsay; 403; Obj. to D-085 ECF #411; 403 | 288:21 -289:2 | Overruled |
| Greiner, Charles | April 26, 2022 | 289 | 3 | 289 | 21 | Obj. to D-085 see ECF #411; 403 | | Overruled |
| Greiner, Charles | April 26, 2022 | 290 | 2 | 290 | 4 | Obj. to D-085 see ECF #411; 403 | | Overruled |
| Greiner, Charles | April 26, 2022 | 291 | 8 | 291 | 14 | Obj. to D-085 see ECF #411; 403 | | Overruled |
| Greiner, Charles | April 26, 2022 | 292 | 11 | 297 | 19 | Obj. to D-085 see ECF #411; 403 | | Sustained as to 294:14-297:4 |
| Greiner, Charles | April 26, 2022 | 299 | 5 | 299 | 9 | Obj. to D-085 see ECF #411; 403 | 299:10 -300:8 | Overruled |
| Greiner, Charles | April 26, 2022 | 300 | 9 | 303 | 13 | Obj. to D-085 see ECF #411; 403 | 303:14 -305:2 | Sustained as to 302:2-303:13 |
| Greiner, Charles | April 26, 2022 | 305 | 6 | 305 | 10 | Obj. to D-085 see ECF #411; 403 | | Overruled |
| Greiner, Charles | April 26, 2022 | 305 | 13 | 305 | 18 | Obj. to D-085 see ECF #411; 403 | 305:19 -306:16 | Overruled |
| Greiner, Charles | April 26, 2022 | 306 | 18 | 307 | 1 | Obj. to D-554 see ECF #411; 403 | 307:11 -307:15 | Overruled |
| Greiner, Charles | April 26, 2022 | 307 | 19 | 308 | 6 | Obj. to D-554 see ECF #411; 403 | | Overruled |
| Greiner, Charles | April 26, 2022 | 308 | 13 | 308 | 18 | Obj. to D-554 see ECF #411; 403 | | Sustained (hearsay) |
| Greiner, Charles | April 26, 2022 | 309 | 2 | 309 | 21 | Obj. to D-554 see ECF #411; 403 | | Overruled |

Case No. 1:17-cv-598 (BKS)(CFH)

United States District Court

Date:_____ Presiding Judge: Honorable Brenda K. Sannes

For the Northern District of New York

| Name of Deponent | Date of Testimony | Affirmative Page From | Affirmative Line From | Affirmative Page To | Affirmative Line To | AngioDynamics' Objections to Affirmative Designations | AngioDynamics' Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|---|---|---|
| Greiner, Charles | April 26, 2022 | 310 | 3 | 310 | 17 | Obj. to D-554 see ECF #411; 403 | | Overruled |
| Greiner, Charles | April 26, 2022 | 313 | 5 | 316 | 2 | Obj. to D-554 see ECF #411; 403 | | Overruled |
| Greiner, Charles | April 26, 2022 | 316 | 11 | 316 | 15 | Obj. to D-146 see ECF #411; 403 | | Overruled |
| Greiner, Charles | April 26, 2022 | 317 | 11 | 318 | 2 | Obj. to D-146 see ECF #411; 403 | 318:3 -318:9 | Overruled |
| Greiner, Charles | April 26, 2022 | 319 | 19 | 321 | 10 | Obj. to D-146 see ECF #411; 403 | 321:11 -322:12 | Overruled |
| Greiner, Charles | April 26, 2022 | 323 | 10 | 324 | 20 | | 324:21-325:15 | |
| Greiner, Charles | April 26, 2022 | 326 | 10 | 326 | 18 | | | |
| Greiner, Charles | April 26, 2022 | 329 | 3 | 329 | 19 | Obj. to D-554 see ECF #411; 403 | | Overruled (but it is not clear what exhibit this is referring to.) |
| Greiner, Charles | April 26, 2022 | 330 | 12 | 331 | 4 | Obj. to D-554 see ECF #411; 403; hearsay | 331:21-332:13 | Overruled (party opponent statement) |
| Greiner, Charles | April 26, 2022 | 333 | 4 | 334 | 3 | Obj. to D-554 see ECF #411; 403 | 334:7-334:10; 334:12-334:13 | Overruled |
| Greiner, Charles | April 26, 2022 | 343 | 1 | 343 | 14 | Obj. to D-554 see ECF #411; 403 | 347:16-347:18; 347:21-348:1 | Overruled |
| Greiner, Charles | April 26, 2022 | 348 | 8 | 348 | 11 | | | |
| Greiner, Charles | April 26, 2022 | 348 | 14 | 349 | 13 | | | |
| Greiner, Charles | April 26, 2022 | 366 | 3 | 366 | 7 | | | |
| Greiner, Charles | April 26, 2022 | 366 | 10 | 367 | 5 | | | |
| Greiner, Charles | April 26, 2022 | 367 | 12 | 368 | 16 | | | |
| Greiner, Charles | April 26, 2022 | 388 | 20 | 389 | 9 | | | |

Dated: September 21, 2022

*Brenda K Sannes*

Brenda K. Sannes

Chief U.S. District Judge