United States District Court
For The Northern District of New York
Plaintiff's Revised Deposition Designations – Ryan Murphy

Case No. 1:17-cv-598 (BKS)(CFH)
Date:_____   Presiding Judge:  Honorable Brenda K. Sannes

| Name of Deponent | Date of Testimony | Angio's Revised Designations | Bard's Former Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Murphy, Ryan | December 12, 2019 | 9:16 - 9:18 | | | |
| Murphy, Ryan | December 12, 2019 | 12:02 - 12:05 | | | |
| Murphy, Ryan | December 12, 2019 | 12:08 - 12:15 | | | |
| Murphy, Ryan | December 12, 2019 | 13:01 - 14:08 | | 344:6-12, 344:14-345:6, 345:8-347:3 | |
| Murphy, Ryan | December 12, 2019 | 15:07 - 15:11 | | | |
| Murphy, Ryan | December 12, 2019 | 16:09 - 16:12 | | | |
| Murphy, Ryan | December 12, 2019 | 43:5-43:24 | Bard Obj. to P-388, 801/802 - Hearsay (e.g., pg. 3 "they are very interested in 3CG and said they would 'like to be doing what UPMC is doing,'" "Coated PICCs continue to be a topic of conversation and interest for our customers"); | | Overruled |
| Murphy, Ryan | December 12, 2019 | 48:11 - 48:19 | Bard Obj. to P-388 (see above), Bard Obj. to Angio Affirm. 801/802 - Hearsay | | Overruled |
| Murphy, Ryan | December 12, 2019 | 48:22 - 49:07 | Bard Obj. to P-388 (see above); Bard Obj. to Angio Affirm. mischaracterizes the document; 602 (lack of personal knowledge, speculation) | | Overruled |

| Name of Deponent | Date of Testimony | Angio's Revised Designations | Bard's Former Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Murphy, Ryan | December 12, 2019 | 51:21 - 52:09 | Bard Obj. to P-388 (see above); Bard Obj. to Angio Affirm. 801/802 (hearsay) | | Overruled |
| Murphy, Ryan | December 12, 2019 | 52:12 - 53:16 | Bard Obj. to P-388 (see above); Bard Obj. to Angio Affirm. 801/802 (hearsay) | | Overruled |
| Murphy, Ryan | December 12, 2019 | 53:21-56:05 | Bard Obj. to P-388 (see above); Bard Obj. to Angio Affirm. 401/402 - Relevance (AngioDynamics may argue relevant to product differentiation and motive; no evidence that any product differentiation based on coatings were relevant to Bard's motivation for its TLS policy) | | Overruled |
| Murphy, Ryan | December 12, 2019 | 56:08 - 56:21 | Bard Obj. to Angio Affirm. P-388 (see above), 401/402 - Relevance (AngioDynamics may argue relevant to product differentiation and motive; no evidence that any product differentiation based on coatings were relevant to Bard's motivation for its TLS policy), mischaracterizes the document | | Overruled |
| Murphy, Ryan | December 12, 2019 | 57:09 - 57:13 | | | |

| Name of Deponent | Date of Testimony | Angio's Revised Designations | Bard's Former Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Murphy, Ryan | December 12, 2019 | 91:01 - 91:15 | Bard Obj. to P-190, 403/Cumulative (Cleveland Clinic trial is undisputed) | | Overruled |
| Murphy, Ryan | December 12, 2019 | 91:18 - 92:21 | Bard Obj. to P-190 (see above) | | Overruled |
| Murphy, Ryan | December 12, 2019 | 93:05 - 94:18 | Bard Obj. to P-190 (see above) | | Overruled |
| Murphy, Ryan | December 12, 2019 | 98:23 - 99:02 | Bard Obj. to Angio Affirm. lacks foundation, leading question | 98:14-98:15, 98:22-98:22 | Overruled |
| Murphy, Ryan | December 12, 2019 | 99:05 - 99:12 | Bard Obj. to Angio Affirm. lacks foundation, leading question | 98:14-98:15, 98:22-98:22 | Overruled |
| Murphy, Ryan | December 12, 2019 | 99:13 - 99:23 | Bard Obj. to Angio Affirm. lacks foundation, leading question | 98:14-98:15, 98:22-98:22 | Overruled |
| Murphy, Ryan | December 12, 2019 | 100:07 - 100:18 | Bard Obj. to Angio Affirm. lacks foundation, speculation | | Overruled |
| Murphy, Ryan | December 12, 2019 | 101:18 - 101:23 | | | |
| Murphy, Ryan | December 12, 2019 | 101:24 - 105:06 | Bard Obj. to Angio Affirm. speculation, lacks personal knowledge | | Overruled |
| Murphy, Ryan | December 12, 2019 | 105:07 - 107:17 | Bard Obj. to Angio Affirm. 611 (foundation, vague), 602 (lack of personal knowledge, speculation), calls for expert testimony from lay witness | | Sustained as to 105:07-106:12 |
| Murphy, Ryan | December 12, 2019 | 107:20 - 109:01 | Bard Obj. to Angio Affirm. 602 (lack of personal knowledge, speculation), 401 | | Sustained as to 108:20-109:01 |

| Name of Deponent | Date of Testimony | Angio's Revised Designations | Bard's Former Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| | | | (relevance), 611 (foundation, vague) | | |
| Murphy, Ryan | December 12, 2019 | 109:04 - 109:10 | Bard Obj. to Angio Affirm. 401 (relevance), 611 (foundation, vague) | | Sustained |
| Murphy, Ryan | December 12, 2019 | 110:05 - 110:08 | | | |
| Murphy, Ryan | December 12, 2019 | 114:16-17 | | | |
| Murphy, Ryan | December 12, 2019 | 114:24-115:3 | | | |
| Murphy, Ryan | December 12, 2019 | 120:20 - 121:01 | Bard Obj. to Angio Affirm. 602 (lack of personal knowledge, speculation); not testifying on behalf of the company | | Overruled |
| Murphy, Ryan | December 12, 2019 | 121:18 – 121:24 | Bard Obj. to Angio Affirm. 602 (lack of personal knowledge, speculation); not testifying on behalf of the company | | Overruled |
| Murphy, Ryan | December 12, 2019 | 131:12 - 131:15 | Bard Obj. to Angio Affirm. 801/802 (hearsay) | | |
| Murphy, Ryan | December 12, 2019 | 132:12 - 132:14 | | | |
| Murphy, Ryan | December 12, 2019 | 154:4 - 155:10 | | | |
| Murphy, Ryan | December 12, 2019 | 158:05 - 159:07 | Bard Obj. to Angio Affirm. 401 (relevance) | | Sustained |
| Murphy, Ryan | December 12, 2019 | 167:06 - 168:03 | Bard Obj. to Angio Affirm. 401 (relevance) | | Sustained |
| Murphy, Ryan | December 12, 2019 | 168:13 - 169:15 | Bard Obj. to Angio Affirm. 401 (relevance) | | Sustained |

| Name of Deponent | Date of Testimony | Angio's Revised Designations | Bard's Former Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Murphy, Ryan | December 12, 2019 | 169:18 - 169:18 | Bard Obj. to Angio Affirm. 401 (relevance) | | Sustained |
| Murphy, Ryan | December 12, 2019 | 170:15 - 173:09 | Bard Obj. to P-051, 403 - More Prejudicial than Probative, Bard Obj. to Angio Affirm. lacks foundation, speculation | | Sustained (cumulative) |
| Murphy, Ryan | December 12, 2019 | 173:12 - 175:03 | Bard Obj. to P-051, 801/802 Hearsay; Bard Obj. to Angio Affirm. 401 (relevance), 602 (lack of personal knowledge, speculation) | | Sustained |
| Murphy, Ryan | December 12, 2019 | 175:12-23 | Bard Obj. to P-058 (see above), Bard Obj. to Angio Affirm. 602 (lack of personal knowledge, speculation), 801/802 - Hearsay | | Overruled |
| Murphy, Ryan | December 12, 2019 | 176:5-179:7 | Bard Obj. to P-058 (see above), Bard Obj. to Angio Affirm. 602 (lack of personal knowledge, speculation), 801/802 - Hearsay | | Sustained as to 177:5-18, 178:8-11 |
| Murphy, Ryan | December 12, 2019 | 180:12-181:12 | Bard Obj. to P-058 (see above), Bard Obj. to Angio Affirm. 602 (lack of personal knowledge, speculation); not testifying on behalf of the company, 401/402 - Relevance | | Overruled |

| Name of Deponent | Date of Testimony | Angio's Revised Designations | Bard's Former Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Murphy, Ryan | December 12, 2019 | 181:15 - 182:20 | Bard Obj. to P-058 (see above), Bard Obj. to Angio Affirm. 602 (lack of personal knowledge, speculation), 401/402 - Relevance | | Overruled |
| Murphy, Ryan | December 12, 2019 | 182:21 - 184:19 | Bard Obj. to P-058 (see above), Bard Obj. to Angio Affirm. 801/802 (hearsay) | | Overruled |
| Murphy, Ryan | December 12, 2019 | 185:13 - 187:14 | Bard Obj. to P-058 (see above), Bard Obj. to Angio Affirm. 602 (lack of personal knowledge, speculation) | | Overruled |
| Murphy, Ryan | December 12, 2019 | 187:17 - 187:17 | Bard Obj. to P-058 (see above), Bard Obj. to Angio Affirm. 602 (lack of personal knowledge, speculation) | | Overruled |
| Murphy, Ryan | December 12, 2019 | 187:20 - 191:08 | Bard Obj. to P-189, 403 - Confusing, cumulative (Cleveland Clinic trial is undisputed; this document adds no additional relevant facts); This document contains multiple emails in one exhibit, Bard Obj. to Angio Affirm. 401/402 - Relevance | | Sustained |
| Murphy, Ryan | December 12, 2019 | 192:01 - 195:01 | Bard Obj. to P-189 (see above), Bard Obj. to Angio Affirm. 401/402 - Relevance, | | Sustained |

| Name of Deponent | Date of Testimony | Angio's Revised Designations | Bard's Former Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| | | | 602 (lack of personal knowledge, speculation) | | |
| Murphy, Ryan | December 12, 2019 | 195:14 - 196:01 | Bard Obj. to P-189 (see above), Bard Obj. to Angio Affirm. 401/402 - Relevance, 602 (lack of personal knowledge, speculation) | | Sustained |
| Murphy, Ryan | December 12, 2019 | 197:09 - 197:23 | | 198:14-198:16, 198:23-199:2, 199:10-199:11, 199:21-200:2, 200:9-11 | |
| Murphy, Ryan | December 12, 2019 | 200:12 - 201:07 | | | |
| Murphy, Ryan | December 12, 2019 | 201:10 - 203:24 | Bard Obj. to Angio Affirm. 602 (lack of personal knowledge, speculation) | | Overruled |
| Murphy, Ryan | December 12, 2019 | 205:02 - 205:13 | | | |
| Murphy, Ryan | December 12, 2019 | 205:17-208:9 | Bard Obj. to Angio Affirm. 602 (lack of personal knowledge, speculation) | | Overruled |
| Murphy, Ryan | December 12, 2019 | 209:06 - 209:21 | Bard Obj. to Angio Affirm. 403 (cumulative, the parties agree Bard never sold the stylet standalone to any hospital other than CC) | | Overruled |
| Murphy, Ryan | December 12, 2019 | 210:4 - 212:18 | Bard Obj. to P-271, 801/802 - Hearsay (E.g., page 2, "I did contact Supply Chain at Cleveland Clinic. They are using the Bard 3CG | | Overruled |

| Name of Deponent | Date of Testimony | Angio's Revised Designations | Bard's Former Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| | | | technology and seperately ordered/stocked Bard 3CG stylets with 2 DIFFERENT PICC Vendors (both not bard)."), Bard Obj. to Angio Affirm. 602 (lack of personal knowledge, speculation) | | |
| Murphy, Ryan | December 12, 2019 | 212:21 - 213: 12 | Bard Obj. to P-271 (see above), Bard Obj. to Angio Affirm. 602 (lack of personal knowledge, speculation) | | Overruled |
| Murphy, Ryan | December 12, 2019 | 213:18-214:15 | Bard Obj. to P-271 (see above), 403 (cumulative, the parties agree Bard never sold the stylet standalone to any hospital other than CC) | | Overruled |
| Murphy, Ryan | December 12, 2019 | 214:18-220:20 | Bard Obj. to Angio Affirm. 602 (lack of personal knowledge, speculation) | | Overruled |
| Murphy, Ryan | December 12, 2019 | 221:06-16 | Bard Obj. to P-121 801/802 (Hearsay) (e.g., page 1: "Multiple reports this month . . ."); 403 – More prejudicial than probative (e.g., page 1: "shit"), Bard Obj. to Angio Affirm.  801/802 - Hearsay, 401/402 - Relevance, 403 (prejudice) | | Overruled |
| Murphy, Ryan | December 12, 2019 | 223:23-224:5 | Bard Obj. to P-121 (see above), Bard Obj. to Angio | | Overruled |

| Name of Deponent | Date of Testimony | Angio's Revised Designations | Bard's Former Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| | | | Affirm. 801/802 - Hearsay, 401/402 - Relevance, 403 (prejudice) | | |
| Murphy, Ryan | December 12, 2019 | 227:18-228:02 | Bard Obj. to Angio Affirm. 602 (lack of personal knowledge, speculation) | | Sustained |
| Murphy, Ryan | December 12, 2019 | 228:05–21 | Bard Obj. to Angio Affirm. 602 (lack of personal knowledge, speculation) | | Sustained |
| Murphy, Ryan | December 12, 2019 | 229:09-230:14 | Bard Obj. to Angio Affirm. 602 (lack of personal knowledge, speculation) | | Overruled, as long as the question is included |
| Murphy, Ryan | December 12, 2019 | 232:11-20 | | | |
| Murphy, Ryan | December 12, 2019 | 235:09-236:08 | | | |
| Murphy, Ryan | December 12, 2019 | 235:15-236:8 | | | |
| Murphy, Ryan | December 12, 2019 | 238:12-15 | Bard Obj. to Angio Affirm. 403 (cumulative, the parties agree Bard never sold the stylet standalone to any hospital other than CC) | | Overruled |
| Murphy, Ryan | December 12, 2019 | 238:18-239:2 | Bard Obj. to Angio Affirm. 403 (cumulative, the parties agree Bard never sold the stylet standalone to any hospital other than CC); incomplete designation | | Overruled |
| Murphy, Ryan | December 12, 2019 | 239:10-239:17 | Bard Obj. to Angio Affirm. 403 (cumulative, the parties agree Bard never sold the | | Overruled |

| Name of Deponent | Date of Testimony | Angio's Revised Designations | Bard's Former Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| | | | stylet standalone to any hospital other than CC) | | |
| Murphy, Ryan | December 12, 2019 | 255:23-256:14 | Bard Obj. to P-276; 401/402 – Relevance | | Sustained |
| Murphy, Ryan | December 12, 2019 | 258:3-260:6 | Bard Obj. to P-276  (see above) | | Sustained |
| Murphy, Ryan | December 12, 2019 | 261:3-262:2 | Bard Obj. to P-276  (see above) | | Sustained |
| Murphy, Ryan | December 12, 2019 | 277:18-20 | | | |
| Murphy, Ryan | December 12, 2019 | 278:13-20 | | | |
| Murphy, Ryan | December 12, 2019 | 278:23-280:4 | | | |
| Murphy, Ryan | December 12, 2019 | 287:3-288:23 | Bard Obj. to P-274 - 801/802 - Hearsay (e.g., page 1, "This PICC team still has interest in Vasanova due to the ability to have the wire seperate from the kit. They feel that they don't evere want to be locked in to one vender."); Excluded pursuant to ECF No. 436 | | Sustained as to 288:11-23 |
| Murphy, Ryan | December 12, 2019 | 289:2-289:23 | Bard Obj. to Angio Affirm. 801/802 (hearsay), 602 (lack of personal knowledge, speculation); Excluded pursuant to ECF No. 436 | | Sustained |
| Murphy, Ryan | December 12, 2019 | 290:3-290:17 | Bard Obj. to Angio Affirm. 801/802 (hearsay), 602 (lack of personal knowledge, speculation); Excluded pursuant to ECF No. 436 | | Sustained |

| Name of Deponent | Date of Testimony | Angio's Revised Designations | Bard's Former Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Murphy, Ryan | December 12, 2019 | 291:23-292:7 | Bard Obj. to Angio Affirm. 801/802 (hearsay), 602 (lack of personal knowledge, speculation); Excluded pursuant to ECF No. 436 | | Sustained |
| Murphy, Ryan | December 12, 2019 | 292:9-292:13 | Bard Obj. to Angio Affirm. 801/802 (hearsay), 602 (lack of personal knowledge, speculation); Excluded pursuant to ECF No. 436 | | Sustained |
| Murphy, Ryan | December 12, 2019 | 292:16 - 293:3 | Bard Obj. to Angio Affirm. 801/802 (hearsay), 602 (lack of personal knowledge, speculation); Excluded pursuant to ECF No. 436 | | Sustained |
| Murphy, Ryan | December 12, 2019 | 297:15-298:7 | Bard Obj. to P-113; 801/802 – Hearsay; Excluded pursuant to ECF No. 436 | | Sustained |
| Murphy, Ryan | December 12, 2019 | 298:18-299:11 | Excluded pursuant to ECF No. 436 | | Sustained |
| Murphy, Ryan | December 12, 2019 | 299:18-301:10 | Excluded pursuant to ECF No. 436 | 301:23-302:18 | Sustained |
| Murphy, Ryan | December 12, 2019 | 307:9-307:20 | Excluded pursuant to ECF No. 436 | 307:21-308:13 | Overruled |
| Murphy, Ryan | December 12, 2019 | 308:15-308:24 | Excluded pursuant to ECF No. 436 | | Overruled |
| Murphy, Ryan | December 12, 2019 | 309:3-309:11 | Excluded pursuant to ECF No. 436 | | Overruled |
| Murphy, Ryan | December 12, 2019 | 310:4-310:20 | Excluded pursuant to ECF No. 436 | | Sustained |

| Name of Deponent | Date of Testimony | Angio's Revised Designations | Bard's Former Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Murphy, Ryan | December 12, 2019 | 309:12-24 | P-246 hearsay; Excluded pursuant to ECF No. 436 | | Sustained |
| Murphy, Ryan | December 12, 2019 | 310:4-20 | P-246 hearsay; Excluded pursuant to ECF No. 436 | | Sustained |
| Murphy, Ryan | December 12, 2019 | 310:24-311:4 | P-246 hearsay; Excluded pursuant to ECF No. 436 | | Sustained |
| Murphy, Ryan | December 12, 2019 | 318:24-318:24 | P-246 hearsay; Excluded pursuant to ECF No. 436 | | Sustained |
| Murphy, Ryan | December 12, 2019 | 326:5-326:20 | P-246 hearsay; Excluded pursuant to ECF No. 436 | | Sustained |
| Murphy, Ryan | December 12, 2019 | 329:3-13 | P-246 hearsay; Excluded pursuant to ECF No. 436 | | Sustained |
| Murphy, Ryan | December 12, 2019 | 330:9-18 | P-246 hearsay; Excluded pursuant to ECF No. 436 | | Sustained |
| Murphy, Ryan | December 12, 2019 | 330-21-22 | P-246 hearsay; Excluded pursuant to ECF No. 436 | | Sustained |

Dated: September 22, 2022

Brenda K. Sannes
Chief U.S. District Judge