| Bard's Corrected and Revised Objections and Counter-Designations to AngioDynamics' 9/13/2022 Affirmative Designations | | | | | |
|---|---|---|---|---|---|
| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
| Tighe, Daniel | October 1, 2019 | 8:12 -8:14 | | | |
| Tighe, Daniel | October 1, 2019 | 10:2 -10:17 | | | |
| Tighe, Daniel | October 1, 2019 | 12:5 -12:14 | | | |
| Tighe, Daniel | October 1, 2019 | 24:14 -25:24 | Bard Obj. to Angio Affirm. 24:14-25:24 602 (speculation)<br><br>Designation includes attorney speaking objection (25:23-24) | | Sustained as to attorney speaking |
| Tighe, Daniel | October 1, 2019 | 34:21 -34:24 | Incomplete designation (missing lead-in question from 34:16-20) | | Sustained, subject to cure |
| Tighe, Daniel | October 1, 2019 | 35:7 -35:8 | | | |
| Tighe, Daniel | October 1, 2019 | 35:10 -35:15 | | | |
| Tighe, Daniel | October 1, 2019 | 35:18 -35:25 | | | |
| Tighe, Daniel | October 1, 2019 | 36:3 -36:16 | | | |
| Tighe, Daniel | October 1, 2019 | 38:4 -38:18 | | | |
| Tighe, Daniel | October 1, 2019 | 38:19 -38:23 | | | |
| Tighe, Daniel | October 1, 2019 | 39:1 -39:9 | | | |
| Tighe, Daniel | October 1, 2019 | 39:19 -39:23 | | | |
| Tighe, Daniel | October 1, 2019 | 40:1 -40:6 | | | |
| Tighe, Daniel | October 1, 2019 | 40:15 -40:20 | | | |
| Tighe, Daniel | October 1, 2019 | 43:6 -43:13 | Bard_AD_00155417 not on Plaintiff's exhibit list. | | Sustained |
| Tighe, Daniel | October 1, 2019 | 47:4 -47:16 | Bard_AD_00155417 not on Plaintiff's exhibit list. | | Sustained |
| Tighe, Daniel | October 1, 2019 | 51:5 -53:8 | Bard Obj. to Angio Affirm. 51:5-53:18: 801/802 (hearsay), subject to Court's MIL Ruling<br><br>P-110: 801/802 - Hearsay (e.g., page 2: "She said that they have . . .") | 233:10-20; 233:23; 234:3-5; 234:8-9; 234:13-18 | Overruled |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Tighe, Daniel | October 1, 2019 | 53:9 -54:13 | Objection to P-110 | | Overruled |
| Tighe, Daniel | October 1, 2019 | 54:14 -54:21 | Bard Obj. to Angio Affirm. 54:14-21 801/802 (hearsay), subject to Court's MIL Ruling; 611 (lacks foundation)<br><br>Objection to P-110 | | Sustained |
| Tighe, Daniel | October 1, 2019 | 57:2 -57:10 | Bard Obj. to Angio Affirm. 57:2-9 801/802 (hearsay), subject to Court's MIL Ruling; 602 (speculation), incomplete designation (missing question and lead-in question and answer at 56:20-24)<br><br>Objection to P-110 | | Sustained (hearsay) |
| Tighe, Daniel | October 1, 2019 | 57:13 -61:1 | Bard Obj. to Angio Affirm. 57:13-57:21 801/802 (hearsay) subject to Court's MIL Ruling; 602 (speculation)<br><br>Designation includes attorney speaking objection (e.g. 57:13)<br><br>Objection to P-110 | | Sustained |
| Tighe, Daniel | October 1, 2019 | 61:4 -62:2 | Bard Obj. to Angio Affirm. 61:4-62:2 801/802 (hearsay) subject to Court's MIL Ruling<br><br>Objection to P-110 | | Sustained |
| Tighe, Daniel | October 1, 2019 | 62:5 -62:7 | Bard Obj. to Angio Affirm. 62:5-7: 602 (speculation)<br><br>Objection to P-110 | | Sustained |
| Tighe, Daniel | October 1, 2019 | 62:8 -62:9 | Objection to P-110 | | Sustained |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Tighe, Daniel | October 1, 2019 | 62:11 -62:11 | Objection to P-110 | | Sustained |
| Tighe, Daniel | October 1, 2019 | 67:6 -69:25 | Objection to P-110 | | Sustained |
| Tighe, Daniel | October 1, 2019 | 74:21 -74:25 | | | |
| Tighe, Daniel | October 1, 2019 | 75:3 -75:7 | | | |
| Tighe, Daniel | October 1, 2019 | 75:10 -75:10 | | | |
| Tighe, Daniel | October 1, 2019 | 75:21 -76:8 | Bard Obj. to Angio Affirm. 75:21-76:8: 801/802 (hearsay), subject to Court's MIL Ruling | | Sustained |
| Tighe, Daniel | October 1, 2019 | 76:9 -76:14 | Designation includes attorney speaking objection (76:14) | | |
| Tighe, Daniel | October 1, 2019 | 76:16 -76:20 | | | |
| Tighe, Daniel | October 1, 2019 | 78:17 -78:24 | | | |
| Tighe, Daniel | October 1, 2019 | 79:13 -79:20 | | | |
| Tighe, Daniel | October 1, 2019 | 80:3 -81:14 | Bard Obj. to Angio Affirm. 80:3-81:14: 801/802 - Hearsay<br><br>P-109: 801/802 - Hearsay (e.g., page 1: statements on initial data) | 81:15-81:25 | Sustained as to 81:1-3 ("I know…") |
| Tighe, Daniel | October 1, 2019 | 82:5 -82:24 | Bard Obj. to Angio Affirm. 82:5-24 801/802 (hearsay)<br><br>Objection to P-109 | | Sustained |
| Tighe, Daniel | October 1, 2019 | 87:17 -87:25 | Bard Objection to Affirmative 87:17-25: 403 - More Prejudicial than Probative; 801/802 - Hearsay<br><br>P-76: 403 - More Prejudicial than Probative (e.g., "fucking bat shit crazy"); 801/802 - Hearsay (e.g., page one: "I have a large account . . .") | | Overruled |
| Tighe, Daniel | October 1, 2019 | 87:22 -88:6 | Objection to P-76 | | Overruled |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Tighe, Daniel | October 1, 2019 | 88:7 -92:11 | Bard Objection to Affirmative 88:7-92:11: 403 - More Prejudicial than Probative; 801/802 - Hearsay; Designation includes attorney speaking objection<br><br>Objection to P-76 | | Overruled |
| Tighe, Daniel | October 1, 2019 | 92:22 -92:23 | P-129: 801/802 - Hearsay (e.g., page 2: "As for UCH . . .") | | Overruled |
| Tighe, Daniel | October 1, 2019 | 93:2 -99:21 | Bard Objection to Affirmative 93:2-99:21 801/802 (hearsay), subject to Court's MIL Ruling, 602 (speculation)<br><br>Objection to P-129 | | Sustained as to 96:6-97:2 (hearsay) |
| Tighe, Daniel | October 1, 2019 | 100:6 -100:18 | Bard Obj. to Angio Affirm. 100:6-100:18: 602 (speculation), 611 (vague, lacks foundation), 801/802 (hearsay) | | Sustained |
| Tighe, Daniel | October 1, 2019 | 101:12 -101:23 | | | |
| Tighe, Daniel | October 1, 2019 | 118:15 -119:2 | | | |
| Tighe, Daniel | October 1, 2019 | 123:3 -123:7 | | | |
| Tighe, Daniel | October 1, 2019 | 123:6 -123:20 | | | |
| Tighe, Daniel | October 1, 2019 | 124:4 -124:9 | | | |
| Tighe, Daniel | October 1, 2019 | 126:6 -126:16 | | | |
| Tighe, Daniel | October 1, 2019 | 132:2 -132:20 | Bard Obj. to Angio Affirm. 132:2-20 (Exhibit 10) 801/802 (hearsay), subject to Court's MIL Ruling; 401 (relevance)<br><br>P-30: 401/402 - Relevance;<br>801/802 - Hearsay (e.g., page 3, "They are saying very few centrals..."; page 3, "She told Laci this is a three month...") | | Overruled |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Tighe, Daniel | October 1, 2019 | 143:19 -145:3 | Bard Obj. to Angio Affirm. 143:19-145:3 (Exhibit 12) 801/802 (hearsay), subject to Court's MIL Ruling<br><br>P-177: Hearsay (e.g. recounting conversation with a third party - "she wants something in writing"; "her boss . . . told her to move forward with whatever they need") | | Overruled |
| Tighe, Daniel | October 1, 2019 | 145:9 -145:19 | Bard Obj. to Angio Affirm. 145:9-16 801/802 (hearsay), subject to Court's MIL Ruling; 611 (lacks foundation); 602 (speculation); designation includes attorney speaking objection<br><br>Objection to P-177 | | Overruled |
| Tighe, Daniel | October 1, 2019 | 146:1 -146:9 | Bard Obj. to Angio Affirm. 146:1-9 801/802 (hearsay), subject to Court's MIL Ruling; 611 (lacks foundation); 602 (speculation)<br><br>Objection to P-177 | | Overruled |
| Tighe, Daniel | October 1, 2019 | 146:12 -146:16 | Bard Obj. to Angio Affirm. 146:12-16 801/802 (hearsay), subject to Court's MIL Ruling; 611 (lacks foundation); 602 (speculation)<br><br>Objection to P-177 | | Overruled |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Tighe, Daniel | October 1, 2019 | 146:19 -147:5 | Bard Obj. to Angio Affirm. 146:19-147:5 801/802 (hearsay), subject to Court's MIL Ruling; 611 (lacks foundation); 602 (speculation)<br><br>Objection to P-177 | | Overruled |
| Tighe, Daniel | October 1, 2019 | 147:10 -147:11 | Bard Obj. to Angio Affirm. 147:10-11 801/802 (hearsay), subject to Court's MIL Ruling; 611 (lacks foundation); 602 (speculation); 611 (vague); incomplete designation (missing answer at 147:13)<br><br>Objection to P-177 | | Sustained as to missing answer, subject to cure |
| Tighe, Daniel | October 1, 2019 | 147:14 -147:21 | Bard Obj. to Angio Affirm. 147:14-21 801/802 (hearsay), subject to Court's MIL Ruling; 611 (lacks foundation); 602 (speculation); 611 (vague)<br><br>Objection to P-177 | | Overruled |
| Tighe, Daniel | October 1, 2019 | 149:25 -150:1 | Bard Obj. to Angio Affirm. 149:25 - 150:1: 801/802 (hearsay), 611 (lacks foundation), 602 (assumes facts not in evidence) | | Sustained |
| Tighe, Daniel | October 1, 2019 | 150:4 -150:12 | Bard Obj. to Angio Affirm. 150:4 - 150:12: 801/802 (hearsay), 611 (lacks foundation), 602 (assumes facts not in evidence) | | Sustained |
| Tighe, Daniel | October 1, 2019 | 150:14 -151:7 | Bard Obj. to Angio Affirm. 150:14 - 151:7: 801/802 (hearsay), 611 (lacks foundation), 602 (assumes facts not in evidence)<br><br>Objection to P-177 | | Sustained |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Tighe, Daniel | October 1, 2019 | 156:11 -157:25 | Bard Obj. to Angio Affirm. 156:11-157:25 801/802 (hearsay), subject to Court's MIL Ruling<br><br>P-176: Hearsay (e.g. "Our physicians want to use the CHG coated PICC lines") | | Overruled (inquiry) |
| Tighe, Daniel | October 1, 2019 | 163:19 -163:21 | Bard Obj. to Angio Affirm. 163:19-163:21 801/802 (hearsay), subject to Court's MIL Ruling; 611 (lacks foundation); 602 (assumes facts not in evidence)<br><br>Objection to P-176 | | Sustained |
| Tighe, Daniel | October 1, 2019 | 163:23 -164:2 | Bard Obj. to Angio Affirm. 163:23-164:2 801/802 (hearsay), subject to Court's MIL Ruling; 611 (lacks foundation); 602 (assumes facts not in evidence) | | Sustained |
| Tighe, Daniel | October 1, 2019 | 165:7 -165:16 | | | |
| Tighe, Daniel | October 1, 2019 | 179:17 -181:11 | Bard Obj. to Angio Affirm. 179:17-181:11 801/802 (hearsay), subject to Court's MIL Ruling; 611 (lacks foundation), 401/402 (relevance)<br><br>P-337: 401/402 - Relevance; Foundation; 801/802 Hearsay (e.g., Page 31 ("Stragecially developed relationships in infection control, ICU, education and materials management to build a defensive stragey against physician determined to bring in Arrow.")) | | Sustained (401 Relevance and 403 time wasting) |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Tighe, Daniel | October 1, 2019 | 185:15 -185:25 | Bard Obj. to Angio Affirm. 185:15-25 801/802 (hearsay), subject to Court's MIL Ruling; 401/402 (relevance)<br><br>P-383: 801/802 - Hearsay (e.g., pg. 4 "evaluations were positive for the customer . . . concern about floppiness of the VN wire") 401/402 - Relevance | | Overruled |
| Tighe, Daniel | October 1, 2019 | 190:1 -190:16 | Objection to P-383 | | Overruled |
| Tighe, Daniel | October 1, 2019 | 190:20 -194:1 | Bard Obj. to Angio Affirm. 190:20-194:1 801/802 (hearsay), subject to Court's MIL Ruling, designation includes attorney speaking objection<br><br>P-24: 401/402 - Relevance;<br>801/802 - Hearsay (e.g., page 3, "mentioned that she felt taking multiple print images..."; page 3, "they think having a cap..."; page 4, "Jan mentioned that the budget was tight..."; page 10, "mentioned she thought there was signficant value in the education and support...") | | Overruled except as to attorney speaking |
| Tighe, Daniel | October 1, 2019 | 194:2 -195:24 | Bard Obj. to Angio Affirm. 194::2-195:24 801/802 (hearsay), subject to Court's MIL Ruling<br><br>Objection to P-24 | | Overruled |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Tighe, Daniel | October 1, 2019 | 195:25 -196:23 | Bard_AD_00021914 not on Exhibit List. | | Sustained as to 195:25-196:1 (attorney objection) and 196:7-23 (not on any party's exhibit list) |
| Tighe, Daniel | October 1, 2019 | 204:11 -204:19 | Bard Obj. to Angio Affirm. 204:11-19 801/802 (hearsay), subject to Court's MIL Ruling; 611 (lacks foundation) | | Sustained (hearsay) |
| Tighe, Daniel | October 1, 2019 | 226:19 -227:1 | | | |

September 22, 2022

Brenda K. Sannes
Chief U.S. District Judge