| Bard's Corrected and Revised Objections and Counter-Designations to AngioDynamics' 9/13/2022 Affirmative Designations | | | | | |
|---|---|---|---|---|---|
| **Name of Deponent** | **Date of Testimony** | **AngioDynamics' Affirmative Designations** | **Bard's Objections to Affirmative Designations** | **Bard's Counter-Designations** | **Court's Ruling** |
| Schott, Jonathan | November 19, 2019 | 5:14 -5:16 | | | |
| Schott, Jonathan | November 19, 2019 | 9:4 -9:16 | | | |
| Schott, Jonathan | November 19, 2019 | 10:9 -11:9 | | | |
| Schott, Jonathan | November 19, 2019 | 12:4 -12:7 | | | |
| Schott, Jonathan | November 19, 2019 | 29:3 -29:24 | | | |
| Schott, Jonathan | November 19, 2019 | 30:1 -30:1 | | | |
| Schott, Jonathan | November 19, 2019 | 30:16 -31:5 | | | |
| Schott, Jonathan | November 19, 2019 | 31:11 -31:16 | | | |
| Schott, Jonathan | November 19, 2019 | 32:20 -33:18 | | | |
| Schott, Jonathan | November 19, 2019 | 33:4 -33:15 | Bard Obj. to Angio Affirm. 33:4-15 801/802 (hearsay), subject to Court's MIL Ruling | | Overruled |
| Schott, Jonathan | November 19, 2019 | 49:13 -49:15 | | | |
| Schott, Jonathan | November 19, 2019 | 53:4 -53:9 | | 53:10-17, 53:19-24 | |
| Schott, Jonathan | November 19, 2019 | 68:15 -68:23 | Bard Obj. to Angio Affirm. 68:15-23, 801/802 (Hearsay), subject to Court's MIL Ruling<br><br>P-58: 801/802 - Hearsay (page 2, email from Sears) | | Overruled |
| Schott, Jonathan | November 19, 2019 | 72:12 -73:6 | Bard Obj. to Angio Affirm. 72:12-73:6, Incomplete designation | | Sustained, subject to cure |
| Schott, Jonathan | November 19, 2019 | 73:20 -74:16 | Bard Obj. to Angio Affirm. 73:20-74:16, Incomplete designation, 602 (speculation, assumes facts not in evidence), 611 (lacks foundation) | | Sustained as to 74:3-16 |
| Schott, Jonathan | November 19, 2019 | 74:17 -75:4 | Designation includes attorney speaking objection (74:5, 11) | | |
| Schott, Jonathan | November 19, 2019 | 75:5 -77:5 | Designation includes attorney speaking objection (75:13, 76:8, 77:2) | | |
| Schott, Jonathan | November 19, 2019 | 81:1 -81:24 | Incomplete designation (missing question at 80:21-22, missing answer at 82:3) | 81:23-81:24, 82:3-82:16 | Sustained subject to cure |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Schott, Jonathan | November 19, 2019 | 82:24 -84:8 | Designation includes attorney speaking objection (83:6-7) | | |
| Schott, Jonathan | November 19, 2019 | 84:23 -85:16 | Incomplete designation (missing question at 84:16-20) | | Sustained subject to cure |
| Schott, Jonathan | November 19, 2019 | 109:20 -111:16 | Bard Obj. to Angio Affirm. 109:20-111:16 801/802 (hearsay), subject to Court's MIL Ruling, incomplete designation (fails to designate introduction of document at 108:13-22, 109:1-14), designation includes attorney speaking objection (111:6-8)<br><br>P-187: Hearsay (recounting conversation with Maria Kertesz and other clinicians at Cleveland Clinic) | | Sustained on all grounds |
| Schott, Jonathan | November 19, 2019 | 111:20 -111:24 | Bard Obj. to Angio Affirm. 111:20-24, 602 (speculation, assumes facts not in evidence), 611 (lacks foundation, leading question) | | Overruled |
| Schott, Jonathan | November 19, 2019 | 112:18 -112:20 | Bard Obj. to Angio Affirm. 112:18-20 801/802 (hearsay), subject to Court's MIL Ruling | | Sustained (hearsay) |
| Schott, Jonathan | November 19, 2019 | 115:2 -115:20 | Bard Obj. to Angio Affirm. 115:2-20, 602 (speculation), designation includes attorney speaking objection (115:6-7, 115:14-15) | | Sustained as to attorney objections |
| Schott, Jonathan | November 19, 2019 | 136:14 -136:20 | Bard Obj. to Angio Affirm. 136:14-20, 401/402 (Relevance), 801/802 (Hearsay), subject to Court's MIL Ruling<br><br>P-31: 401/402 - Relevance; 801/802 - Hearsay (e.g., page 2, "She specifically told us her 'go live'..."; page 2, "Maria told us she's full steam ahead...") | | Overruled |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Schott, Jonathan | November 19, 2019 | 136:16 -136:16 | Incomplete designation (missing answer at 136:17) | | Encompassed in row above |
| Schott, Jonathan | November 19, 2019 | 137:15 -137:18 | | | |
| Schott, Jonathan | November 19, 2019 | 137:22 -139:2 | Bard Obj. to Angio Affirm. 137:22-139:2 801/802 (Hearsay), subject to Court's MIL Ruling | | Overruled |
| Schott, Jonathan | November 19, 2019 | 139:5 -139:9 | | | |
| Schott, Jonathan | November 19, 2019 | 139:5 -139:19 | | | |
| Schott, Jonathan | November 19, 2019 | 139:10 -139:14 | | | |
| Schott, Jonathan | November 19, 2019 | 141:13 -141:22 | Bard Obj. to Angio Affirm. 141:13-22, 602 (speculation), 611 (lacks foundation) | | Overruled |
| Schott, Jonathan | November 19, 2019 | 152:12 -152:17 | Bard Obj. to Angio Affirm. 152:12-17, 801/802 (Hearsay), subject to Court's MIL Ruling<br><br>P-362: 401/402 - Relevance; 801/802 - Hearsay (e.g., Page 2 ("We met with Tammy Sedlacek first week of May. She said Aug 1 is "go live" . . .")) | | Sustained |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Schott, Jonathan | November 19, 2019 | 160:16 -160:21 | Bard Obj. to Angio Affirm. 160:16-21, 801/802 (Hearsay), subject to Court's MIL Ruling<br><br>P-363: 801/802 - Hearsay (e.g., Page 11 ("It's apparent you've developed that with Maria Kertesz (PICC Team Manager) at Main Campus. The reason I know this is she verbalized to me her high level of satisfaction with the job you've done since becoming her rep. She believes and trusts you'll always do what's right for her and her team. When I asked her what's most important to her, she mentioned reliability.")) | | Overruled |
| Schott, Jonathan | November 19, 2019 | 160:16 -160:16 | Incomplete designation (missing remaining question and answer from 160:17-21, repeative of above designation)<br><br>Objection to P-363 | | Sustained subject to cure for being incomplete |
| Schott, Jonathan | November 19, 2019 | 160:22 -160:24 | Objection to P-363 | | Overruled |
| Schott, Jonathan | November 19, 2019 | 161:1 -161:9 | Objection to P-363 | | Overruled |
| Schott, Jonathan | November 19, 2019 | 161:19 -162:4 | Incomplete designation (missing answer at 162:5) | | Sustained subject to cure |
| Schott, Jonathan | November 19, 2019 | 162:15 -163:2 | Objection to P-363 | | Overruled (this designation does not quote or discuss any hearsay) |
| Schott, Jonathan | November 19, 2019 | 165:7 -165:13 | Designation includes attorney speaking objection (165:10-11) | | |
| Schott, Jonathan | November 19, 2019 | 165:14 -166:7 | | | |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Schott, Jonathan | November 19, 2019 | 166:8 -166:12 | Incomplete designation (missing answer at 166:13)<br><br>Objection to P-363 | | Overruled (complete with next row) |
| Schott, Jonathan | November 19, 2019 | 166:18 -166:18 | Incomplete designation (missing question at 166:17)<br><br>Objection to P-363 | | Overruled |
| Schott, Jonathan | November 19, 2019 | 166:24 -169:17 | Incomplete designation (missing question at 166:19-20, missing answer at 169:18)<br><br>Objection to P-363 | | Sustained subject to cure as to missing question |
| Schott, Jonathan | November 19, 2019 | 169:11 -169:17 | Objection to P-363 | | Overruled |
| Schott, Jonathan | November 19, 2019 | 171:16 -171:20 | | | |
| Schott, Jonathan | November 19, 2019 | 182:8 -187:19 | Bard Obj. to Angio Affirm. 182:8-187:19, 602 (speculation), 611 (lacks foundation), incomplete designation (missing document introduction at 181:9-23), designation includes attorney speaking objection (187:9) | 187:20-187:24, 188:2-188:3 | Sustained as to incompleteness subject to cure |
| Schott, Jonathan | November 19, 2019 | 188:8 -188:23 | | | |
| Schott, Jonathan | November 19, 2019 | 194:15 -195:7 | Bard Obj. to Angio Affirm. 194:15-22, 611 (lacks foundation), incomplete designation (missing document introduction at 191:4-17)<br><br>P-347: Foundation | | Sustained as to incompleteness subjec to cure |
| Schott, Jonathan | November 19, 2019 | 194:23 -195:13 | P-347: Foundation | | Overruled |
| Schott, Jonathan | November 19, 2019 | 196:7 -196:15 | P-347: Foundation | | Overruled |
| Schott, Jonathan | November 19, 2019 | 197:6 -197:9 | P-347: Foundation | | Overruled |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Schott, Jonathan | November 19, 2019 | 197:15 -198:20 | Bard Obj. to Angio Affirm. 197:15-198:20 801/802 (hearsay), subject to Court's MIL Ruling<br><br>P-347: Foundation | | Sustained as to 198:3-12 (hearsay) |
| Schott, Jonathan | November 19, 2019 | 199:7 -200:9 | Bard Obj. to Angio Affirm. 199:7-200:9, 602 (speculation)<br><br>P-347: Foundation | | Sustained as to 199:11-17 |
| Schott, Jonathan | November 19, 2019 | 205:14 -205:22 | | 205:23-206:2 | |
| Schott, Jonathan | November 19, 2019 | 208:2 -208:6 | Bard Obj. to Angio Affirm. 208:2-6, 801/802 (Hearsay), subject to Court's MIL Ruling<br><br>P-74: 801/802 - Hearsay (e.g., page one: "Maria said they used . . .") | | Overruled |
| Schott, Jonathan | November 19, 2019 | 220:19 -221:9 | Bard Obj. to Angio Affirm. 220:19-221:9, 401/402 (Relevance), 403 (More Prejudicial than Probative), 801/802 (Hearsay), subject to Court's MIL Ruling<br><br>P-185: Hearsay (recounting conversation with hospital rep, e.g. "Renee was told that . . . "; "we are told that . . ."; "I was told by another member of the team that . . ."); 403/prejudicial ("sounds like inmates are running the asylum" is not relevant to any issue in the case) | | Overruled |
| Schott, Jonathan | November 19, 2019 | 220:19 -220:19 | Objection to P-185 | | Encompassed in row above |
| Schott, Jonathan | November 19, 2019 | 221:5 -221:9 | Objection to P-185 | | Encompassed in row above |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Schott, Jonathan | November 19, 2019 | 221:17 -222:16 | Designation includes attorney speaking objection (222:8-9) | | |
| Schott, Jonathan | November 19, 2019 | 222:17 -222:24 | Designation includes attorney speaking objection (222:8-9)<br><br>Objection to P-185 | | Sustained as to attorney objection, 222:8-222:9 |
| Schott, Jonathan | November 19, 2019 | 223:1 -223:9 | Objection to P-185 | | Overruled |
| Schott, Jonathan | November 19, 2019 | 223:12 -223:18 | Objection to P-185 | | Overruled |
| Schott, Jonathan | November 19, 2019 | 223:19 -224:1 | Bard Obj. to Angio Affirm. 223:19-224:1 403 (More Prejudicial than Probative), 801/802 (Hearsay), subject to Court's MIL Ruling<br><br>Objection to P-185 | | Sustained as to 223:23-24 |
| Schott, Jonathan | November 19, 2019 | 224:2 -225:18 | Designation includes attorney speaking objection (224:7-8)<br><br>Objection to P-185 | | Sustained as to attorney objection, 224:7-224:8 |
| Schott, Jonathan | November 19, 2019 | 226:14 -227:3 | Objection to P-185 | | Overruled |
| Schott, Jonathan | November 19, 2019 | 227:4 -227:24 | Objection to P-185 | | Overruled |
| Schott, Jonathan | November 19, 2019 | 229:11 -229:23 | Bard Obj. to Angio Affirm. 229:11-23 611 (vague)<br><br>Objection to P-185 | | Overruled |
| Schott, Jonathan | November 19, 2019 | 229:24 -230:15 | Bard Obj. to Angio Affirm. 229:24-230:15, 602 (speculation, improper hypothetical), 611 (lacks foundation, vague)<br><br>Designation includes attorney speaking objection (230:5)<br><br>Objection to P-185 | | Sustained as to attorney objection |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Schott, Jonathan | November 19, 2019 | 230:18 -232:5 | Designation includes attorney speaking objection (231:4)<br><br>Objection to P-185 | | Sustained as to attorney objection |
| Schott, Jonathan | November 19, 2019 | 231:21 -233:24 | Objection to P-185 | | Addressed above/below |
| Schott, Jonathan | November 19, 2019 | 232:6 -235:9 | Bard Obj. to Angio Affirm. 232:6-235:9 403 (More Prejudicial than Probative), 611 (lacks foundation), 801/802 (Hearsay), subject to Court's MIL Ruling<br><br>Objection to P-185 | | Sustained (hearsay) |
| Schott, Jonathan | November 19, 2019 | 234:1 -234:4 | Bard Obj. to Angio Affirm. 234:1 -234:4 403 (More Prejudicial than Probative), 611 (lacks foundation)<br><br>Objection to P-185 | | Encompassed in row above |

September 22, 2022

Brenda K. Sannes
Chief U.S. District Judge