| | | | Bard's Corrected and Revised Objections and Counter-Designations to AngioDynamics' 9/13/2022 Affirmative Designations | | |
|---|---|---|---|---|---|
| **Name of Deponent** | **Date of Testimony** | **AngioDynamics' Affirmative Designations** | **Bard's Objections to Affirmative Designations** | **Bard's Counter-Designations** | **Court's Ruling** |
| O'Connell, James | October 29, 2019 | 9:13 -9:14 | incomplete designation (should begin at line 12) | | |
| O'Connell, James | October 29, 2019 | 12:5 -12:23 | | | |
| O'Connell, James | October 29, 2019 | 13:3 -13:15 | | | |
| O'Connell, James | October 29, 2019 | 13:20 -13:24 | | | |
| O'Connell, James | October 29, 2019 | 14:15 -15:5 | | | |
| O'Connell, James | October 29, 2019 | 17:2 -18:4 | | | |
| O'Connell, James | October 29, 2019 | 79:16 -79:18 | P-063 801/802 - Hearsay (e.g., email attachments) | | Overruled |
| O'Connell, James | October 29, 2019 | 79:24 -79:25 | P-063 801/802 - Hearsay (e.g., email attachments) | | Overruled |
| O'Connell, James | October 29, 2019 | 81:6 -82:9 | P-063 801/802 - Hearsay (e.g., email attachments) | | Overruled |
| O'Connell, James | October 29, 2019 | 83:5 -83:16 | P-063 801/802 - Hearsay (e.g., email attachments) | | Sustained (hearsay) |
| O'Connell, James | October 29, 2019 | 85:5 -86:2 | P-063 801/802 - Hearsay (e.g., email attachments) | | Sustained (hearsay) |
| O'Connell, James | October 29, 2019 | 103:22 -108:13 | | | |
| O'Connell, James | October 29, 2019 | 109:13 -110:8 | | | |
| O'Connell, James | October 29, 2019 | 111:3 -111:7 | irrelevant, 403 prejudice | 111:8-21 | Overruled |
| O'Connell, James | October 29, 2019 | 112:6 -113:3 | irrelevant, 403 prejudice | | Overruled |
| O'Connell, James | October 29, 2019 | 113:11 -113:25 | | | |
| O'Connell, James | October 29, 2019 | 114:2 -114:12 | | | |
| O'Connell, James | October 29, 2019 | 115:5 -115:16 | | | |
| O'Connell, James | October 29, 2019 | 116:1 -117:22 | | 452:15-24, 453:2, 453:5-9, 453:11-23, 453:25, 454:2-6, 454:8-18, 454:22-455:10, 455:13-456:4, 456:6-457:2, 457:4-458:11, 458:13-459:2, 459:4-460:7, 460:9-11 | |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| O'Connell, James | October 29, 2019 | 118:1 -119:14 | | 119:15-121:7, 452:15-24, 453:2, 453:5-9, 453:11-23, 453:25, 454:2-6, 454:8-18, 454:22-455:10, 455:13-456:4, 456:6-457:2, 457:4-458:11, 458:13-459:2, 459:4-460:7, 460:9-11 | |
| O'Connell, James | October 29, 2019 | 123:6 -124:15 | | | |
| O'Connell, James | October 29, 2019 | 129:7 -129:25 | vague, speculation | | Sustained |
| O'Connell, James | October 29, 2019 | 130:24 -133:22 | speculation | 454:2-6, 454:8-18, 454:22-455:10, 455:13-456:4, 456:6-457:2, 457:4-458:11, 458:13-459:2, 459:4-460:7, 460:9-11 | Overruled |
| O'Connell, James | October 29, 2019 | 133:24 -134:5 | speculation, argumentative | | Overruled |
| O'Connell, James | October 29, 2019 | 134:10 -134:16 | | | |
| O'Connell, James | October 29, 2019 | 136:10 -136:18 | P-051 - 403 (prejudice), duplicative/cumulative (introduced in Blaber designations) | | Sustained |
| O'Connell, James | October 29, 2019 | 136:22 -137:9 | P-051 - 403 (prejudice), duplicative/cumulative (introduced in Blaber designations) | | Sustained |
| O'Connell, James | October 29, 2019 | 137:15 -137:24 | P-051 - 403 (prejudice), duplicative/cumulative (introduced in Blaber designations) | | Sustained |
| O'Connell, James | October 29, 2019 | 138:1 -138:20 | P-051 - 403 (prejudice), duplicative/cumulative (introduced in Blaber designations) | | Sustained |
| O'Connell, James | October 29, 2019 | 139:3 -139:21 | P-051 - 403 (prejudice), duplicative/cumulative (introduced in Blaber designations) | 454:2-6, 454:8-18, 454:22-455:10, 455:13-456:4, 456:6-457:2, 457:4-458:11, 458:13-459:2, 459:4-460:7, 460:9-11 | Sustained |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| O'Connell, James | October 29, 2019 | 158:13 -158:15 | P-058 801/802 - Hearsay (page 2, email from Sears), duplicative/cumulative (introduced in Blaber designations) | | Overruled (designations do not quote or discuss any hearsay in P-51) |
| O'Connell, James | October 29, 2019 | 158:25 -160:1 | P-058 801/802 - Hearsay (page 2, email from Sears), duplicative/cumulative (introduced in Blaber designations) | | Overruled |
| O'Connell, James | October 29, 2019 | 162:1 -162:8 | P-058 801/802 - Hearsay (page 2, email from Sears), duplicative/cumulative (introduced in Blaber designations) | | Overruled |
| O'Connell, James | October 29, 2019 | 163:1 -166:21 | P-058 801/802 - Hearsay (page 2, email from Sears), duplicative/cumulative (introduced in Blaber designations) | 162:22-25 | Overruled |
| O'Connell, James | October 29, 2019 | 167:8 -167:15 | P-058 801/802 - Hearsay (page 2, email from Sears), duplicative/cumulative (introduced in Blaber designations) | | Overruled |
| O'Connell, James | October 29, 2019 | 168:3 -169:14 | P-058 801/802 - Hearsay (page 2, email from Sears), duplicative/cumulative (introduced in Blaber designations) | 454:2-6, 454:8-18, 454:22-455:10, 455:13-456:4, 456:6-457:2, 457:4-458:11, 458:13-459:2, 459:4-460:7, 460:9-11 | Overruled |
| O'Connell, James | October 29, 2019 | 169:17 -170:5 | P-058 801/802 - Hearsay (page 2, email from Sears), duplicative/cumulative (introduced in Blaber designations) | | Overruled |
| O'Connell, James | October 29, 2019 | 173:4 -173:19 | P-058 801/802 - Hearsay (page 2, email from Sears), duplicative/cumulative (introduced in Blaber designations) | 173:20-174:12 | Overruled |
| O'Connell, James | October 29, 2019 | 188:25 -189:25 | | 188:12-15, 190:14-20, 191:6-10, 191:12-23 | |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| O'Connell, James | October 29, 2019 | 192:20-193:17 | | 454:2-6, 454:8-18, 454:22-455:10, 455:13-456:4, 456:6-457:2, 457:4-458:11, 458:13-459:2, 459:4-460:7, 460:9-11 | |
| O'Connell, James | October 29, 2019 | 194:5 -194:21 | P-116 - 801/802 - Hearsay (e.g., page 1: "The AngioDynamics rep . . ."), duplicative/cumulative (introduced in Blaber designations) | | Sustained (cumulative) |
| O'Connell, James | October 29, 2019 | 198:7 -198:17 | P-116 - 801/802 - Hearsay (e.g., page 1: "The AngioDynamics rep . . ."), duplicative/cumulative (introduced in Blaber designations) | | Sustained |
| O'Connell, James | October 29, 2019 | 198:25 -199:4 | P-116 - 801/802 - Hearsay (e.g., page 1: "The AngioDynamics rep . . ."), duplicative/cumulative (introduced in Blaber designations) | | Sustained |
| O'Connell, James | October 29, 2019 | 199:24 -200:1 | P-116 - 801/802 - Hearsay (e.g., page 1: "The AngioDynamics rep . . ."), duplicative/cumulative (introduced in Blaber designations) | | Sustained |
| O'Connell, James | October 29, 2019 | 200:4 -200:6 | P-116 - 801/802 - Hearsay (e.g., page 1: "The AngioDynamics rep . . ."), duplicative/cumulative (introduced in Blaber designations) | | Sustained |
| O'Connell, James | October 29, 2019 | 200:24 -201:3 | P-116 - 801/802 - Hearsay (e.g., page 1: "The AngioDynamics rep . . ."), duplicative/cumulative (introduced in Blaber designations) | | Sustained |
| O'Connell, James | October 29, 2019 | 203:6 -203:19 | P-116 - 801/802 - Hearsay (e.g., page 1: "The AngioDynamics rep . . ."), duplicative/cumulative (introduced in Blaber designations) | 202:22-203:5 | Sustained |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| O'Connell, James | October 29, 2019 | 203:22 -204:5 | P-116 - 801/802 - Hearsay (e.g., page 1: "The AngioDynamics rep . . ."), duplicative/cumulative (introduced in Blaber designations) | | Sustained as to 203:22-203:24 |
| O'Connell, James | October 29, 2019 | 204:12 -204:14 | P-116 - 801/802 - Hearsay (e.g., page 1: "The AngioDynamics rep . . ."), duplicative/cumulative (introduced in Blaber designations) | 204:22-205:15 | Overruled; remove attorney objection |
| O'Connell, James | October 29, 2019 | 205:16 -205:19 | P-116 - 801/802 - Hearsay (e.g., page 1: "The AngioDynamics rep . . ."), duplicative/cumulative (introduced in Blaber designations) | | Overruled |
| O'Connell, James | October 29, 2019 | 205:22 -206:22 | P-116 - 801/802 - Hearsay (e.g., page 1: "The AngioDynamics rep . . ."), duplicative/cumulative (introduced in Blaber designations) | 454:2-6, 454:8-18, 454:22-455:10, 455:13-456:4, 456:6-457:2, 457:4-458:11, 458:13-459:2, 459:4-460:7, 460:9-11 | Overruled |
| O'Connell, James | October 29, 2019 | 207:4 -207:6 | P-121 - 801/802 - Hearsay (e.g., page 1: "Multiple reports this month . . ."); 403 - More Prejudical than Probative  (e.g., page 1: "shit") | | Overruled |
| O'Connell, James | October 29, 2019 | 207:15 -208:16 | P-121 - 801/802 - Hearsay (e.g., page 1: "Multiple reports this month . . ."); 403 - More Prejudical than Probative  (e.g., page 1: "shit") | | Sustained as to 208:9-16 (hearsay) |
| O'Connell, James | October 29, 2019 | 208:24 -209:15 | P-121 - 801/802 - Hearsay (e.g., page 1: "Multiple reports this month . . ."); 403 - More Prejudical than Probative  (e.g., page 1: "shit") | | Sustained |
| O'Connell, James | October 29, 2019 | 210:21 -212:14 | P-121 - 801/802 - Hearsay (e.g., page 1: "Multiple reports this month . . ."); 403 - More Prejudical than Probative  (e.g., page 1: "shit") | 454:2-6, 454:8-18, 454:22-455:10, 455:13-456:4, 456:6-457:2, 457:4-458:11, 458:13-459:2, 459:4-460:7, 460:9-11 | Overruled |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| O'Connell, James | October 29, 2019 | 212:18 -213:25 | P-121 - 801/802 - Hearsay (e.g., page 1: "Multiple reports this month . . ."); 403 - More Prejudical than Probative  (e.g., page 1: "shit"); incomplete designation (question with no answer) | 454:2-6, 454:8-18, 454:22-455:10, 455:13-456:4, 456:6-457:2, 457:4-458:11, 458:13-459:2, 459:4-460:7, 460:9-11 | Sustained as to incomplete designation subject to cure |
| O'Connell, James | October 29, 2019 | 221:8 -221:20 | P-270 - 403 - Confusing/Misleading; 801/802 - Hearsay (recounting statements made by M. Kertesz) | | Overruled |
| O'Connell, James | October 29, 2019 | 225:11 -226:3 | P-270 - 403 - Confusing/Misleading; 801/802 - Hearsay (recounting statements made by M. Kertesz) | 226:5-228:25 | Overruled |
| O'Connell, James | October 29, 2019 | 229:1 -229:18 | P-270 - 403 - Confusing/Misleading; 801/802 - Hearsay (recounting statements made by M. Kertesz) | | Overruled |
| O'Connell, James | October 29, 2019 | 229:24 -230:11 | P-270 - 403 - Confusing/Misleading; 801/802 - Hearsay (recounting statements made by Kertesz) | | Overruled |
| O'Connell, James | October 29, 2019 | 259:4 -261:4 | | | |
| O'Connell, James | October 29, 2019 | 262:1 -263:7 | P-074 - 801/802 - Hearsay (e.g., page one: "Maria said they used . . .") | | Overruled |
| O'Connell, James | October 29, 2019 | 264:8 -264:23 | P-074 - 801/802 - Hearsay (e.g., page one: "Maria said they used . . .") | | Overruled |
| O'Connell, James | October 29, 2019 | 265:5-265:6 | | | |
| O'Connell, James | October 29, 2019 | 265:12 -265:24 | | | |
| O'Connell, James | October 29, 2019 | 267:16 -269:17 | | | |
| O'Connell, James | October 29, 2019 | 271:7-20 | P-196 403/Cumulative (Cleveland Clinic trial is undisputed; this document adds no additional facts) | 454:2-6, 454:8-18, 454:22-455:10, 455:13-456:4, 456:6-457:2, 457:4-458:11, 458:13-459:2, 459:4-460:7, 460:9-11 | Overruled |
| O'Connell, James | October 29, 2019 | 273:19-275:20 | P-196 403/Cumulative (Cleveland Clinic trial is undisputed; this document adds no additional facts) | 275:21-25, 277:2-11, 454:2-6, 454:8-18, 454:22-455:10, 455:13-456:4, 456:6-457:2, 457:4-458:11, 458:13-459:2, 459:4-460:7, 460:9-11 | Overruled |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| O'Connell, James | October 29, 2019 | 276:11-19 | P-196 403/Cumulative (Cleveland Clinic trial is undisputed; this document adds no additional facts) | 454:2-6, 454:8-18, 454:22-455:10, 455:13-456:4, 456:6-457:2, 457:4-458:11, 458:13-459:2, 459:4-460:7, 460:9-11 | Overruled |
| O'Connell, James | October 29, 2019 | 277:25-280:23 | Document not on Angio's exhibit list, 403 (cumulative) | | Overruled (appears on exhibit list as P-521) |
| O'Connell, James | October 29, 2019 | 281:1-2 | Document not on Angio's exhibit list, 403 (cumulative) | | Overruled |
| O'Connell, James | October 29, 2019 | 281:4-11 | Document not on Angio's exhibit list, 403 (cumulative) | | Overruled |
| O'Connell, James | October 29, 2019 | 281:14-19 | Document not on Angio's exhibit list, 403 (cumulative) | | Overruled |
| O'Connell, James | October 29, 2019 | 281:21-281:25 | Document not on Angio's exhibit list, 403 (cumulative) | | Overruled (remove line 25) |
| O'Connell, James | October 29, 2019 | 282:4 -282:19 | Document not on Angio's exhibit list, 403 (cumulative) | | Overruled |
| O'Connell, James | October 29, 2019 | 282:21-23 | Document not on Angio's exhibit list, 403 (cumulative) | | Overruled |
| O'Connell, James | October 29, 2019 | 282:25-283:22 | Document not on Angio's exhibit list, 403 (cumulative) | | Overruled |
| O'Connell, James | October 29, 2019 | 284:18-25 | Document not on Angio's exhibit list, 403 (cumulative) | | Overruled |
| O'Connell, James | October 29, 2019 | 285:3-4 | Document not on Angio's exhibit list, 403 (cumulative) | | Overruled |
| O'Connell, James | October 29, 2019 | 286:7-21 | Document not on Angio's exhibit list, 403 (cumulative) | | Overruled |
| O'Connell, James | October 29, 2019 | 287:5-288:23 | | | |
| O'Connell, James | October 29, 2019 | 289:1-6 | | | |
| O'Connell, James | October 29, 2019 | 289:13-290:6 | | | |
| O'Connell, James | October 29, 2019 | 290:10-12 | | | |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| O'Connell, James | October 29, 2019 | 290:14-18 | | | |
| O'Connell, James | October 29, 2019 | 291:3-18 | | | |
| O'Connell, James | October 29, 2019 | 292:23-294:6 | P-053 801/802 - Hearsay (e.g., page 3, "A little concerned. I did contact Supply Chain at Cleveland Clinic. They are using..."), duplicative/cumulative (introduced in Blaber designations) | | Sustained (duplicative/cumulative of Blaber designations) |
| O'Connell, James | October 29, 2019 | 294:23-295:4 | P-053 801/802 - Hearsay (e.g., page 3, "A little concerned. I did contact Supply Chain at Cleveland Clinic. They are using..."), duplicative/cumulative (introduced in Blaber designations) | | Sustained |
| O'Connell, James | October 29, 2019 | 295:15-296:1 | incomplete designation (question without a designated answer), P-053 801/802 - Hearsay (e.g., page 3, "A little concerned. I did contact Supply Chain at Cleveland Clinic. They are using..."), duplicative/cumulative (introduced in Blaber designations) | | Sustained |
| O'Connell, James | October 29, 2019 | 296:13-22 | P-053 801/802 - Hearsay (e.g., page 3, "A little concerned. I did contact Supply Chain at Cleveland Clinic. They are using..."), duplicative/cumulative (introduced in Blaber designations) | | Sustained |
| O'Connell, James | October 29, 2019 | 296:24:00 | P-053 801/802 - Hearsay (e.g., page 3, "A little concerned. I did contact Supply Chain at Cleveland Clinic. They are using..."), duplicative/cumulative (introduced in Blaber designations) | | Sustained |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| O'Connell, James | October 29, 2019 | 297:1-12 | P-053 801/802 - Hearsay (e.g., page 3, "A little concerned. I did contact Supply Chain at Cleveland Clinic. They are using..."), duplicative/cumulative (introduced in Blaber designations) | | Sustained |
| O'Connell, James | October 29, 2019 | 297:14-16 | P-053 801/802 - Hearsay (e.g., page 3, "A little concerned. I did contact Supply Chain at Cleveland Clinic. They are using..."), duplicative/cumulative (introduced in Blaber designations) | | Sustained |
| O'Connell, James | October 29, 2019 | 299:8-17 | P-053 801/802 - Hearsay (e.g., page 3, "A little concerned. I did contact Supply Chain at Cleveland Clinic. They are using..."), duplicative/cumulative (introduced in Blaber designations) | | Sustained |
| O'Connell, James | October 29, 2019 | 300:9-17 | P-053 801/802 - Hearsay (e.g., page 3, "A little concerned. I did contact Supply Chain at Cleveland Clinic. They are using..."), duplicative/cumulative (introduced in Blaber designations) | | Overruled |
| O'Connell, James | October 29, 2019 | 301:4-303:13 | P-053 801/802 - Hearsay (e.g., page 3, "A little concerned. I did contact Supply Chain at Cleveland Clinic. They are using..."), duplicative/cumulative (introduced in Blaber designations) | 454:2-6, 454:8-18, 454:22-455:10, 455:13-456:4, 456:6-457:2, 457:4-458:11, 458:13-459:2, 459:4-460:7, 460:9-11 | Overruled |
| O'Connell, James | October 29, 2019 | 310:23-311:18 | | | |
| O'Connell, James | October 29, 2019 | 337:3-338:4 | | | |
| O'Connell, James | October 29, 2019 | 338:16-20 | | | |
| O'Connell, James | October 29, 2019 | 339:6-24 | | | |
| O'Connell, James | October 29, 2019 | 341:9-20 | | | |
| O'Connell, James | October 29, 2019 | 341:22-23 | | | |
| O'Connell, James | October 29, 2019 | 342:8-17 | | | |
| O'Connell, James | October 29, 2019 | 343:9-19 | | | |

AngioDynamics v. Bard, N.D.N.Y. 17-598
Bard's September 17, 2022 Submission to Court

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| O'Connell, James | October 29, 2019 | 345:20-23 | | | |
| O'Connell, James | October 29, 2019 | 347:6-8 | 403 (cumulative), asked and answered | | Overruled |
| O'Connell, James | October 29, 2019 | 347:10-16 | 403 (cumulative), asked and answered | | Overruled |
| O'Connell, James | October 29, 2019 | 354:18-355:7 | P-031 - 401/402 - Relevance; 801/802 - Hearsay (e.g., page 2, "She specifically told us her 'go live'..."; page 2, "Maria told us she's full steam ahead..."), duplicative/cumulative (introduced in Blaber designations) | | Sustained (duplicative/cumulative of Blaber designations) |
| O'Connell, James | October 29, 2019 | 355:24-356:8 | P-031 - 401/402 - Relevance; 801/802 - Hearsay (e.g., page 2, "She specifically told us her 'go live'..."; page 2, "Maria told us she's full steam ahead..."), duplicative/cumulative (introduced in Blaber designations) | | Sustained |
| O'Connell, James | October 29, 2019 | 356:14-356:19 | P-031 - 401/402 - Relevance; 801/802 - Hearsay (e.g., page 2, "She specifically told us her 'go live'..."; page 2, "Maria told us she's full steam ahead..."), duplicative/cumulative (introduced in Blaber designations) | | Sustained |
| O'Connell, James | October 29, 2019 | 356:21-357:9 | P-031 - 401/402 - Relevance; 801/802 - Hearsay (e.g., page 2, "She specifically told us her 'go live'..."; page 2, "Maria told us she's full steam ahead..."), duplicative/cumulative (introduced in Blaber designations) | 454:2-6, 454:8-18, 454:22-455:10, 455:13-456:4, 456:6-457:2, 457:4-458:11, 458:13-459:2, 459:4-460:7, 460:9-11 | Sustained |
| O'Connell, James | October 29, 2019 | 358:23-25 | P-113 801/802 - Hearsay (e.g., page 1: "she said that she is aware . . ."), cumulative/duplicative (introduced in Blaber designations) | | Overruled |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| O'Connell, James | October 29, 2019 | 359:13-14 | argumentative, P-113 801/802 - Hearsay (e.g., page 1: "she said that she is aware . . ."), cumulative/duplicative (introduced in Blaber designations) | | Sustained (incomplete) |
| O'Connell, James | October 29, 2019 | 360:3-8 | P-113 801/802 - Hearsay (e.g., page 1: "she said that she is aware . . ."), cumulative/duplicative (introduced in Blaber designations) | | Overruled |
| O'Connell, James | October 29, 2019 | 360:24-363:2 | P-113 801/802 - Hearsay (e.g., page 1: "she said that she is aware . . ."), cumulative/duplicative (introduced in Blaber designations) | 452:15-24, 453:2, 453:5-9, 453:11-23, 453:25 | Overruled |
| O'Connell, James | October 29, 2019 | 363:04:00 | P-113 801/802 - Hearsay (e.g., page 1: "she said that she is aware . . ."), cumulative/duplicative (introduced in Blaber designations) | | Overruled |
| O'Connell, James | October 29, 2019 | 366:25-367:5 | P-113 801/802 - Hearsay (e.g., page 1: "she said that she is aware . . ."), cumulative/duplicative (introduced in Blaber designations) | | Sustained |
| O'Connell, James | October 29, 2019 | 367:17-23 | P-113 801/802 - Hearsay (e.g., page 1: "she said that she is aware . . ."), cumulative/duplicative (introduced in Blaber designations) | | Sustained |
| O'Connell, James | October 29, 2019 | 367:25-368:12 | P-113 801/802 - Hearsay (e.g., page 1: "she said that she is aware . . ."), cumulative/duplicative (introduced in Blaber designations) | | Sustained |
| O'Connell, James | October 29, 2019 | 369:14-370:2 | P-113 801/802 - Hearsay (e.g., page 1: "she said that she is aware . . ."), cumulative/duplicative (introduced in Blaber designations) | | Sustained |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| O'Connell, James | October 29, 2019 | 373:11-374:4 | P-360 401/402 - Relevance; 801/802 - Hearsay (e.g., Page 2 ("Kevin met with Deb Jordan (PICC director) and her boss Kim. The PICC team is being forced to evaluate BioFlo for three months. They will drop a Bard kit and a basic BioFlo kit pulling the Sherlock wire and inserting into the BioFlo PICC. The drivers of this evaluation are attempting to get KU to zero DVT's and are most concerned with the Hematology/Oncology patients. ... KU currently has an unbelievably low DVT rate."); Page 3 ("Kevin, Yvonne and I met with James Hull this month to discuss the upcoming RFP on PICC's. ... He claims the majority of MSS spend is with BioFlo and members currently not using it are interested.")) | | Sustained |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| O'Connell, James | October 29, 2019 | 376:14-16 | P-360 401/402 - Relevance; 801/802 - Hearsay (e.g., Page 2 ("Kevin met with Deb Jordan (PICC director) and her boss Kim. The PICC team is being forced to evaluate BioFlo for three months. They will drop a Bard kit and a basic BioFlo kit pulling the Sherlock wire and inserting into the BioFlo PICC. The drivers of this evaluation are attempting to get KU to zero DVT's and are most concerned with the Hematology/Oncology patients. ... KU currently has an unbelievably low DVT rate."); Page 3 ("Kevin, Yvonne and I met with James Hull this month to discuss the upcoming RFP on PICC's. ... He claims the majority of MSS spend is with BioFlo and members currently not using it are interested.")) | | Sustained (hearsay) |

AngioDynamics v. Bard, N.D.N.Y. 17-598
Bard's September 17, 2022 Submission to Court

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| O'Connell, James | October 29, 2019 | 376:24-25 | P-360 401/402 - Relevance; 801/802 - Hearsay (e.g., Page 2 ("Kevin met with Deb Jordan (PICC director) and her boss Kim. The PICC team is being forced to evaluate BioFlo for three months. They will drop a Bard kit and a basic BioFlo kit pulling the Sherlock wire and inserting into the BioFlo PICC. The drivers of this evaluation are attempting to get KU to zero DVT's and are most concerned with the Hematology/Oncology patients. ... KU currently has an unbelievably low DVT rate."); Page 3 ("Kevin, Yvonne and I met with James Hull this month to discuss the upcoming RFP on PICC's. ... He claims the majority of MSS spend is with BioFlo and members currently not using it are interested.")) | | Sustained |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| O'Connell, James | October 29, 2019 | 377:8-10 | P-360 401/402 - Relevance; 801/802 - Hearsay (e.g., Page 2 ("Kevin met with Deb Jordan (PICC director) and her boss Kim. The PICC team is being forced to evaluate BioFlo for three months. They will drop a Bard kit and a basic BioFlo kit pulling the Sherlock wire and inserting into the BioFlo PICC. The drivers of this evaluation are attempting to get KU to zero DVT's and are most concerned with the Hematology/Oncology patients. ... KU currently has an unbelievably low DVT rate."); Page 3 ("Kevin, Yvonne and I met with James Hull this month to discuss the upcoming RFP on PICC's. ... He claims the majority of MSS spend is with BioFlo and members currently not using it are interested.")) | | Sustained |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| O'Connell, James | October 29, 2019 | 377:12-13 | P-360 401/402 - Relevance; 801/802 - Hearsay (e.g., Page 2 ("Kevin met with Deb Jordan (PICC director) and her boss Kim. The PICC team is being forced to evaluate BioFlo for three months. They will drop a Bard kit and a basic BioFlo kit pulling the Sherlock wire and inserting into the BioFlo PICC. The drivers of this evaluation are attempting to get KU to zero DVT's and are most concerned with the Hematology/Oncology patients. ... KU currently has an unbelievably low DVT rate."); Page 3 ("Kevin, Yvonne and I met with James Hull this month to discuss the upcoming RFP on PICC's. ... He claims the majority of MSS spend is with BioFlo and members currently not using it are interested.")) | | Sustained |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| O'Connell, James | October 29, 2019 | 377:15-378:3 | P-360 401/402 - Relevance; 801/802 - Hearsay (e.g., Page 2 ("Kevin met with Deb Jordan (PICC director) and her boss Kim. The PICC team is being forced to evaluate BioFlo for three months. They will drop a Bard kit and a basic BioFlo kit pulling the Sherlock wire and inserting into the BioFlo PICC. The drivers of this evaluation are attempting to get KU to zero DVT's and are most concerned with the Hematology/Oncology patients. ... KU currently has an unbelievably low DVT rate."); Page 3 ("Kevin, Yvonne and I met with James Hull this month to discuss the upcoming RFP on PICC's. ... He claims the majority of MSS spend is with BioFlo and members currently not using it are interested.")) | | Sustained |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| O'Connell, James | October 29, 2019 | 380:15-23 | P-360 401/402 - Relevance; 801/802 - Hearsay (e.g., Page 2 ("Kevin met with Deb Jordan (PICC director) and her boss Kim. The PICC team is being forced to evaluate BioFlo for three months. They will drop a Bard kit and a basic BioFlo kit pulling the Sherlock wire and inserting into the BioFlo PICC. The drivers of this evaluation are attempting to get KU to zero DVT's and are most concerned with the Hematology/Oncology patients. ... KU currently has an unbelievably low DVT rate."); Page 3 ("Kevin, Yvonne and I met with James Hull this month to discuss the upcoming RFP on PICC's. ... He claims the majority of MSS spend is with BioFlo and members currently not using it are interested.")) | | Sustained |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| O'Connell, James | October 29, 2019 | 380:25-380:25 | P-360 401/402 - Relevance; 801/802 - Hearsay (e.g., Page 2 ("Kevin met with Deb Jordan (PICC director) and her boss Kim. The PICC team is being forced to evaluate BioFlo for three months. They will drop a Bard kit and a basic BioFlo kit pulling the Sherlock wire and inserting into the BioFlo PICC. The drivers of this evaluation are attempting to get KU to zero DVT's and are most concerned with the Hematology/Oncology patients. ... KU currently has an unbelievably low DVT rate."); Page 3 ("Kevin, Yvonne and I met with James Hull this month to discuss the upcoming RFP on PICC's. ... He claims the majority of MSS spend is with BioFlo and members currently not using it are interested.")) |  | Sustained |

AngioDynamics v. Bard, N.D.N.Y. 17-598
Bard's September 17, 2022 Submission to Court

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| O'Connell, James | October 29, 2019 | 381:2-13 | P-360 401/402 - Relevance; 801/802 - Hearsay (e.g., Page 2 ("Kevin met with Deb Jordan (PICC director) and her boss Kim. The PICC team is being forced to evaluate BioFlo for three months. They will drop a Bard kit and a basic BioFlo kit pulling the Sherlock wire and inserting into the BioFlo PICC. The drivers of this evaluation are attempting to get KU to zero DVT's and are most concerned with the Hematology/Oncology patients. ... KU currently has an unbelievably low DVT rate."); Page 3 ("Kevin, Yvonne and I met with James Hull this month to discuss the upcoming RFP on PICC's. ... He claims the majority of MSS spend is with BioFlo and members currently not using it are interested.")) | | Sustained |
| O'Connell, James | October 29, 2019 | 384:23-385:20 | P-260 401/402 - Relevance; 403 - More Prejudicial than Probative | | Sustained |
| O'Connell, James | October 29, 2019 | 385:24-386:5 | P-260 401/402 - Relevance; 403 - More Prejudicial than Probative | | Sustained |
| O'Connell, James | October 29, 2019 | 387:15-388:2 | Document not on Angio's exhibit list; irrelevant, hearsay | | Sustained |
| O'Connell, James | October 29, 2019 | 388:9-11 | | | |
| O'Connell, James | October 29, 2019 | 407:4-20 | vague, assumes facts not in evidence, speculation | 452:15-24, 453:2, 453:5-9, 453:11-23, 453:25 | Overruled |
| O'Connell, James | October 29, 2019 | 407:22-408:25 | vauge, assumes facts not in evidence, speculation, misstates prior testimony | 452:15-24, 453:2, 453:5-9, 453:11-23, 453:25 | Overruled |
| O'Connell, James | October 29, 2019 | 409:14-410:13 | P-061 - cumulative/duplicative (introduced in Blaber designations) | 452:15-24, 453:2, 453:5-9, 453:11-23, 453:25 | |
| O'Connell, James | October 29, 2019 | 411:7-14 | P-061 - cumulative/duplicative (introduced in Blaber designations) | 452:15-24, 453:2, 453:5-9, 453:11-23, 453:25 | Overruled |

AngioDynamics v. Bard, N.D.N.Y. 17-598
Bard's September 17, 2022 Submission to Court

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| O'Connell, James | October 29, 2019 | 411:19-23 | P-061 - cumulative/duplicative (introduced in Blaber designations) | 452:15-24, 453:2, 453:5-9, 453:11-23, 453:25 | Overruled |
| O'Connell, James | October 29, 2019 | 413:5-413:19 | P-061 - cumulative/duplicative (introduced in Blaber designations) | 452:15-24, 453:2, 453:5-9, 453:11-23, 453:25 | Overruled |
| O'Connell, James | October 29, 2019 | 443:2-443:6 | | | |
| O'Connell, James | October 29, 2019 | 443:10-444:6 | | | |
| O'Connell, James | October 29, 2019 | 444:18-445:21 | | | |
| O'Connell, James | October 29, 2019 | 445:25-447:15 | | 460:13-461:7 | |

September 22, 2022

Brenda K. Sannes
Chief U.S. District Judge