| Bard's Corrected and Revised Objections and Counter-Designations to AngioDynamics' 9/13/2022 Affirmative Designations ||||||
|---|---|---|---|---|---|
| **Name of Deponent** | **Date of Testimony** | **AngioDynamics' Affirmative Designations** | **Bard's Objections to Affirmative Designations** | **Bard's Counter-Designations** | **Court's Ruling** |
| Henrichs, Matthew | January 23, 2020 | 5:10 – 5:12 | | | |
| Henrichs, Matthew | January 23, 2020 | 7:1 – 7:11 | | | |
| Henrichs, Matthew | January 23, 2020 | 8:10 – 8:10 | Incomplete, confusing | | Sustained subject to cure by including context |
| Henrichs, Matthew | January 23, 2020 | 8:11 – 8:20 | | 10:12-10:15 | |
| Henrichs, Matthew | January 23, 2020 | 10:16 – 11:6 | | 11:7-11:13 | |
| Henrichs, Matthew | January 23, 2020 | 14:16 – 14:21 | | | |
| Henrichs, Matthew | January 23, 2020 | 53:7 – 53:9 | | | |
| Henrichs, Matthew | January 23, 2020 | 101:12 – 101:14 | Objection to P-246: 801/802 - Hearsay (e.g., page 12, "Springfield called me this morning to tell me..."; page 10, "Connie went so far as to say..."; page 10, "She mentioned that we were doing it because of business we were losing...") | | Overruled |
| Henrichs, Matthew | January 23, 2020 | 102:2 – 102:6 | Objection to P-246 (see above) | | Overruled |
| Henrichs, Matthew | January 23, 2020 | 107:17 – 107:25 | Objection to P-246 (see above); Hearsay | | Sustained (hearsay) |
| Henrichs, Matthew | January 23, 2020 | 108:12 -108:13 | Objection to P-246 (see above); Hearsay | | Sustained (hearsay; incomplete) |
| Henrichs, Matthew | January 23, 2020 | 110:18 – 111:15 | Objection to P-246 (see above) | | Overruled |
| Henrichs, Matthew | January 23, 2020 | 111:21 – 112:17 | Objection to P-246 (see above) | 192:20-193:4 | Overruled (inquiry) |
| Henrichs, Matthew | January 23, 2020 | 112:22 – 113:11 | Objection to P-246 (see above); Objection to lines 10-11 as cumulative, not helpful; it's undisputed that Bard only sold the stylet preloaded. | | Overruled |
| Henrichs, Matthew | January 23, 2020 | 113:17 – 113:18 | Objection to P-246 (see above); cumulative, not helpful; it's undisputed that Bard only sold the stylet preloaded. | | Overruled |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Henrichs, Matthew | January 23, 2020 | 113:20 – 113:22 | | | |
| Henrichs, Matthew | January 23, 2020 | 114:7 – 114:17 | Objection to P-246 (see above); speculation; confusing to the jury | | Sustained (hearsay) |
| Henrichs, Matthew | January 23, 2020 | 114:20 – 116:18 | Objection to P-246 (see above); speculation; confusing to the jury | 189:12-191:14; 191:17-192:15; 192:18 | Sustained as to 114:20-115:12 |
| Henrichs, Matthew | January 23, 2020 | 116:19 – 116:20 | Objection to P-246 (see above) | | Overruled |
| Henrichs, Matthew | January 23, 2020 | 116:21 – 117:3 | Objection to P-246 (see above) | | Overruled |
| Henrichs, Matthew | January 23, 2020 | 117:4 – 117:6 | | | |
| Henrichs, Matthew | January 23, 2020 | 117:9 – 117:9 | | | |
| Henrichs, Matthew | January 23, 2020 | 117:10 – 117:10 | | | |
| Henrichs, Matthew | January 23, 2020 | 140:2 – 140:16 | | 138:22-140:1 | |
| Henrichs, Matthew | January 23, 2020 | 140:17 – 140:19 | | | |
| Henrichs, Matthew | January 23, 2020 | 140:22 – 140:22 | | | |
| Henrichs, Matthew | January 23, 2020 | 140:24 – 141:12 | | | |
| Henrichs, Matthew | January 23, 2020 | 141:20 – 141:22 | Cumulative | | Overruled |
| Henrichs, Matthew | January 23, 2020 | 142:4 – 142:19 | | | |
| Henrichs, Matthew | January 23, 2020 | 149:5 – 149:6 | Misstates documents, misstates testimony; incomplete question and answer | 146:20-149:4; 149:9-13 | Sustained |
| Henrichs, Matthew | January 23, 2020 | 149:20 – 150:12 | Misstates documents, misstates testimony; incomplete question and answer; objection to lines 150:10-12 as cumulative | | Sustained |
| Henrichs, Matthew | January 23, 2020 | 150:15 – 150:16 | Cumulative | | Sustained |
| Henrichs, Matthew | January 23, 2020 | 150:20 – 151:17 | | | |
| Henrichs, Matthew | January 23, 2020 | 151:22 – 153:22 | | | |
| Henrichs, Matthew | January 23, 2020 | 154:3 – 154:11 | | | |
| Henrichs, Matthew | January 23, 2020 | 154:16 – 155:7 | | | |
| Henrichs, Matthew | January 23, 2020 | 155:12 – 155:22 | | | |
| Henrichs, Matthew | January 23, 2020 | 156:1 – 157:21 | | | |
| Henrichs, Matthew | January 23, 2020 | 160:5 – 160:22 | Should end at line 21. | | Overruled |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Henrichs, Matthew | January 23, 2020 | 160:23 – 161:10 | Objection to P-253 -v801/802 - Hearsay (e.g., page 2, "they looked at Celerity and had some major clinical issues with the system"; page 1, "Here are University's concerns with Celerity after AD's presentation..."); Confusing place to begin questioning. First Q&A is "Q. Okay. A. It looks familiar."). | | Overruled (not confusing - a continuous designation with row above) |
| Henrichs, Matthew | January 23, 2020 | 161:14 – 162:1 | Objection to P-253 (see above) | | Overruled |
| Henrichs, Matthew | January 23, 2020 | 162:10 – 162:15 | Objection to P-253 (see above) | | Overruled |
| Henrichs, Matthew | January 23, 2020 | 162:18 – 162:20 | Objection to P-253 (see above) | | Overruled |
| Henrichs, Matthew | January 23, 2020 | 162:22 – 163:21 | Objection to P-253 (see above) | | Sustained as to 163:6-9 ("…and is ready…") and 163:16-21 |
| Henrichs, Matthew | January 23, 2020 | 163:24 – 164:5 | Objection to P-253 (see above) | | Sustained |
| Henrichs, Matthew | January 23, 2020 | 164:9 – 165:12 | Objection to P-253 (see above) | 165:13-16 | Sustained |
| Henrichs, Matthew | January 23, 2020 | 165:17 – 165:18 | | | |
| Henrichs, Matthew | January 23, 2020 | 165:21 – 165:24 | | | |
| Henrichs, Matthew | January 23, 2020 | 166:2 – 166:4 | | | |
| Henrichs, Matthew | January 23, 2020 | 178:14 – 179:1 | Objection to P-276: 401/402 - Relevance | | Sustained |
| Henrichs, Matthew | January 23, 2020 | 179:2 – 179:21 | Objection to P-276 (see above) | | Sustained |
| Henrichs, Matthew | January 23, 2020 | 179:22 – 180:4 | Objection to P-276 (see above) | | Sustained |
| Henrichs, Matthew | January 23, 2020 | 180:7 – 180:19 | Objection to P-276 (see above) | | Sustained |
| Henrichs, Matthew | January 23, 2020 | 180:22 – 181:7 | Objection to P-276 (see above) | | Sustained |
| Henrichs, Matthew | January 23, 2020 | 181:8 – 181:25 | Objection to P-276 (see above) | | Sustained |
| Henrichs, Matthew | January 23, 2020 | 182:1 – 182:17 | Objection to P-276 (see above); Irrelevant; confusing to the jury | | Sustained |
| Henrichs, Matthew | January 23, 2020 | 183:1 – 183:16 | Objection to P-276 (see above); Irrelevant; confusing to the jury | | Sustained |
| Henrichs, Matthew | January 23, 2020 | 183:19 – 184:1 | Objection to P-276 (see above); Irrelevant; confusing to the jury | | Sustained |
| Henrichs, Matthew | January 23, 2020 | 193:11 – 193:24 | | | |

September 22, 2022

Brenda K. Sannes
Chief U.S. District Judge