Case No. 1:17-cv-598 (BKS)(CFH)  
Date:_____  Presiding Judge: Honorable Brenda K. Sannes

United States District Court  
For the Northern District of New York

| AngioDynamics' Responses to Bard's Affirmative Deposition Designations (ECF #417) ||||||||
|---|---|---|---|---|---|---|---|
| **Name of Deponent** | **Date of Testimony** | **Affirmative Page From** | **Affirmative Line From** | **Affirmative Page To** | **Affirmative Line To** | **AngioDynamics' Objections to Affirmative Designations** | **AngioDynamics' Counter-Designations** | **Court's Ruling** |
| Wilmington, Jeremy | May 27, 2022 | 9 | 5 | 9 | 6 | | | |
| Wilmington, Jeremy | May 27, 2022 | 17 | 8 | 18 | 1 | | | |
| Wilmington, Jeremy | May 27, 2022 | 18 | 20 | 19 | 12 | | 19:15-20:15 | |
| Wilmington, Jeremy | May 27, 2022 | 22 | 16 | 23 | 7 | | 19:15-20:15 | |
| Wilmington, Jeremy | May 27, 2022 | 23 | 9 | 23 | 13 | | 19:15-20:15 | |
| Wilmington, Jeremy | May 27, 2022 | 39 | 3 | 39 | 8 | | 83:11-84:8 | |
| Wilmington, Jeremy | May 27, 2022 | 39 | 10 | 39 | 10 | | 83:11-84:1 | |
| Wilmington, Jeremy | May 27, 2022 | 43 | 9 | 43 | 14 | | 83:11-84:1 | |
| Wilmington, Jeremy | May 27, 2022 | 43 | 16 | 43 | 16 | | 83:11-84:1 | |
| Wilmington, Jeremy | May 27, 2022 | 76 | 3 | 76 | 9 | | 83:11-84:9 | |
| Wilmington, Jeremy | May 27, 2022 | 76 | 11 | 76 | 12 | | 83:11-84:1 | |
| Wilmington, Jeremy | May 27, 2022 | 84 | 9 | 84 | 15 | compound, vague | 83:11-84:1 | Overruled |
| Wilmington, Jeremy | May 27, 2022 | 84 | 17 | 85 | 17 | compound, vague, | 83:11-84:1 | Overruled (should end at line 18) |
| Wilmington, Jeremy | May 27, 2022 | 88 | 11 | 89 | 9 | | 83:11-84:9 | |
| Wilmington, Jeremy | May 27, 2022 | 94 | 5 | 94 | 12 | | 83:11-84:1 | |
| Wilmington, Jeremy | May 27, 2022 | 94 | 21 | 95 | 2 | | 83:11-84:2 | |
| Wilmington, Jeremy | May 27, 2022 | 95 | 4 | 96 | 6 | | 83:11-84:6 | |
| Wilmington, Jeremy | May 27, 2022 | 97 | 1 | 97 | 12 | | 83:11-84:1 | |
| Wilmington, Jeremy | May 27, 2022 | 97 | 14 | 97 | 15 | | 83:11-84:1 | |
| Wilmington, Jeremy | May 27, 2022 | 97 | 17 | 98 | 12 | | 83:11-84:1 | |
| Wilmington, Jeremy | May 27, 2022 | 98 | 14 | 98 | 15 | | 83:11-84:1 | |
| Wilmington, Jeremy | May 27, 2022 | 104 | 11 | 104 | 15 | | 83:11-84:1 | |
| Wilmington, Jeremy | May 27, 2022 | 104 | 17 | 105 | 3 | | 83:11-84:3 | |
| Wilmington, Jeremy | May 27, 2022 | 105 | 16 | 106 | 2 | | 106:22-107:4, 107:6-12, 107:14-15 | |
| Wilmington, Jeremy | May 27, 2022 | 108 | 21 | 109 | 4 | | 83:11-84:4 | |

Case No. 1:17-cv-598 (BKS)(CFH)
Date:_____ Presiding Judge: Honorable Brenda K. Sannes

Case 1:17-cv-00598-BKS-CFH   Document 453   Filed 09/22/22   Page 2 of 4
United States District Court
For the Northern District of New York

| Name of Deponent | Date of Testimony | Affirmative Page From | Affirmative Line From | Affirmative Page To | Affirmative Line To | AngioDynamics' Objections to Affirmative Designations | AngioDynamics' Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|---|---|---|
| Wilmington, Jeremy | May 27, 2022 | 109 | 6 | 109 | 12 | | 83:11-84:1 | |
| Wilmington, Jeremy | May 27, 2022 | 109 | 14 | 109 | 20 | | 83:11-84:2 | |
| Wilmington, Jeremy | May 27, 2022 | 110 | 15 | 110 | 21 | | 83:11-84:2 | |
| Wilmington, Jeremy | May 27, 2022 | 111 | 1 | 111 | 3 | | 83:11-84:3 | |
| Wilmington, Jeremy | May 27, 2022 | 139 | 14 | 139 | 15 | | 83:11-84:1 | |
| Wilmington, Jeremy | May 27, 2022 | 139 | 17 | 139 | 22 | | 83:11-84:2 | |
| Wilmington, Jeremy | May 27, 2022 | 140 | 2 | 140 | 4 | | 83:11-84:4 | |
| Wilmington, Jeremy | May 27, 2022 | 145 | 3 | 145 | 16 | | 83:11-84:1 | |
| Wilmington, Jeremy | May 27, 2022 | 167 | 19 | 168 | 2 | | 83:11-84:2 | |
| Wilmington, Jeremy | May 27, 2022 | 168 | 4 | 168 | 6 | | 83:11-84:6 | |
| Wilmington, Jeremy | May 27, 2022 | 168 | 15 | 168 | 21 | | 83:11-84:2 | |
| Wilmington, Jeremy | May 27, 2022 | 169 | 1 | 169 | 7 | | 169:13-17; 169:19-20; 169:22-170:9 | |
| Wilmington, Jeremy | May 27, 2022 | 172 | 6 | 172 | 9 | | 83:11-84:9 | |
| Wilmington, Jeremy | May 27, 2022 | 172 | 11 | 172 | 12 | | 83:11-84:1 | |
| Wilmington, Jeremy | May 27, 2022 | 173 | 2 | 173 | 4 | | 177:1-12; 180:9-181:19; 187:5-16 | |
| Wilmington, Jeremy | May 27, 2022 | 174 | 3 | 174 | 9 | | 177:1-12; 180:9-181:19; 187:5-16 | |
| Wilmington, Jeremy | May 27, 2022 | 174 | 15 | 175 | 6 | | 177:1-12; 180:9-181:19; 187:5-16 | |
| Wilmington, Jeremy | May 27, 2022 | 175 | 19 | 176 | 1 | | 177:1-12; 180:9-181:19; 187:5-16 | |
| Wilmington, Jeremy | May 27, 2022 | 176 | 3 | 176 | 22 | | 177:1-12; 180:9-181:19; 187:5-16 | |
| Wilmington, Jeremy | May 27, 2022 | 186 | 10 | 186 | 14 | | 83:11-84:1 | |
| Wilmington, Jeremy | May 27, 2022 | 188 | 14 | 188 | 16 | | 83:11-84:1 | |
| Wilmington, Jeremy | May 27, 2022 | 188 | 18 | 189 | 3 | | 83:11-84:3 | |
| Wilmington, Jeremy | May 27, 2022 | 189 | 18 | 189 | 21 | | 83:11-84:2 | |
| Wilmington, Jeremy | May 27, 2022 | 190 | 1 | 190 | 3 | | 83:11-84:3 | |
| Wilmington, Jeremy | May 27, 2022 | 190 | 5 | 190 | 9 | | 191:9-12; 191:14-17; 191:19-21; 192:1-2 | |
| Wilmington, Jeremy | May 27, 2022 | 211 | 13 | 212 | 7 | | 83:11-84:7 | |

| Name of Deponent | Date of Testimony | Affirmative Page From | Affirmative Line From | Affirmative Page To | Affirmative Line To | AngioDynamics' Objections to Affirmative Designations | AngioDynamics' Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|---|---|---|
| Wilmington, Jeremy | May 27, 2022 | 213 | 7 | 213 | 9 | | 83:11-84:9 | |
| Wilmington, Jeremy | May 27, 2022 | 213 | 11 | 213 | 14 | 213:13-14 hearsay, relevance, 403 *see* Obj. to Ex. D-577 at ECF #373 - document does not relate to a problem at a specific hospital and the probative value is outweighed by the substantial prejudice and the risk of wasting time and confusion | 83:11-84:1 | Sustained (hearsay) |
| Wilmington, Jeremy | May 27, 2022 | 214 | 2 | 216 | 9 | Obj. to D-577 as above | 83:11-84:9 | Sustained |
| Wilmington, Jeremy | May 27, 2022 | 216 | 11 | 216 | 13 | Obj. to D-577 as above | 83:11-84:1 | Sustained |
| Wilmington, Jeremy | May 27, 2022 | 217 | 3 | 217 | 9 | Obj. to D-577 as above | 83:11-84:9 | Sustained |
| Wilmington, Jeremy | May 27, 2022 | 217 | 14 | 218 | 20 | Obj. to D-577 as above | 83:11-84:2 | Sustained |
| Wilmington, Jeremy | May 27, 2022 | 220 | 5 | 220 | 14 | | 83:11-84:1 | |
| Wilmington, Jeremy | May 27, 2022 | 220 | 16 | 220 | 22 | Hearsay, 403 *see* Obj. to Ex. D-568 at ECF #373 - document is a purported statement of an unknown hospital individual | 83:11-84:2 | Overruled |
| Wilmington, Jeremy | May 27, 2022 | 221 | 16 | 223 | 6 | Obj. to D-568 as above | 83:11-84:6 | Overruled |
| Wilmington, Jeremy | May 27, 2022 | 223 | 8 | 223 | 9 | Obj. to D-568 as above | 83:11-84:9 | Overruled |
| Wilmington, Jeremy | May 27, 2022 | 225 | 1 | 225 | 9 | Obj. to D-568 as above | 83:11-84:9 | Sustained |
| Wilmington, Jeremy | May 27, 2022 | 225 | 11 | 225 | 22 | Obj. to D-568 as above | 83:11-84:2 | Sustained |
| Wilmington, Jeremy | May 27, 2022 | 243 | 5 | 243 | 8 | Vague, hearsay | 246:11-20 | Overruled |
| Wilmington, Jeremy | May 27, 2022 | 243 | 10 | 243 | 22 | Vague, hearsay | 246:11-20 | Overruled |
| Wilmington, Jeremy | May 27, 2022 | 244 | 18 | 244 | 21 | Vague, hearsay | 246:11-20 | Overruled |
| Wilmington, Jeremy | May 27, 2022 | 245 | 1 | 245 | 6 | Vague, hearsay | 246:11-20 | Overruled |
| Wilmington, Jeremy | May 27, 2022 | 245 | 8 | 245 | 22 | Vague, hearsay | 246:1-20 | Overruled |
| Wilmington, Jeremy | May 27, 2022 | 247 | 2 | 247 | 13 | Vague, hearsay | 246:1-20 | Overruled |
| Wilmington, Jeremy | May 27, 2022 | 247 | 18 | 248 | 10 | | 253:5-8; 253:10-11; 253:13-22 | |
| Wilmington, Jeremy | May 27, 2022 | 248 | 12 | 248 | 14 | | 253:5-8; 253:10-11; 253:13-22 | |
| Wilmington, Jeremy | May 27, 2022 | 249 | 6 | 249 | 11 | | 253:5-8; 253:10-11; 253:13-22 | |

| Name of Deponent | Date of Testimony | Affirmative Page From | Affirmative Line From | Affirmative Page To | Affirmative Line To | AngioDynamics' Objections to Affirmative Designations | AngioDynamics' Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|---|---|---|
| Wilmington, Jeremy | May 27, 2022 | 249 | 13 | 250 | 7 | | 253:5-8; 253:10-11; 253:13-22 | |
| Wilmington, Jeremy | May 27, 2022 | 250 | 9 | 250 | 10 | | 253:5-8; 253:10-11; 253:13-22 | |
| Wilmington, Jeremy | May 27, 2022 | 254 | 1 | 254 | 7 | | 253:5-8; 253:10-11; 253:13-22 | |
| Wilmington, Jeremy | May 27, 2022 | 254 | 9 | 254 | 16 | | 253:5-8; 253:10-11; 253:13-22 | |
| Wilmington, Jeremy | May 27, 2022 | 256 | 4 | 256 | 15 | | 253:5-8; 253:10-11; 253:13-22 | |
| Wilmington, Jeremy | May 27, 2022 | 274 | 4 | 274 | 17 | 403, relevance, foundation - witness does not control/know whether Angio could call hospitals to trial | 83:11-84:1 | Sustained |

Dated: September 22, 2022

Brenda K. Sannes  
Chief U.S. District Judge