| Bard's Corrected and Revised Objections and Counter-Designations to AngioDynamics' 9/13/2022 Affirmative Designations ||||||
|---|---|---|---|---|---|
| **Name of Deponent** | **Date of Testimony** | **AngioDynamics' Affirmative Designations** | **Bard's Objections to Affirmative Designations** | **Bard's Counter-Designations** | **Court's Ruling** |
| Ingold, Jack | May 17, 2022 | 198:1 – 198:13 | | | |
| Ingold, Jack | May 17, 2022 | 354:20-355:13 | | 355:14-21 | |
| Ingold, Jack | May 17, 2022 | 357:17-357:22 | Vague, lacks foundation | | Overruled |
| Ingold, Jack | May 17, 2022 | 358:2-358:3 | | | |
| Ingold, Jack | May 17, 2022 | 358:5-358:9 | | | |
| Ingold, Jack | May 17, 2022 | 358:12-358:17 | | | |
| Ingold, Jack | May 17, 2022 | 358:19-359:9 | | | |
| Ingold, Jack | May 17, 2022 | 359:10-359:15 | Cumulative; asked and answered. | | Overruled |
| Ingold, Jack | May 17, 2022 | 359:18-360:3 | Cumulative; asked and answered. | | Overruled |
| Ingold, Jack | May 17, 2022 | 360:5-360:20 | Cumulative | | Sustained |
| Ingold, Jack | May 17, 2022 | 360:21-361:3 | Cumulative | | Sustained |
| Ingold, Jack | May 17, 2022 | 361:6-361:9 | Cumulative | | Sustained |
| Ingold, Jack | May 17, 2022 | 361:11-361:15 | Leading; misleading the jury | | Sustained |
| Ingold, Jack | May 17, 2022 | 361:17-361:20 | | | |
| Ingold, Jack | May 17, 2022 | 361:22-362:5 | | | |
| Ingold, Jack | May 17, 2022 | 362:7-362:7 | Leading; misleading the jury | | Sustained (remove question above as well) |
| Ingold, Jack | May 17, 2022 | 362:9-363:19 | Objection to 362:9-20 - Leading; misleading the jury | | Sustained |
| Ingold, Jack | May 17, 2022 | 363:20-364:19 | | | |
| Ingold, Jack | May 17, 2022 | 364:20-364:21 | | | |
| Ingold, Jack | May 17, 2022 | 365:2-365:16 | | | |
| Ingold, Jack | May 17, 2022 | 365:18-365:21 | Foundation | | Overruled |
| Ingold, Jack | May 17, 2022 | 366:2-366:2 | Foundation | | Overruled |
| Ingold, Jack | May 17, 2022 | 366:4-366:6 | Foundation | | Overruled |
| Ingold, Jack | May 17, 2022 | 366:10-366:15 | Foundation | | Overruled |
| Ingold, Jack | May 17, 2022 | 366:20-367:18 | | | |
| Ingold, Jack | May 17, 2022 | 367:19-368:11 | Foundation; hearsay | | Sustained |
| Ingold, Jack | May 17, 2022 | 368:12-368:21 | Foundation; hearsay | | Sustained |
| Ingold, Jack | May 17, 2022 | 369:2-369:4 | | | |
| Ingold, Jack | May 17, 2022 | 369:6-369:9 | Foundation; hearsay | | Sustained |
| Kokotis, Kathy | January 10, 2020 | 4:19 -4:21 | | | |
| Kokotis, Kathy | January 10, 2020 | 12:3 -12:23 | | | |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Kokotis, Kathy | January 10, 2020 | 45:15 -46:11 | Bard Obj. to P-217, 401/402 - Relevance (AngioDynamics argues relevant to product differentiation and motive; no evidence that any product differentiation based on coatings were relevant to Bard's motivation for its TLS policy), 801/802 - Hearsay, 611 (foundation) | | Overruled |
| Kokotis, Kathy | January 10, 2020 | 47:22 -47:25 | Bard Obj. to P-217, Bard Obj. to Angio Affirm. 47:22 -47:25, 48:2 -48:7, 48:10 -48:11, 401/402 Relevance (AngioDynamics argues relevant to product differentiation and motive; no evidence that any product differentiation based on coatings were relevant to Bard's motivation for its TLS policy), 611 (lacks foundation), 801/802 (hearsay) | 189:14-189:25, 190:3-190:16, 190:18-190:25, 191:2-191:6, 191:8-191:10 | Sustained (hearsay) |
| Kokotis, Kathy | January 10, 2020 | 48:2 -48:7 | Bard Obj. to P-217, Bard Obj. to Angio Affirm. 47:22 -47:25, 48:2 -48:7, 48:10 -48:11, 401/402 Relevance (AngioDynamics argues relevant to product differentiation and motive; no evidence that any product differentiation based on coatings were relevant to Bard's motivation for its TLS policy), 611 (lacks foundation), 801/802 (hearsay) | 189:14-189:25, 190:3-190:16, 190:18-190:25, 191:2-191:6, 191:8-191:10 | Overruled |
| Kokotis, Kathy | January 10, 2020 | 48:10 -48:11 | Bard Obj. to P-217, Bard Obj. to Angio Affirm. 47:22 -47:25, 48:2 -48:7, 48:10 -48:11, 401/402 Relevance (AngioDynamics argues relevant to product differentiation and motive; no evidence that any product differentiation based on coatings were relevant to Bard's motivation for its TLS policy), 611 (lacks foundation), 801/802 (hearsay) | 189:14-189:25, 190:3-190:16, 190:18-190:25, 191:2-191:6, 191:8-191:10 | Overruled |
| Kokotis, Kathy | January 10, 2020 | 49:3 -49:7 | Bard Obj. to P-217, Bard Obj. to Angio Affirm 49:3-7 - 401/402 - Relevance (AngioDynamics argues relevant to product differentiation and motive; no evidence that any product differentiation based on coatings were relevant to Bard's motivation for its TLS policy), 403 (prejudice, confusion) | 49:23-49:24, 50:2-50:11 | Sustained |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Kokotis, Kathy | January 10, 2020 | 50:12 -50:25 | Bard Obj. to P-217, Bard Obj. to Angio Affirm. 50:12-51:2, 401/402 - Relevance (AngioDynamics argues relevant to product differentiation and motive; no evidence that any product differentiation based on coatings were relevant to Bard's motivation for its TLS policy), 403 (prejudice, confusion), 611 (lacks foundation) | | Overruled |
| Kokotis, Kathy | January 10, 2020 | 51:2 -51:15 | Bard Obj. to P-217, Bard Obj. to Angio Affirm. 51:3-15, 401/402 - Relevance (AngioDynamics argues relevant to product differentiation and motive; no evidence that any product differentiation based on coatings were relevant to Bard's motivation for its TLS policy), 403 (prejudice, confusion) | | Overruled |
| Kokotis, Kathy | January 10, 2020 | 53:8 -53:25 | Bard Obj. to P-217, Bard Obj. to Angio Affirm. 53:8 -53:25, 54:2 -54:13, 401/402 - Relevance (AngioDynamics argues relevant to product differentiation and motive; no evidence that any product differentiation based on coatings were relevant to Bard's motivation for its TLS policy), 403 (prejudice, confusion) | 54:14-54:15, 54:17-54:17 | Overruled |
| Kokotis, Kathy | January 10, 2020 | 54:2 -54:13 | Bard Obj. to P-217, Bard Obj. to Angio Affirm. 53:8 -53:25, 54:2 -54:13, 401/402 - Relevance (AngioDynamics argues relevant to product differentiation and motive; no evidence that any product differentiation based on coatings were relevant to Bard's motivation for its TLS policy), 403 (prejudice, confusion) | | Overruled |
| Kokotis, Kathy | January 10, 2020 | 54:18 -54:25 | Bard Obj. to P-217, Bard Obj. to Angio Affirm. 54:18 -54:25, 55:2 -55:13, 401/402 - Relevance (AngioDynamics argues relevant to product differentiation and motive; no evidence that any product differentiation based on coatings were relevant to Bard's motivation for its TLS policy), 403 (prejudice, confusion), 611 (lacks foundation) | | Overruled |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Kokotis, Kathy | January 10, 2020 | 55:2 -55:13 | Bard Obj. to P-217, Bard Obj. to Angio Affirm. 54:18 -54:25, 55:2 -55:13, 401/402 - Relevance (AngioDynamics argues relevant to product differentiation and motive; no evidence that any product differentiation based on coatings were relevant to Bard's motivation for its TLS policy), 403 (prejudice, confusion), 611 (lacks foundation) | | Overruled |
| Kokotis, Kathy | January 10, 2020 | 56:16 -56:25 | Bard Obj. to P-117, 401/402 - Relevance, 403 - Confusing/Prejudicial | | Overruled |
| Kokotis, Kathy | January 10, 2020 | 57:2 -57:25 | Bard Obj. to P-117, 401/402 - Relevance, 403 - Confusing/Prejudicial | | Overruled |
| Kokotis, Kathy | January 10, 2020 | 58:2 -58:11 | Bard Obj. to P-117, Bard Obj. to Angio Affirm. 58:2-11, 401/402 - Relevance, 403 (prejudice, confusion), 611 (vague) | | Sustained |
| Kokotis, Kathy | January 10, 2020 | 58:12 -58:25 | Bard Obj. to P-117, Bard Obj. to Angio Affirm. 58:12 -58:25, 59:2 -59:4, 401/402 - Relevance, 403 (prejudice, confusion), 602 (speculation), 611 (compound, vague) | | Sustained |
| Kokotis, Kathy | January 10, 2020 | 59:2 -59:4 | Bard Obj. to P-117, Bard Obj. to Angio Affirm. 58:12 -58:25, 59:2 -59:4, 401/402 - Relevance, 403 (prejudice, confusion), 602 (speculation), 611 (compound, vague) | | Sustained |
| Kokotis, Kathy | January 10, 2020 | 59:5 -59:10 | Bard Obj. to P-117, Bard Obj. to Angio Affirm. 59:5-10, 401/402 - Relevance, 403 (prejudice, confusion), 611 (vague, lacks foundation) | | Sustained |
| Kokotis, Kathy | January 10, 2020 | 59:11 -59:12 | Bard Obj. to P-117, Bard Obj. to Angio Affirm. 59:11-59:12, 59:14 -59:20, 59:24 -59:25, 60:2 -60:8, 60:23 -60:25, 61:3 -61:17, 401/402 - Relevance, 403 (prejudice), 611 (vague, lacks foundation) | | Sustained |
| Kokotis, Kathy | January 10, 2020 | 59:14 -59:20 | Bard Obj. to P-117, Bard Obj. to Angio Affirm. 59:11-59:12, 59:14 -59:20, 59:24 -59:25, 60:2 -60:8, 60:23 -60:25, 61:3 -61:17, 401/402 - Relevance, 403 (prejudice), 611 (vague, lacks foundation) | | Sustained |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Kokotis, Kathy | January 10, 2020 | 59:24 -59:25 | Bard Obj. to P-117, Bard Obj. to Angio Affirm. 59:11-59:12, 59:14 -59:20, 59:24 -59:25, 60:2 -60:8, 60:23 -60:25, 61:3 -61:17, 401/402 - Relevance, 403 (prejudice), 611 (vague, lacks foundation) | | Sustained |
| Kokotis, Kathy | January 10, 2020 | 60:2 -60:8 | Bard Obj. to P-117, Bard Obj. to Angio Affirm. 59:11-59:12, 59:14 -59:20, 59:24 -59:25, 60:2 -60:8, 60:23 -60:25, 61:3 -61:17, 401/402 - Relevance, 403 (prejudice), 611 (vague, lacks foundation) | | Sustained |
| Kokotis, Kathy | January 10, 2020 | 60:23 -60:25 | Bard Obj. to P-117, Bard Obj. to Angio Affirm. 59:11-59:12, 59:14 -59:20, 59:24 -59:25, 60:2 -60:8, 60:23 -60:25, 61:3 -61:17, 401/402 - Relevance, 403 (prejudice), 611 (vague, lacks foundation) | | Sustained |
| Kokotis, Kathy | January 10, 2020 | 61:3 -61:17 | Bard Obj. to P-117, Bard Obj. to Angio Affirm. 59:11-59:12, 59:14 -59:20, 59:24 -59:25, 60:2 -60:8, 60:23 -60:25, 61:3 -61:17, 401/402 - Relevance, 403 (prejudice), 611 (vague, lacks foundation) | | Sustained |
| Kokotis, Kathy | January 10, 2020 | 61:18 -62:5 | Bard Obj. to P-117, Bard Obj. to Angio Affirm. 61:18-62:5, 401/402 (relevance), 403 (prejudice, confusion) | | Sustained |
| Kokotis, Kathy | January 10, 2020 | 62:6 -62:17 | Bard Obj. to P-117, Bard Obj. to Angio Affirm. 62:6-17, 401/402 (relevance), 403 (prejudice, confusion) | | Overruled |
| Kokotis, Kathy | January 10, 2020 | 63:6 -63:14 | Bard Obj. to P-117, Bard Obj. to Angio Affirm. 63:6-63:14, 401/402 (relevance), 403 (prejudice, confusion), 602 (misstates prior testimony) | | Sustained |
| Kokotis, Kathy | January 10, 2020 | 63:15 -63:25 | Bard Obj. to P-117, Bard Obj. to Angio Affirm. 63:15 -63:25, 64:2 -64:3, 401/402 (relevance), 403 (prejudice, confusion) | | Sustained |
| Kokotis, Kathy | January 10, 2020 | 64:2 -64:3 | Bard Obj. to P-117, Bard Obj. to Angio Affirm. 63:15 -63:25, 64:2 -64:3, 401/402 (relevance), 403 (prejudice, confusion) | | Sustained |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Kokotis, Kathy | January 10, 2020 | 65:3 -65:15 | Bard Obj. to P-117, Bard Obj. to Angio Affirm. 63:15 -63:25, 64:2 -64:3, 401/402 (relevance), 403 (prejudice, confusion) | | Overruled |
| Kokotis, Kathy | January 10, 2020 | 72:9 -72:12 | Bard Obj. to P-117, Bard Obj. to Angio Affirm. 63:15 -63:25, 64:2 -64:3, 401/402 (relevance), 403 (prejudice, confusion), 602 (speculation) | | Overruled |
| Kokotis, Kathy | January 10, 2020 | 72:13 -72:21 | Bard Obj. to Angio Affirm. 72:13-73:10, 72:23 -73:3, 403 (prejudice, confusion), 602 (speculation) | | Sustained |
| Kokotis, Kathy | January 10, 2020 | 72:23 -73:3 | Bard Obj. to Angio Affirm. 72:13-73:10, 72:23 -73:3, 403 (prejudice, confusion), 602 (speculation) | | Sustained |
| Kokotis, Kathy | January 10, 2020 | 150:13 -150:16 | Bard Obj. to Angio Affirm. 150:13-150:16, 150:18-150:25, 151:2-151:17, 401/402 (relevance), 602 (speculation, assumes facts not in evidence), 611 (lacks foundation) | | Overruled |
| Kokotis, Kathy | January 10, 2020 | 150:18 -150:25 | Bard Obj. to Angio Affirm. 150:13-150:16, 150:18-150:25, 151:2-151:17, 401/402 (relevance), 602 (speculation, assumes facts not in evidence), 611 (lacks foundation) | 150:4-150:12 | Overruled |
| Kokotis, Kathy | January 10, 2020 | 151:2 -151:17 | Bard Obj. to Angio Affirm. 150:13-150:16, 150:18-150:25, 151:2-151:17, 401/402 (relevance), 602 (speculation, assumes facts not in evidence), 611 (lacks foundation) | 150:4-150:12 | Overruled |
| Patil, Nitin | April 19, 2022 | 5:3-5:5 | | | |
| Patil, Nitin | April 19, 2022 | 25:2-25:12 | | | |
| Patil, Nitin | April 19, 2022 | 52:12-52:14 | | | |
| Patil, Nitin | April 19, 2022 | 52:16-52:25 | | | |
| Patil, Nitin | April 19, 2022 | 53:2-53:14 | | | |
| Patil, Nitin | April 19, 2022 | 60:15-60:19 | misstates testimony | 59:25-60:14 | Overruled |
| Patil, Nitin | April 19, 2022 | 60:21-61:2 | | | |
| Patil, Nitin | April 19, 2022 | 101:11-102:14 | misstates testimony, assumes facts | 101:7-9, 102:15-19, 102:22 | Overruled, but incomplete designation (missing question or should start on line 12) |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Patil, Nitin | April 19, 2022 | 103:24-104:13 | | | |
| Patil, Nitin | April 19, 2022 | 107:16-109:13 | | 109:20-22, 109:24-110:2 | |
| Patil, Nitin | April 19, 2022 | 122:23-123:10 | testimony discusses exhibit not introduced in deposition designations | | Sustained |
| Patil, Nitin | April 19, 2022 | 125:15-125:21 | | 125:22-25 | |
| Patil, Nitin | April 19, 2022 | 126:4-126:14 | | | |
| Patil, Nitin | April 19, 2022 | 126:18-127:5 | misstates document | | Overruled |
| Patil, Nitin | April 19, 2022 | 127:7-127:7 | misstates document | | Overruled |
| Patil, Nitin | April 19, 2022 | 129:9-129:16 | | | |
| Patil, Nitin | April 19, 2022 | 132:17-133:7 | | | |
| Patil, Nitin | April 19, 2022 | 133:9-134:9 | | | |
| Patil, Nitin | April 19, 2022 | 140:20-140:24 | speculation, improper hypothetical | | Sustained |
| Patil, Nitin | April 19, 2022 | 141:3-141:14 | speculation, improper hypothetical | | Sustained |
| Patil, Nitin | April 19, 2022 | 142:2-142:9 | | | |
| Patil, Nitin | April 19, 2022 | 153:15-154:7 | | | |
| Patil, Nitin | April 19, 2022 | 156:10-156:14 | | | |
| Patil, Nitin | April 19, 2022 | 163:3-163:10 | vague, misstates testimony | | Overruled |
| Patil, Nitin | April 19, 2022 | 167:6-167:16 | vague, misstates testimony | | Overruled |
| Patil, Nitin | April 19, 2022 | 200:22-201:10 | vague, misstates testimony | | Overruled |
| Patil, Nitin | April 19, 2022 | 201:13-201:16 | | | |
| Patil, Nitin | April 19, 2022 | 201:18-201:23 | | | |
| Patil, Nitin | April 19, 2022 | 202:8-202:15 | | | |
| Patil, Nitin | April 19, 2022 | 215:4-215:7 | | | |
| Patil, Nitin | April 19, 2022 | 217:17-217:19 | | | |
| Patil, Nitin | April 19, 2022 | 220:7-220:10 | speculation | | Sustained |
| Patil, Nitin | April 19, 2022 | 220:13-220:17 | speculation | | Sustained as to 220:13 |
| Patil, Nitin | April 19, 2022 | 220:19-220:19 | speculation | | Overruled |
| Patil, Nitin | April 19, 2022 | 223:9-223:13 | P-223 - 801/802 - Hearsay (e.g., page 3-4, "Spent about 45 minutes on the phone with Mark on Wednesday..."; page 2, "As I recalle there was an 'Allegation' of an air embolism..."; page 1, "Anectodately, we are told..."401/402 - Relevance; 403 - Waste of TIme/Confusion | | Overruled |
| Patil, Nitin | April 19, 2022 | 228:4-228:12 | speculation, misstates document | | Sustained as to 228:8-12 |
| Patil, Nitin | April 19, 2022 | 230:11-231:6 | | | |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Patil, Nitin | April 19, 2022 | 232:2-232:14 | misstates document, misstates testimony | | Overruled |
| Patil, Nitin | April 19, 2022 | 237:21-237:25 | speculation | 237:6-20, 238:2-17 | Overruled |
| Patil, Nitin | April 19, 2022 | 239:6-239:10 | speculation | | Overruled |
| Patil, Nitin | April 19, 2022 | 239:14-239:18 | | | |
| Patil, Nitin | April 19, 2022 | 245:25-246:22 | | | |
| Patil, Nitin | April 19, 2022 | 255:13-255:17 | | | |
| Patil, Nitin | April 19, 2022 | 255:19-255:20 | | | |
| Patil, Nitin | April 19, 2022 | 256:15-256:17 | | | |
| Patil, Nitin | April 19, 2022 | 258:13-258:20 | | | |
| Patil, Nitin | April 19, 2022 | 258:22-258:23 | | | |
| Patil, Nitin | April 19, 2022 | 259:5-259:6 | | | |
| Patil, Nitin | April 19, 2022 | 259:9-259:25 | | | |
| Patil, Nitin | April 19, 2022 | 263:6-263:21 | speculation | | Overruled |
| Patil, Nitin | April 19, 2022 | 269:9-270:11 | | 270:12-271:3 | |
| Patil, Nitin | April 19, 2022 | 273:11-274:12 | | | |
| Patil, Nitin | April 19, 2022 | 277:6-277:9 | | | |
| Patil, Nitin | April 19, 2022 | 281:4-281:17 | beyond geographic scope ("all over the world") | | Sustained |
| Patil, Nitin | April 19, 2022 | 288:13-289:16 | 403 - prejudicial, 401/402 - irrelevant, violates assurance that designations would be "targeted to elements of AngioDynamics' case" (ECF 356) | 287:21-288:6, 289:21-290:3 | Sustained |

Dated: September 22, 2022

Brenda K. Sannes
Chief U.S. District Judge