| Bard's Corrected and Revised Objections and Counter-Designations to AngioDynamics' 9/13/2022 Affirmative Designations | | | | | |
|---|---|---|---|---|---|
| **Name of Deponent** | **Date of Testimony** | **AngioDynamics' Affirmative Designations** | **Bard's Objections to Affirmative Designations** | **Bard's Counter-Designations** | **Court's Ruling** |
| Burnside, Ed | March 31, 2022 | 5:24 -6:2 | | | |
| Burnside, Ed | March 31, 2022 | 31:4 -31:12 | | | |
| Burnside, Ed | March 31, 2022 | 31:13 -31:24 | | | |
| Burnside, Ed | March 31, 2022 | 36:17 -36:22 | | | |
| Burnside, Ed | March 31, 2022 | 38:9 -39:6 | | | |
| Burnside, Ed | March 31, 2022 | 43:17 -44:5 | | 44:8-14 | |
| Burnside, Ed | March 31, 2022 | 44:15 -44:18 | | | |
| Burnside, Ed | March 31, 2022 | 45:2 -45:13 | | 45:14-46:11, 47:7-48:16, 49:5-18 | |
| Burnside, Ed | March 31, 2022 | 66:18 -67:19 | | 67:20-68:21, 69:10-14 | |
| Burnside, Ed | March 31, 2022 | 75:13 -76:6 | | | |
| Burnside, Ed | March 31, 2022 | 81:12 -81:23 | vague ("next process"); foundation | | Overruled |
| Burnside, Ed | March 31, 2022 | 81:24 -82:17 | | | |
| Burnside, Ed | March 31, 2022 | 82:18 -83:11 | vague, compound question | | Overruled |
| Burnside, Ed | March 31, 2022 | 83:14 -83:16 | speculative, 403 (prejudice) | | Overruled |
| Burnside, Ed | March 31, 2022 | 84:13 -84:19 | asked and answered, attorney colloquy, 403 (prejudice) | 84:2-4, 84:7-12 | Overruled |
| Burnside, Ed | March 31, 2022 | 86:6 -86:21 | | | |
| Burnside, Ed | March 31, 2022 | 90:23 -91:15 | | | |
| Burnside, Ed | March 31, 2022 | 104:3 -104:15 | | | |
| Burnside, Ed | March 31, 2022 | 106:2 -106:12 | | | |
| Burnside, Ed | March 31, 2022 | 114:3 -114:5 | Relevance, 403 (more prejudicial than probative) | | Sustained |
| Burnside, Ed | March 31, 2022 | 114:9 -114:18 | Relevance, 403 (more prejudicial than probative) | | Sustained |
| Burnside, Ed | March 31, 2022 | 114:21 -114:23 | Relevance, 403 (more prejudicial than probative) | | Sustained |
| Burnside, Ed | March 31, 2022 | 116:18 -116:20 | | 115:19-116:2, 116:5-116:7 | |
| Burnside, Ed | March 31, 2022 | 116:23 -117:13 | | | |
| Burnside, Ed | March 31, 2022 | 121:19 -121:24 | | | |
| Burnside, Ed | March 31, 2022 | 122:16 -122:24 | | | |
| Burnside, Ed | March 31, 2022 | 123:13 -123:14 | | | |
| Burnside, Ed | March 31, 2022 | 123:17 -124:5 | | | |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Burnside, Ed | March 31, 2022 | 125:6 -125:13 | | | |
| Burnside, Ed | March 31, 2022 | 125:20 -125:22 | | | |
| Burnside, Ed | March 31, 2022 | 125:23 -126:5 | | | |
| Burnside, Ed | March 31, 2022 | 126:8-126:17 | | | |
| Burnside, Ed | March 31, 2022 | 128:19 -129:5 | 403 (prejudice) | | Overruled |
| Burnside, Ed | March 31, 2022 | 130:7 -130:9 | | | |
| Burnside, Ed | March 31, 2022 | 130:25 -131:9 | | | |
| Burnside, Ed | March 31, 2022 | 138:2 -138:11 | | | |
| Burnside, Ed | March 31, 2022 | 138:22 -138:25 | misstates testimony, attorney colloquy, 403 (prejudice), assumes facts | | Sustained |
| Burnside, Ed | March 31, 2022 | 139:4 -139:9 | misstates testimony, attorney colloquy, 403 (prejudice), assumes facts | | Sustained as to 139:4, and overruled as to the rest |
| Burnside, Ed | March 31, 2022 | 139:12 -139:18 | misstates testimony, attorney colloquy, 403 (prejudice), assumes facts | | Overruled |
| Burnside, Ed | March 31, 2022 | 139:21 -140:8 | misstates testimony, attorney colloquy, 403 (prejudice), assumes facts | | Overruled |
| Burnside, Ed | March 31, 2022 | 141:19 -141:25 | misstates testimony, attorney colloquy, 403 (prejudice), assumes facts | | Overruled |
| Burnside, Ed | March 31, 2022 | 142:5 -142:15 | | | |
| Burnside, Ed | March 31, 2022 | 143:6 -144:2 | argumentative | 165:10-166:24, 167:17-25, 170:14-17, 170:20-23 | Overruled |
| Burnside, Ed | March 31, 2022 | 144:25 -145:13 | | | |
| Burnside, Ed | March 31, 2022 | 145:16 -146:7 | | | |
| Burnside, Ed | March 31, 2022 | 146:8 -146:11 | | | |
| Burnside, Ed | March 31, 2022 | 146:12 -146:25 | leading, attorney colloquy | | Overruled |
| Burnside, Ed | March 31, 2022 | 147:4 -147:8 | | 147:9-20 | |
| Burnside, Ed | March 31, 2022 | 148:24 -148:25 | | | |
| Burnside, Ed | March 31, 2022 | 149:2 -149:3 | | | |
| Burnside, Ed | March 31, 2022 | 149:7 -149:9 | | | |
| Burnside, Ed | March 31, 2022 | 149:22 -149:25 | | | |
| Burnside, Ed | March 31, 2022 | 150:2 -150:2 | | | |

| Name of Deponent | Date of Testimony | AngioDynamics' Affirmative Designations | Bard's Objections to Affirmative Designations | Bard's Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|
| Burnside, Ed | March 31, 2022 | 150:5 -150:8 | | | |
| Burnside, Ed | March 31, 2022 | 153:25 -154:7 | misstates testimony, misstates document, assumes facts, incomplete (question with no designated answer), 403 (prejudice) | | Overruled (answer in row below) |
| Burnside, Ed | March 31, 2022 | 154:10 -154:11 | | | |
| Burnside, Ed | March 31, 2022 | 157:2 -157:7 | foundation, vague | | Overruled |
| Burnside, Ed | March 31, 2022 | 197:2 -197:9 | Relevance | | Overruled |
| Burnside, Ed | March 31, 2022 | 197:24 -197:25 | Relevance | | Overruled |
| Burnside, Ed | March 31, 2022 | 198:2 -198:4 | Relevance | | Overruled |
| Burnside, Ed | March 31, 2022 | 198:5 -198:5 | Relevance | | Overruled |
| Burnside, Ed | March 31, 2022 | 198:13 -198:22 | Relevance | | Overruled |
| Burnside, Ed | March 31, 2022 | 198:23 -198:25 | Relevance | | Overruled |
| Burnside, Ed | March 31, 2022 | 199:4 -199:8 | Relevance | | Overruled |
| Burnside, Ed | March 31, 2022 | 203:14 -203:25 | incomplete designation (likely should begin at 203:15) | 220:11-25 | Sustained subject to cure |
| Burnside, Ed | March 31, 2022 | 204:2 -204:10 | | | |
| Burnside, Ed | March 31, 2022 | 232:8 -232:10 | | 232:11-233:8 | |
| Burnside, Ed | March 31, 2022 | 236:23 -237:13 | foundation | | Overruled |

September 23, 2022

Brenda K. Sannes
Chief U.S. District Judge