| AngioDynamics' Responses to Bard's Affirmative Deposition Designations (ECF #417) |||||||||
|---|---|---|---|---|---|---|---|---|
| Name of Deponent | Date of Testimony | Affirmative Page From | Affirmative Line From | Affirmative Page To | Affirmative Line To | AngioDynamics' Objections to Affirmative Designations | AngioDynamics' Counter-Designations | Court's Ruling |
| Aldrich, Thomas | December 5, 2019 | 7 | 8 | 7 | 9 | | | |
| Aldrich, Thomas | December 5, 2019 | 9 | 2 | 9 | 10 | | | |
| Aldrich, Thomas | December 5, 2019 | 12 | 12 | 12 | 14 | | | |
| Aldrich, Thomas | December 5, 2019 | 25 | 6 | 25 | 10 | 403/Cumulative (Morpheus recall) | 83:11-84:2 | Sustained |
| Aldrich, Thomas | December 5, 2019 | 26 | 11 | 26 | 15 | 403/Cumulative (Morpheus recall) | 83:11-84:2 | Overruled |
| Aldrich, Thomas | December 5, 2019 | 51 | 25 | 52 | 14 | 403/Cumulative (Morpheus recall) | 51:20-24; 83:11-84:2 | Sustained |
| Aldrich, Thomas | December 5, 2019 | 65 | 6 | 66 | 5 | 403/Cumulative (Morpheus recall) | 83:11-84:2 | Sustained |
| Aldrich, Thomas | December 5, 2019 | 66 | 24 | 67 | 11 | 403/Cumulative & Prejudicial - the testimony relates to loss of business not specific to PICCs and without reference to type of PICC and relevance is substantially outweighed by prejudice and juror confusion; 76:11-77:3 below is specific to BioFlo PICC | 67:12-14; 83:11-84:1 | Overruled |
| Aldrich, Thomas | December 5, 2019 | 67 | 15 | 67 | 20 | 403/Cumulative & Prejudicial - the testimony relates to loss of business not specific to PICCs and without reference to type of PICC and relevance is substantially outweighed by prejudice and juror confusion; 76:11-77:3 below is specific to BioFlo PICC | 83:11-84:2 | Overruled |
| Aldrich, Thomas | December 5, 2019 | 69 | 14 | 70 | 17 | 403/Cumulative & Prejudicial - the testimony relates to loss of business not specific to PICCs and without reference to type of PICC and relevance is substantially outweighed by prejudice and juror confusion; 76:11-77:3 below is specific to BioFlo PICC | 83:11-84:1 | Sustained as to 70:16-70:17 and otherwise overruled |
| Aldrich, Thomas | December 5, 2019 | 70 | 19 | 71 | 6 | 403/Cumulative & Prejudicial - the testimony relates to loss of business not specific to PICCs and without reference to type of PICC and relevance is substantially outweighed by prejudice and juror confusion; 76:11-77:3 below is specific to BioFlo PICC | 83:11-84:2 | Sustained |
| Aldrich, Thomas | December 5, 2019 | 71 | 8 | 71 | 20 | 403/Cumulative & Prejudicial - the testimony relates to loss of business not specific to PICCs and without reference to type of PICC and relevance is substantially outweighed by prejudice and juror confusion; 76:11-77:3 below is specific to BioFlo PICC | 83:11-84:2 | Sustained |

Case No. 1:17-cv-598 (BKS)(CFH)  
Date:_____ Presiding Judge: Honorable Brenda K. Sannes

Case 1:17-cv-00598-BKS-CFH   Document 458   Filed 09/25/22   Page 2 of 8  
United States District Court  
For the Northern District of New York

| Name of Deponent | Date of Testimony | Affirmative Page From | Affirmative Line From | Affirmative Page To | Affirmative Line To | AngioDynamics' Objections to Affirmative Designations | AngioDynamics' Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|---|---|---|
| Aldrich, Thomas | December 5, 2019 | 76 | 11 | 76 | 23 | | | |
| Aldrich, Thomas | December 5, 2019 | 76 | 24 | 77 | 3 | | | |
| Aldrich, Thomas | December 5, 2019 | 84 | 19 | 84 | 22 | | 83:11-84:2 | |
| Aldrich, Thomas | December 5, 2019 | 85 | 8 | 85 | 21 | | 83:11-84:2;88:17-89:13 | |
| Aldrich, Thomas | December 5, 2019 | 86 | 22 | 87 | 13 | | 83:11-84:1; 88:17-89:13 | |
| Aldrich, Thomas | December 5, 2019 | 87 | 17 | 88 | 16 | | 83:11-84:1; 88:17-89:13 | |
| Aldrich, Thomas | December 5, 2019 | 90 | 9 | 91 | 23 | | 83:11-84:2;88:17-89:13 | |
| Aldrich, Thomas | December 5, 2019 | 96 | 17 | 97 | 20 | Document discussed is not on Bard's Exhibit | | Sustained |
| Aldrich, Thomas | December 5, 2019 | 101 | 11 | 101 | 20 | Document discussed is not on Bard's Exhibit | | Overruled (exhibit D-85) |
| Aldrich, Thomas | December 5, 2019 | 102 | 14 | 102 | 25 | Document discussed is not on Bard's Exhibit | | Overruled |
| Aldrich, Thomas | December 5, 2019 | 105 | 2 | 106 | 12 | Document discussed is not on Bard's Exhibit | 106:18-107:14 | Overruled |
| Aldrich, Thomas | December 5, 2019 | 107 | 15 | 108 | 3 | Document discussed is not on Bard's Exhibit | | Overruled |
| Aldrich, Thomas | December 5, 2019 | 108 | 8 | 109 | 4 | Document discussed is not on Bard's Exhibit | | Overruled |
| Aldrich, Thomas | December 5, 2019 | 109 | 24 | 110 | 20 | 403/Cumulative (Morpheus recall); Morpheus is not part of damages and the amount of lost Morpheus revenue is irrelevant and confusing | | Overruled |
| Aldrich, Thomas | December 5, 2019 | 111 | 24 | 112 | 4 | 403/Cumulative (Morpheus recall); Morpheus is not part of damages and the amount of lost Morpheus revenue is irrelevant and confusing | 112:5-10 | Overruled |
| Aldrich, Thomas | December 5, 2019 | 114 | 4 | 115 | 10 | 403/Cumulative (Morpheus recall); Morpheus is not part of damages and the amount of lost Morpheus revenue is irrelevant and confusing | 115:24-116:13; 116:15-17; 116:19-20 | Overruled |
| Aldrich, Thomas | December 5, 2019 | 117 | 22 | 118 | 10 | 403/Cumulative (Morpheus recall); Morpheus is not part of damages and the amount of lost Morpheus revenue is irrelevant and confusing | | Overruled |
| Aldrich, Thomas | December 5, 2019 | 118 | 12 | 119 | 16 | 403/Cumulative (Morpheus recall); Morpheus is not part of damages and the amount of lost Morpheus revenue is irrelevant and confusing | | Overruled |
| Aldrich, Thomas | December 5, 2019 | 120 | 3 | 122 | 12 | | | |
| Aldrich, Thomas | December 5, 2019 | 122 | 20 | 122 | 24 | | | |
| Aldrich, Thomas | December 5, 2019 | 123 | 5 | 123 | 8 | | 74:5-19; 123:22-124:17 | |
| Aldrich, Thomas | December 5, 2019 | 131 | 13 | 132 | 15 | | | |
| Aldrich, Thomas | December 5, 2019 | 132 | 19 | 133 | 5 | | | |
| Aldrich, Thomas | December 5, 2019 | 135 | 19 | 136 | 17 | | | |
| Aldrich, Thomas | December 5, 2019 | 139 | 6 | 139 | 13 | | | |
| Aldrich, Thomas | December 5, 2019 | 140 | 3 | 140 | 8 | | | |

| Name of Deponent | Date of Testimony | Affirmative Page From | Affirmative Line From | Affirmative Page To | Affirmative Line To | AngioDynamics' Objections to Affirmative Designations | AngioDynamics' Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|---|---|---|
| Aldrich, Thomas | December 5, 2019 | 140 | 17 | 141 | 10 | 141:3-10: designation is misleading because it refers to "all the hospitals" in the email and not all the hospitals are included or identified in the prior designations and witness also says he does not know whether any are lost customers | 141:11-19 | Overruled |
| Aldrich, Thomas | December 5, 2019 | 143 | 2 | 143 | 4 | | | |
| Aldrich, Thomas | December 5, 2019 | 143 | 6 | 143 | 17 | | | |
| Aldrich, Thomas | December 5, 2019 | 146 | 20 | 147 | 5 | Obj. to Ex. D-075 see ECF #411; hearsay (no communication or representation of communication from hospital), 403/cumulative - reference to lack of navigation is minor to the | | Overruled (relevant parts not hearsay) |
| Aldrich, Thomas | December 5, 2019 | 147 | 12 | 148 | 20 | Obj. to D-075 as above | | Overruled |
| Aldrich, Thomas | December 5, 2019 | 149 | 7 | 149 | 13 | Obj. to D-075 as above | 149:1-5 | Overruled |
| Aldrich, Thomas | December 5, 2019 | 149 | 18 | 149 | 20 | Obj. to D-075 as above | | Overruled |
| Aldrich, Thomas | December 5, 2019 | 149 | 23 | 150 | 7 | Obj. to D-075 as above | | Overruled |
| Aldrich, Thomas | December 5, 2019 | 162 | 23 | 163 | 6 | | 161:16-162:3; 163;22-164:4; 164:15-21 | |
| Aldrich, Thomas | December 5, 2019 | 165 | 16 | 165 | 18 | | 165:6-8; 165:10-13 | |
| Aldrich, Thomas | December 5, 2019 | 165 | 20 | 166 | 2 | | | |
| Aldrich, Thomas | December 5, 2019 | 166 | 4 | 166 | 6 | | | |
| Aldrich, Thomas | December 5, 2019 | 186 | 24 | 187 | 7 | | | |
| Aldrich, Thomas | December 5, 2019 | 188 | 4 | 188 | 13 | Designation is unspecific as what "at the time" means. | | Sustained |
| Aldrich, Thomas | December 5, 2019 | 189 | 3 | 189 | 9 | | | |
| Aldrich, Thomas | December 5, 2019 | 194 | 12 | 195 | 23 | | 202:1-203:17 | |
| Aldrich, Thomas | December 5, 2019 | 224 | 6 | 224 | 15 | | | |
| Aldrich, Thomas | December 5, 2019 | 229 | 8 | 229 | 17 | | | |
| Aldrich, Thomas | December 5, 2019 | 233 | 2 | 233 | 12 | | 235:25-236:23 | |
| Aldrich, Thomas | December 5, 2019 | 233 | 14 | 233 | 14 | | 235:25-236:23 | |
| Aldrich, Thomas | December 5, 2019 | 237 | 25 | 238 | 7 | | 237:20-24 | |
| Aldrich, Thomas | December 5, 2019 | 238 | 9 | 239 | 16 | | | |
| Aldrich, Thomas | December 5, 2019 | 240 | 9 | 241 | 18 | 241:9-18 403; see Obj. to Ex. D-036 at ECF #411; hearsay; 403 | | Sustained as to 240:9 - 241:10; Overruled as to the rest |
| Aldrich, Thomas | December 5, 2019 | 242 | 9 | 242 | 22 | See Obj. to D-036 above | | Overruled |
| Aldrich, Thomas | December 5, 2019 | 243 | 7 | 244 | 8 | See Obj. to D-036 above | 247:10-22 | Overruled |
| Aldrich, Thomas | December 5, 2019 | 280 | 23 | 281 | 4 | | | |
| Aldrich, Thomas | December 5, 2019 | 281 | 6 | 282 | 7 | | | |

| Name of Deponent | Date of Testimony | Affirmative Page From | Affirmative Line From | Affirmative Page To | Affirmative Line To | AngioDynamics' Objections to Affirmative Designations | AngioDynamics' Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|---|---|---|
| Aldrich, Thomas | December 5, 2019 | 288 | 5 | 288 | 23 | Hearsay; see Obj. to Ex. D-175 at ECF #411; hearsay 403 | 289:10-290:3 | Sustained (hearsay in D-175) |
| Aldrich, Thomas | December 5, 2019 | 291 | 25 | 292 | 17 | See Obj. D-175 above | | Sustained |
| Aldrich, Thomas | December 5, 2019 | 340 | 10 | 342 | 14 | Hearsay, 403; see Obj. to D-199 at ECF #411; hearsay, 403 | | Overruled |
| Aldrich, Thomas | December 5, 2019 | 348 | 15 | 349 | 4 | | | |
| Aldrich, Thomas | December 5, 2019 | 367 | 25 | 369 | 5 | | | |
| Aldrich, Thomas | December 5, 2019 | 369 | 8 | 369 | 8 | Designation is first line of an answer only | | Sustained (first line of question only) |
| Aldrich, Thomas | December 5, 2019 | 369 | 22 | 370 | 10 | | | |
| Aldrich, Thomas | December 5, 2019 | 370 | 12 | 370 | 24 | | | |
| Aldrich, Thomas | December 5, 2019 | 371 | 3 | 371 | 3 | | | |
| Aldrich, Thomas | December 5, 2019 | 371 | 5 | 372 | 2 | | | |
| Aldrich, Thomas | December 5, 2019 | 378 | 25 | 379 | 9 | 378:25-379:5 appears to be incomplete designation; lacks any predicate | | Overruled (complete with next designation) |
| Aldrich, Thomas | December 5, 2019 | 379 | 11 | 379 | 21 | | | |
| Aldrich, Thomas | December 5, 2019 | 389 | 22 | 390 | 22 | Hearsay; 403/cumulative; see Obj. to D-072 at ECF #411 | | Overruled (inquiry) |
| Aldrich, Thomas | December 5, 2019 | 391 | 14 | 393 | 5 | Hearsay; 403/cumulative; see Obj. to D-072 at ECF #411 | | Overruled |
| Aldrich, Thomas | December 5, 2019 | 393 | 7 | 393 | 21 | Hearsay; 403/cumulative; see Obj. to D-072 at ECF #411; hearsay, 403 | 416:16-417:7 | Overruled |
| Aldrich, Thomas | December 5, 2019 | 395 | 13 | 396 | 4 | | | |
| Aldrich, Thomas | December 5, 2019 | 397 | 23 | 398 | 3 | | | |
| Aldrich, Thomas | December 5, 2019 | 399 | 4 | 399 | 24 | | | |
| Aldrich, Thomas | February 27, 2020 | 407 | 18 | 408 | 5 | | 408:6-18 | |
| Chartrand, Brad | February 27, 2020 | 6 | 5 | 6 | 7 | | | |
| Chartrand, Brad | February 27, 2020 | 12 | 9 | 12 | 15 | Incomplete designation | 12:16-20 | Overruled |
| Chartrand, Brad | February 27, 2020 | 21 | 21 | 21 | 23 | | | |
| Chartrand, Brad | February 27, 2020 | 22 | 11 | 22 | 15 | | 22:18-23:2 | |
| Chartrand, Brad | February 27, 2020 | 30 | 4 | 31 | 15 | | | |
| Chartrand, Brad | February 27, 2020 | 55 | 11 | 55 | 23 | Hearsay; 403/cumulative see Obj. to D-022 at ECF #411 re TLS- witness says statements in document are not from a customer 58:24-59:20 | | Overruled (relevant portion inquiry) |
| Chartrand, Brad | February 27, 2020 | 56 | 13 | 56 | 22 | Hearsay; 403/cumulative see Obj. to D-022 at ECF #411 re TLS- witness says statements in document are not from a customer 58:24-59:20 | | Overruled |

| Name of Deponent | Date of Testimony | Affirmative Page From | Affirmative Line From | Affirmative Page To | Affirmative Line To | AngioDynamics' Objections to Affirmative Designations | AngioDynamics' Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|---|---|---|
| Chartrand, Brad | February 27, 2020 | 57 | 4 | 58 | 4 | Obj. to D-022 Hearsay; 403/cumulative re TLS-witness says statements in document are not from a customer 58:24-59:20 | | Overruled |
| Chartrand, Brad | February 27, 2020 | 60 | 11 | 60 | 18 | Obj. to D-022 Hearsay; 403/cumulative re TLS-witness says statements in document are not from a customer 58:24-59:20 | | Overruled |
| Chartrand, Brad | February 27, 2020 | 62 | 11 | 62 | 14 | Vague, compound, speculative | | Sustained |
| Chartrand, Brad | February 27, 2020 | 62 | 16 | 62 | 19 | Vague, compound, speculative | | Sustained |
| Chartrand, Brad | February 27, 2020 | 66 | 13 | 66 | 19 | | | |
| Chartrand, Brad | February 27, 2020 | 66 | 21 | 67 | 7 | 67:4-7 Compound, speculative, assumes facts | | Overruled |
| Chartrand, Brad | February 27, 2020 | 67 | 9 | 67 | 11 | 67:9 Compound, speculative, assumes facts | | Overruled |
| Chartrand, Brad | February 27, 2020 | 67 | 13 | 67 | 13 | | | |
| Chartrand, Brad | February 27, 2020 | 70 | 2 | 70 | 4 | | | |
| Chartrand, Brad | February 27, 2020 | 70 | 6 | 70 | 6 | | | |
| Chartrand, Brad | February 27, 2020 | 72 | 19 | 72 | 21 | Vague, compound, incomplete hypothetical | | Sustained |
| Chartrand, Brad | February 27, 2020 | 72 | 23 | 72 | 23 | Vague, compound, incomplete hypothetical | | Sustained |
| Chartrand, Brad | February 27, 2020 | 72 | 25 | 73 | 16 | | 73:17-74:1 | |
| Chartrand, Brad | February 27, 2020 | 78 | 12 | 78 | 15 | | | |
| Chartrand, Brad | February 27, 2020 | 78 | 17 | 78 | 18 | | | |
| Chartrand, Brad | February 27, 2020 | 79 | 18 | 79 | 19 | | | |
| Chartrand, Brad | February 27, 2020 | 79 | 21 | 80 | 6 | | | |
| Chartrand, Brad | February 27, 2020 | 80 | 8 | 80 | 11 | | | |
| Chartrand, Brad | February 27, 2020 | 80 | 13 | 80 | 20 | | | |
| Chartrand, Brad | February 27, 2020 | 80 | 22 | 81 | 2 | | | |
| Chartrand, Brad | February 27, 2020 | 81 | 13 | 81 | 15 | Vague, speculative | | Overruled |
| Chartrand, Brad | February 27, 2020 | 81 | 17 | 82 | 4 | Vague, speculative | | Overruled |
| Chartrand, Brad | February 27, 2020 | 95 | 21 | 96 | 24 | 403/cumulative see Obj. to D-049 at ECF # 411 | | Overruled |
| Chartrand, Brad | February 27, 2020 | 100 | 3 | 100 | 10 | 403/cumulative see Obj. to D-049 above | | Overruled |
| Chartrand, Brad | February 27, 2020 | 100 | 20 | 100 | 22 | 403/cumulative see Obj. to D-049 above | | Overruled |
| Chartrand, Brad | February 27, 2020 | 100 | 24 | 101 | 7 | 403/cumulative see Obj. to D-049 above | | Overruled |
| Chartrand, Brad | February 27, 2020 | 101 | 9 | 101 | 11 | 403/cumulative see Obj. to D-049 above | | Overruled |
| Chartrand, Brad | February 27, 2020 | 101 | 13 | 101 | 17 | 403/cumulative see Obj. to D-049 above | | Overruled |
| Chartrand, Brad | February 27, 2020 | 101 | 19 | 101 | 20 | 403/cumulative see Obj. to D-049 above | 101:21-102:9 | Overruled |
| Chartrand, Brad | February 27, 2020 | 115 | 3 | 116 | 2 | 403; D-058 - *see* Obj. to D-058 at ECF # 411 | | Sustained |
| Chartrand, Brad | February 27, 2020 | 116 | 9 | 116 | 23 | 403, Obj. to D-058 above; 116:21-23 no foundation, speculation, compound | | Sustained |
| Chartrand, Brad | February 27, 2020 | 116 | 25 | 117 | 13 | Obj. to D-058 above; no foundation, speculation, compound | | Sustained |

| Name of Deponent | Date of Testimony | Affirmative Page From | Affirmative Line From | Affirmative Page To | Affirmative Line To | AngioDynamics' Objections to Affirmative Designations | AngioDynamics' Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|---|---|---|
| Chartrand, Brad | February 27, 2020 | 117 | 15 | 117 | 17 | Obj. to D-058 above; no foundation, speculation, compound | | Sustained |
| Chartrand, Brad | February 27, 2020 | 117 | 19 | 117 | 20 | Obj. to D-058 above; no foundation, speculation, compound | | Sustained |
| Chartrand, Brad | February 27, 2020 | 117 | 22 | 118 | 3 | Obj. to D-058 above; no foundation, speculation, compound | 118:4-15 | Sustained |
| Chartrand, Brad | February 27, 2020 | 125 | 14 | 126 | 3 | | | |
| Chartrand, Brad | February 27, 2020 | 126 | 11 | 128 | 17 | | 130:10-14 | |
| Chartrand, Brad | February 27, 2020 | 131 | 22 | 131 | 23 | Foundation, speculation, witness responded did not know | | Sustained |
| Chartrand, Brad | February 27, 2020 | 131 | 25 | 132 | 4 | Foundation, speculation, witness responded did not know | | Sustained |
| Chartrand, Brad | February 27, 2020 | 132 | 6 | 132 | 11 | Foundation, speculation, witness responded with a rumor and reference to "hearsay" | | Sustained |
| Chartrand, Brad | February 27, 2020 | 132 | 13 | 133 | 4 | Foundation, speculation, witness responded with a rumor and reference to "hearsay" | | Sustained |
| Chartrand, Brad | February 27, 2020 | 133 | 6 | 133 | 16 | 133:6-7 Foundation, speculation, witness responded he did know if his understanding was | | Sustained as to 133:6-7 |
| Chartrand, Brad | February 27, 2020 | 133 | 18 | 133 | 21 | Vague, assumes facts | | Overruled |
| Chartrand, Brad | February 27, 2020 | 133 | 23 | 134 | 3 | Vague, assumes facts, non-responsive | | Overruled |
| Chartrand, Brad | February 27, 2020 | 134 | 18 | 135 | 11 | | 135:12-14; 135:16-21; 135:23-136:1 | |
| Chartrand, Brad | February 27, 2020 | 145 | 16 | 145 | 18 | | | |
| Chartrand, Brad | February 27, 2020 | 145 | 20 | 145 | 21 | | | |
| Chartrand, Brad | February 27, 2020 | 164 | 6 | 164 | 22 | | | |
| Chartrand, Brad | February 27, 2020 | 176 | 9 | 176 | 13 | | | |
| Chartrand, Brad | February 27, 2020 | 178 | 14 | 178 | 16 | | | |
| Chartrand, Brad | February 27, 2020 | 178 | 18 | 179 | 19 | | | |
| Chartrand, Brad | February 27, 2020 | 179 | 21 | 179 | 21 | Answer is a question; examiner rephrases at 179:24-180:2 | 179:24-180:4-180:16 | Sustained subject to cure by including rephrased question and answer |
| Chartrand, Brad | February 27, 2020 | 180 | 17 | 180 | 19 | Assumes facts that Angio approached Teleflex, foundation | | Overruled |
| Chartrand, Brad | February 27, 2020 | 180 | 21 | 181 | 9 | Assumes facts that Angio approached Teleflex, foundation not cured by witness | | Overruled |
| Chartrand, Brad | February 27, 2020 | 185 | 15 | 185 | 17 | Asks for lay opinion, foundation, designations incomplete to describe "the deal you were describing" | | Overruled |

Case No. 1:17-cv-598 (BKS)(CFH)  
Date:_____ Presiding Judge: Honorable Brenda K. Sannes

United States District Court  
For the Northern District of New York

| Name of Deponent | Date of Testimony | Affirmative Page From | Affirmative Line From | Affirmative Page To | Affirmative Line To | AngioDynamics' Objections to Affirmative Designations | AngioDynamics' Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|---|---|---|
| Chartrand, Brad | February 27, 2020 | 185 | 20 | 185 | 21 | Asks for lay opinion, foundation, designations incomplete to describe "the deal you were describing" | | Overruled |
| Chartrand, Brad | February 27, 2020 | 213 | 22 | 214 | 2 | 403/Cumulative (Morpheus), see Obj. to Ex. D-411 at ECF #411 | | Overruled |
| Chartrand, Brad | February 27, 2020 | 214 | 6 | 216 | 13 | 403/Cumulative (Morpheus), see Obj. to Ex. D-048 above | | Overruled |
| Chartrand, Brad | February 27, 2020 | 216 | 15 | 217 | 9 | 403/Cumulative (Morpheus), see Obj. to Ex. D-048 above | | Overruled |
| Chartrand, Brad | February 27, 2020 | 217 | 11 | 217 | 14 | 403/Cumulative (Morpheus), see Obj. to Ex. D-048 above | | Sustained as to 217:12 to 217:14 |
| Chartrand, Brad | February 27, 2020 | 217 | 17 | 217 | 22 | 403/Cumulative (Morpheus), see Obj. to Ex. D-048 above | | Sustained |
| Chartrand, Brad | February 27, 2020 | 217 | 25 | 218 | 2 | 403/Cumulative (Morpheus), see Obj. to Ex. D-048 above | | Sustained |
| Kertesz, Maria | January 16, 2020 | 7 | 11 | 19 | 10 | 18:18-20:16 403: the questions are not specific to time whether the PICC was used in an IR suite or bedside; whether a TLS was used; malpositions are due to placement not a feature of the PICC; doesn't say whether placed with TLS or not; 19:10 vague, 403 re frequency | 50:1-54:25 | Overruled |
| Kertesz, Maria | January 16, 2020 | 19 | 12 | 22 | 3 | 19:12-19:22 403: the questions are not specific to time, whether the PICC was used in an IR suite or bedside; whether a TLS was used; malpositions are due to placement not a feature of the PICC | 50:1-54:25 | Overruled |
| Kertesz, Maria | January 16, 2020 | 22 | 17 | 22 | 22 | | | |
| Kertesz, Maria | January 16, 2020 | 22 | 24 | 25 | 16 | | | |
| Kertesz, Maria | January 16, 2020 | 25 | 21 | 26 | 5 | | | |
| Kertesz, Maria | January 16, 2020 | 26 | 7 | 30 | 9 | | 76:20-77:21; 78:20-23; 77:9-19; 78:6-7; 78:17-15 | |
| Kertesz, Maria | January 16, 2020 | 30 | 18 | 31 | 21 | | 50:1-54:25; 76:20-77:21; 78:20-23; 77:9-19; 78:6-7; 78:17-15 | |
| Kertesz, Maria | January 16, 2020 | 32 | 8 | 40 | 23 | | 50:1-54:25; 76:20-77:21; 78:20-23; 77:9-19; 78:6-7; 78:17-15 | |

| Name of Deponent | Date of Testimony | Affirmative Page From | Affirmative Line From | Affirmative Page To | Affirmative Line To | AngioDynamics' Objections to Affirmative Designations | AngioDynamics' Counter-Designations | Court's Ruling |
|---|---|---|---|---|---|---|---|---|
| Kertesz, Maria | January 16, 2020 | 41 | 1 | 43 | 14 | | 50:1-54;25; 76:20-77:21; 78:20-23; 77:9-19; 78:6-7; 78:17-15 | |
| Kertesz, Maria | January 16, 2020 | 44 | 3 | 44 | 5 | | 50:1-54:25; 76:20-77:21; 78:20-23; 77:9-19; 78:6-7; 78:17-15 | |
| Kertesz, Maria | January 16, 2020 | 45 | 18 | 46 | 6 | | 46:7-9; 76:20-77:21; 78:20-23; 77:9-19; 78:6-7; 78:17-15 | |
| Kertesz, Maria | January 16, 2020 | 46 | 17 | 47 | 2 | | 76:20-77:21; 78:20-23; 77:9-19; 78:6-7; 78:17-15 | |
| Kertesz, Maria | January 16, 2020 | 76 | 18 | 76 | 23 | | 76:20-77:21; 78:20-23; 77:9-19; 78:6-7; 78:17-15 | |
| Kertesz, Maria | January 16, 2020 | 77 | 7 | 77 | 8 | | 76:20-77:21; 78:20-23; 77:9-19; 78:6-7; 78:17-15 | |
| Kertesz, Maria | January 16, 2020 | 84 | 5 | 84 | 18 | | 76:20-77:21; 78:20-23; 77:9-19; 78:6-7; 78:17-15 | |
| Kertesz, Maria | January 16, 2020 | 85 | 13 | 86 | 11 | | 76:20-77:21; 78:20-23; 77:9-19; 78:6-7; 78:17-15 | |
| Kertesz, Maria | January 16, 2020 | 86 | 17 | 87 | 19 | | 76:20-77:21; 78:20-23; 77:9-19; 78:6-7; 78:17-15 | |
| Sands, Mark | December 9, 2019 | 6 | 25 | 7 | 2 | | | |
| Sands, Mark | December 9, 2019 | 7 | 19 | 10 | 12 | | | |
| Sands, Mark | December 9, 2019 | 10 | 23 | 11 | 11 | | | |
| Sands, Mark | December 9, 2019 | 14 | 4 | 15 | 7 | | | |
| Sands, Mark | December 9, 2019 | 15 | 10 | 15 | 18 | Document not on exhibit list ECF #411 | | Sustained |
| Sands, Mark | December 9, 2019 | 17 | 7 | 18 | 10 | | 20:23-22:5 | |
| Sands, Mark | December 9, 2019 | 22 | 6 | 22 | 8 | | | |
| Sands, Mark | December 9, 2019 | 22 | 12 | 23 | 5 | | | |
| Sands, Mark | December 9, 2019 | 34 | 23 | 34 | 25 | | | |
| Sands, Mark | December 9, 2019 | 35 | 5 | 35 | 5 | | | |
| Sands, Mark | December 9, 2019 | 35 | 17 | 38 | 4 | | | |
| Sands, Mark | December 9, 2019 | 40 | 10 | 40 | 13 | Incomplete question; foundation | 41:22-24; 42:3-5 | Overruled |
| Sands, Mark | December 9, 2019 | 40 | 17 | 41 | 3 | Incomplete question; foundation | 41:22-24; 42:3-5 | Overruled |
| Sands, Mark | December 9, 2019 | 46 | 17 | 46 | 21 | | 46:22-47:5 | |
| Sands, Mark | December 9, 2019 | 48 | 22 | 49 | 20 | | 40:21-24; 50:24-51:3 | |

Dated: September 25, 2022

*Brenda K. Sannes*  
Brenda K. Sannes  
Chief U.S. District Judge