UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ANGIODYNAMICS, INC.,

                 Plaintiff,

-against-

C.R. BARD, INC. and BARD ACCESS SYSTEMS, INC.,

                 Defendants.

1:17-cv-00598-BKS-CFH

---

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff AngioDynamics, Inc., pursuant to 28 U.S.C. § 1291, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on October 6, 2022.

Dated: November 4, 2022
       New York, New York

                              Respectfully submitted,

By:   /s/ Phil Iovieno
        Philip J. Iovieno
        Helen M. Maher (*pro hac vice*)
        Kristen J. McAhren (*pro hac vice*)
        Mark A. Singer
        Justin V. Arborn (*pro hac vice*)
        Cadwalader, Wickersham & Taft LLP
        200 Liberty Street
        New York, NY 10281
        Philip.Iovieno@cwt.com

        *Counsel for Plaintiff AngioDynamics, Inc.*

-2-

TO:

    Andrew Frackman
    O'Melveny & Myers LLP
    7 Times Square
    New York, NY 10036
    Afrackman@omm.com

    Robert A. Atkins
    Paul, Weiss, Rifkind, Wharton & Garrison LLP
    1285 Avenue of the Americas
    New York, NY 10019
    Ratkins@paulweiss.com

    James P. Nonkes
    Harris Beach PLLC
    99 Garnsey Road
    Pittsford, NY 14534
    Jnonkes@harrisbeach.com