IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGIODYNAMICS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>C. R. BARD, INC.; BARD ACCESS SYSTEMS, INC.,<br><br>Defendants. | No. 1:17-CV-0598 (BKS/CFH)<br><br>Judge Brenda K. Sannes<br><br>Mag. Judge Christian F. Hummel |

**STIPULATION AND PROPOSED ORDER REGARDING BRIEFING FOR DEFENDANTS' BILL OF COSTS (DKT. NO. 488)**

WHEREAS, defendants C. R. Bard, Inc. and Bard Access Systems, Inc. ("Bard") filed a motion for a bill of costs under Fed. R. Civ. P. 54(d)(1) on November 4, 2022 (Dkt. No. 488) (the "Bill of Costs");

WHEREAS, the time for plaintiff AngioDynamics, Inc. ("AngioDynamics") to file an opposition to a bill of costs is November 18, 2022 by application of Local Rule 54.1 and the time for plaintiff AngioDynamics to respond to a motion is November 25, 2022 by application of Local Rule 7.1(a);

WHEREAS, the clerk of court has docketed AngioDynamics' opposition to the Bill of Costs for November 25, 2022;

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, as follows:

1. AngioDynamics' opposition to the Bill of Costs shall be due on November 25, 2022; and

2. Bard's reply in support of its Bill of Costs shall be due December 9, 2022.

1

By: /s/ Philip J. Iovieno

Philip J. Iovieno
Helen M. Maher *(pro hac vice)*
Kristen J. McAhren *(pro hac vice)*
Mark A. Singer
Justin Arborn *(pro hac vice)*
**CADWALADER, WICKERSHAM & TAFT LLP**
200 Liberty Street
New York, New York 10281
Tel.: (212) 504-6000
Fax: (212) 504-6666
Philip.Iovieno@cwt.com
Helen.Maher@cwt.com
Kristen.McAhren@cwt.com
Mark.Singer@cwt.com
Justin.Arborn@cwt.com

*Counsel for AngioDynamics, Inc.*

By: /s/ Andrew J. Frackman

Andrew J. Frackman
Mark Racanelli
Pamela A. Miller
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036-6537
Tel: 212-326-2000
Fax: 212-326-2061
afrackman@omm.com
mracanelli@omm.com
pmiller@omm.com

*Counsel for C.R. Bard, Inc. and Bard Access Systems, Inc.*

IT IS SO ORDERED:

Brenda K. Sannes
Chief U.S. District Judge

Dated: November 15, 2022
Syracuse, NY

2