UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGIODYNAMICS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> C. R. BARD, INC.; BARD ACCESS SYSTEMS, INC., <br><br> Defendants. | No. 1:17-CV-0598 (BKS/CFH) <br><br> Judge Brenda K. Sannes <br><br> Magistrate Judge Christian F. Hummel |

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that Alexandra S. Bornstein of O'Melveny & Myers LLP, hereby moves to withdraw as counsel of record for Defendants C. R. Bard, Inc. and Bard Access Systems Inc. in the above entitled action. Defendants remain represented by Andrew Frackman, Pamela A. Miller, Mark A. Racanelli, Sergei Zaslavsky, Colleen Powers, Anna R. Schneider, Patrick J. Jones, Emilie W. Hamilton, and Emily Murphy of O'Melveny & Myers LLP.

Dated: November 21, 2022
New York, New York

/s/ *Andrew J. Frackman*
Andrew J. Frackman
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036-6537
Tel: 212-326-2000
Fax: 212-326-2061
afrackman@omm.com

*Attorney for Defendants C. R. Bard, Inc. and Bard Access Systems, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on November 21, 2022.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Dated: November 21, 2022<br>New York, New York | /s/ *Andrew J. Frackman*<br>Andrew J. Frackman<br>**O'MELVENY & MYERS LLP**<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036-6537<br>Tel: 212-326-2000<br>Fax: 212-326-2061<br>afrackman@omm.com<br><br>*Attorney for Defendants C. R. Bard, Inc. and Bard Access Systems, Inc.* |